

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CAUSE NO: 2 18CR 33 |
| v. | ) | |
| | ) | 18 U.S.C. § 1001 |
| SAMANTHA ELHASSANI | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
(False Statements)

On or about March 19, 2015, in the Northern District of Indiana, the defendant,

**SAMANTHA ELHASSANI,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation concerning a material fact in a matter within the jurisdiction of the executive branch of the Government of the United States, when speaking with agents of the Federal Bureau of Investigation;

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   */s/ Joshua P. Kolar*
     Joshua P. Kolar
     Assistant United States Attorney