**FILED**
JUL 24 2018
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No.  2:18 CR 33 |
| ) | |
| SAMANTHA ELHASSANI ) | |

## MOTION TO UNSEAL

The United States of America by its attorney, Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, moves this Honorable Court for an order UNSEALING the matter and the entire court file in the above-captioned cause, with the exception of the government's Motion for the Case to Remain Under Seal Pending Arrest and to Allow the Government to Share Indictment and Arrest Warrant with Necessary Third Parties and the corresponding Order, both filed on March 23, 2018.

Respectfully submitted,

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

By: _Joshua P. Kolar_
Joshua P. Kolar
Assistant United States Attorney
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
Fax: (219) 852-2770