UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 2:18 CR 33 |
| ) | |
| SAMANTHA L. ELHASSANI ) | |

## ORDER

The United States of America by its attorney, Thomas L. Kirsch, II, United States Attorney for the Northern District of Indiana, having moved this Court for an order UNSEALING the matter in the above-captioned cause, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that the matter and entire court file be UNSEALED, with the exception of the government's Motion for the Case to Remain Under Seal Pending Arrest and to Allow the Government to Share Indictment and Arrest Warrant with Necessary Third Parties and the corresponding Order.

DATED: JUL 2 4 2018

S/John E. Martin
_____
JOHN E. MARTIN
United States District Court
Northern District Of Indiana