IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　　　Plaintiff,  )<br>  )<br>　　v.  )<br>  )<br>SAMANTHA ELHASSANI,  )<br>  )<br>　　　　　　Defendant.  ) | Case No. 2:18-cr-00033-PPS-JEM |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REQUEST
PURSUANT TO THE CRIMINAL JUSTICE ACT *EX PARTE* AND UNDER SEAL**

Defendant, **SAMANTHA ELHASSANI**, by and through her attorney, **THOMAS ANTHONY DURKIN,** pursuant to the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, 18 U.S.C. § 3006A(e)(1), and Local Rule 5-3(a) of the Rules of the United States District Court for the Northern District of Indiana, respectfully moves this Court for the entry of its order granting Defendant leave to file a request for expert services pursuant to the Criminal Justice Act (CJA) *ex parte* and under seal.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1.　On March 21, 2018, Defendant was charged in a one-count indictment alleging that she knowingly made false statements to agents of the Federal Bureau of Investigation on or about March 19, 2015, in violation of 18 U.S.C. § 1001.  (Dkt. #1).

2.　Defendant made her initial appearance on July 25, 2018.  (Dkt. #9).  That appearance was made without counsel.  (*Id*.).  Defendant was before the Court again on July 25, 2018, and was found to be eligible for appointed counsel.  (Dkt. #14).   Undersigned counsel was appointed to represent Defendant under the CJA.  (Dkt. #14).

3. On August 22, 2018, the government filed a two-count Superseding Indictment (Dkt. #23), charging two violations of 18 U.S.C. § 2339B (Providing material support or resources to designated foreign terrorist organizations).

4. Undersigned counsel believe that certain expert services, compensable under the CJA, are necessary for this case.

5. 18 U.S.C. § 3599(f) indicates that a proper showing concerning the need for confidentiality is necessary for requests for expert and other services under the CJA to be made *ex parte*. *Ex parte* submissions for investigative, expert, or other services necessary for adequate representation are also authorized by 18 U.S.C. § 3006A(e)(1). *See also* Guide to Judiciary Policy, Vol. 7A Ch. 3, §310.30 ("*Ex Parte* Applications").

6. Counsel respectfully submits that confidentially regarding the request for these expert services is necessary in order to permit counsel to prepare a defense to the charges and the government's allegations without the government obtaining information to which it otherwise would not be entitled until the case is complete or the expert or other services have otherwise come to light. Access to such information would provide the government with unwarranted insight into defense strategy, could reveal privileged communications, and would otherwise provide the government with information that it would not obtain if Defendant had the financial resources to hire experts on her own.

7. Local Rule 5-3(a) precludes the filing of a document under seal unless authorized to do so by statute, court rule, or court order. For the reasons discussed above, counsel respectfully submits that filing the request for expert services pursuant to the CJA is authorized by statute, and is otherwise appropriate under the circumstances.

8. For all the foregoing reasons, Defendant respectfully moves this Court for entry of

its order granting leave to file a request for expert services *ex parte* and under seal.

                                              Respectfully submitted,

                                              /s/Thomas Anthony Durkin  
                                              **THOMAS ANTHONY DURKIN,**  
                                              Attorney for Defendant.

**THE RERUM NOVARUM HUMAN AND**  
**CIVIL RIGHTS CENTER OF CHICAGO**  
**DURKIN & ROBERTS**  
2446 North Clark  
Chicago, Illinois 60614  
(312) 913-9300  
tdurkin@durkinroberts.com

## **CERTIFICATE OF SERVICE**

Thomas A. Durkin, Attorney at Law, hereby certifies that the foregoing Defendant's Motion for Leave to File Request for Expert Services Pursuant to the Criminal Justice Act *Ex Parte* and Under Seal was served on August 23, 2018, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**THE RERUM NOVARUM HUMAN AND**
**CIVIL RIGHTS CENTER OF CHICAGO**
**DURKIN & ROBERTS**
2446 North Clark
Chicago, Illinois 60614
(312) 913-9300
tdurkin@durkinroberts.com