```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF INDIANA
 2                         HAMMOND DIVISION

 3   UNITED STATES OF AMERICA,      )
                                    )
 4   vs.                            ) 2:18-CR-33
                                    )
 5   SAMANTHA ELHASSANI.            )

 6                   TRANSCRIPT OF DETENTION HEARING
                           December 20, 2018
 7              BEFORE THE HONORABLE PHILIP P. SIMON
                      UNITED STATES DISTRICT JUDGE
 8

 9   A P P E A R A N C E S :

10   FOR THE GOVERNMENT:

11                        JOSHUA P. KOLAR
                          ABIZER ZANZI
12                        U.S. Attorney's Office
                          5400 Federal Plaza, Suite 1500
13                        Hammond, Indiana  46320
                          (219) 937-5500
14

15   FOR THE DEFENDANT:

16                        THOMAS A. DURKIN
                          Durkin & Roberts
17                        2446 N Clark Street
                          Chicago, Illinois  60614
18                        (312) 981-0123

19                        JOSHUA G. HERMAN
                          Law Office of Joshua G. Herman
20                        53 W Jackson Boulevard, Suite 1650
                          Chicago, Illinois  60604
21                        (312) 909-0434

22   ALSO PRESENT:    Carolyn Montag, Paralegal

23

24

25
```

 1          (The following proceedings were held in open court

 2       beginning at 11:09 a.m., reported as follows:)

 3              **DEPUTY CLERK:**  All rise.

 4          **THE COURT:**  All right.  You can be seated.

 5       Good morning, everyone.

 6       So we're on the record in Cause No. 2:18-CR-33.  Case is

 7    United States versus Samantha Elhassani.  Ms. Elhassani is

 8    present here with Mr. Durkin and Mr. Herman.  Mr. Zanzi and

 9    Josh Kolar are here on behalf of the government.

10          So this is a hearing pursuant to the Bail Reform Act; and

11    just to kind of set the history here for the record, back in

12    July, July 25, I believe, the defendant was first brought into

13    court and stipulated to detention but reserved the right to

14    re-visit the issue should something change down the road.

15          We had a hearing, sort of a status hearing, in November

16    where Mr. Durkin told me that in all likelihood he would be

17    moving to re-visit that issue at some point.

18          And then late last week, I believe it was on December 14,

19    in Document No. 49, I received what's called the Defendant's

20    Emergency Motion for Pretrial Release on Conditions and Request

21    for a Hearing.

22          I ordered an expedited response from the government, and I

23    very much appreciate that.  I put the government behind the

24    eightball, but they have produced their response, which was

25    filed yesterday -- it is Document No. 53 -- along with some

1   exhibits.  I have had a chance to review everything that's been

2   filed up to this point, including the exhibits.  I have read

3   the defendant's motion, the government's response, and as I

4   said, the exhibits.

5        Ordinarily, this is a matter that I would just send to the

6   magistrate judge to handle; but since in all likelihood,

7   irrespective of what decision the magistrate would make, the

8   matter would be appealed to the district court, and it is a *de*

9   *novo* hearing.  I thought the most facile way to handle this

10  would be for me to just hear the request in the first instance.

11       Does anybody have an objection to us proceeding today

12  given the way I have laid this out?

13       Mr. Zanzi?

14            **MR. ZANZI:**  Of course not, Your Honor.

15            **THE COURT:**  Mr. Durkin?

16            **MR. DURKIN:**  No, we think that makes eminent sense,

17  Judge.

18            **THE COURT:**  So I'm kind of viewing this as a *de novo*

19  hearing.

20       Why don't you give me a preview of what you are intending

21  to do today, Mr. Zanzi.

22       And then I will give you a chance to do the same thing,

23  Mr. Durkin.

24            **MR. ZANZI:**  Well, Your Honor, we filed our response,

25  which I think we laid out some of the factual history which --

```
1    Your Honor has commented before you were not really familiar
2    with the facts of the case, so we laid that out.
3         You know, this is defendant's motion; so in terms of -- we
4    have not yet received any proposed conditions.  We're not sure
5    exactly where they are headed, and they let us know that as
6    well that they had not -- I don't know if anything has changed
7    as of the last time we spoke.
8         What we are prepared to do today, Your Honor, is to -- we
9    have laid out the factual history in writing.  Mr. Kolar has
10   lived with this case a lot longer than I have.  He has prepared
11   a PowerPoint which puts it in, sort of, a visual context.  I
12   know some of us, myself included, it is helpful to see it in
13   that context.
14        We have submitted those exhibits.  I would like to submit,
15   additionally, Government's Exhibit 6, which is -- it is one of
16   the search warrants in this case, Your Honor.  It lays out some
17   of the factual history.  A lot of the facts in the brief come
18   from the testimony here.  Just so you know -- I know that we're
19   planning to proceed by proffer, but this does come from sworn
20   testimony.  We didn't provide it yesterday because there is a
21   lot of individual A, B, and C.  It gets confusing.  We wanted
22   you to see the facts as they were presented here.  I have given
23   a copy to defense counsel, Your Honor.  I would like to
24   submit -- this is under seal, so we just ask that it remain
25   under seal.
```

```
 1          THE COURT:  Yeah.  And I won't reference it at all,
 2   but I will take it into consideration.
 3        I assume you have no objection, Mr. Durkin?
 4          MR. DURKIN:  Could I have a second, Judge?
 5          THE COURT:  Sure.
 6          MR. DURKIN:  My only objection is I don't think
 7   there's any need for it to be under seal, so I would move for
 8   it to be unsealed.
 9          THE COURT:  Well, I guess I'll take that matter up
10   after I have had a chance to review it.
11          MR. DURKIN:  That's fine.
12          THE COURT:  As far as admitting it for purposes of
13   this hearing, do you have any objection to that?
14          MR. DURKIN:  No.
15          THE COURT:  Okay.  I mean, it's part of the court
16   record.
17        It will be admitted, Government's Exhibit 6.  For now,
18   I'll keep it under seal.  If I think for whatever reason
19   there's not good cause to keep it under seal, I will notify the
20   government of that before I do that --
21          MR. DURKIN:  So you know --
22          THE COURT:  -- to hear from you.
23          MR. DURKIN:  So you know, that's one of the documents
24   that we think supports our position too with respect to the
25   lack of evidence or the weakness of the case.
```

```
 1            THE COURT:  Fair enough.

 2       Let me ask you this, Mr. Zanzi:  I know you are going --

 3   you've told me you guys are going to proceed by way of proffer.

 4   Nothing we're going to talk about today implicates classified

 5   information, I assume?

 6            MR. ZANZI:  That's correct, Your Honor.  We've been

 7   careful not to do that.  That's going to be dealt with in

 8   subsequent proceedings, and we'll continue to be on guard about

 9   that as well, Your Honor.

10            THE COURT:  Okay.  So I view this as -- because it's

11   a de novo hearing, even though it's prompted by their -- it's

12   essentially the government asking that she be detained, so I'm

13   going to require the government to go first here as if it was a

14   regular detention hearing.

15       So, Mr. Kolar, I'll turn it over to you.

16            MR. DURKIN:  Judge, could I be heard first for a

17   second?

18            THE COURT:  Sure.

19            MR. DURKIN:  Just to put this in context so nobody

20   thinks I'm crazy asking for an emergency motion.

21       We informed the government that we did this primarily to

22   get treatment, and we told them that -- actually, we asked if

23   they'd be willing to agree just to have her released

24   temporarily, you know, taken out of the jail and brought

25   somewhere to get treatment; that was our first request.  The
```

1  reality is, is that she was so traumatized from what has

2  happened to her that for the longest time she said she felt

3  safer in the jail 'cause it was better than anyplace she had

4  been for years, which is true, and I think we could support

5  that factually.

6      But what is clearly happening is she's beginning to

7  deteriorate.  We submitted Exhibit A, which is the report of

8  Dr. Xenakis.  I don't think there's any dispute whatsoever that

9  she is suffering from post-traumatic stress disorder, PTSD, as

10 it's commonly known.

11          **THE COURT:**  Although that's contrary to what she told

12 the pretrial services officer, right?

13          **MR. DURKIN:**  I think she told the pretrial services

14 officer she didn't have any medical -- prior history, but it's

15 not uncommon for someone suffering from PTSD to not necessarily

16 be aware of that.

17      She is receiving medications at the jail, and I'm assuming

18 that was -- and we're told from our doctor that that was

19 medicine that you would use to treat PTSD, so I don't think

20 there's any dispute that she's suffering from PTSD.

21      In fact, we just learned, and I don't know what this is

22 all about at all, that as of last night she was given a

23 different medicine -- I'll let Mr. Herman speak to that because

24 he talked to her about it.

25          **MR. HERMAN:**  Your Honor, I learned this morning, when

1   meeting with Ms. Elhassani, that several days ago she was given

2   a new medication called Zyprexa, Z-Y-P-R-E-X-A, and was given

3   that medication for perhaps three nights and felt better than

4   the prior medications, I believe, which were Cymbalta and

5   Trazodone.

6        And as of last night, the Zyprexa was abruptly cut off,

7   and she was told by a contract nurse, or whomever -- and I will

8   say that we've been trying to get releases and obtain records,

9   but it's been difficult.  And those would be, obviously,

10  materials that we would like to have right now to supplement

11  our requests here.

12       She was told that the federal government doesn't want her

13  on Zyprexa and is looking to giving her Risperdal, which is a

14  pretty serious drug.  And it's an escalation from what she's

15  currently on right now, according to Dr. Xenakis, who I quickly

16  consulted before coming in right now.

17       So that's kind of the background in what we're dealing

18  with in terms of the on and off of these medications, multiple

19  dosages in a day, by mistake on one occasion, but --

20            **THE COURT:**  That's kind of a different issue as to

21  whether or not she's a danger to the community or a flight

22  risk, isn't it?

23            **MR. DURKIN:**  It's only --

24            **THE COURT:**  We're here on a detention hearing.

25            **MR. DURKIN:**  Well, no, I understand that.

1      **THE COURT:**  Well, so answer my question.  Is that not

2  a different issue than whether or not she's a danger to the

3  community or a flight risk?

4      **MR. DURKIN:**  Well, of course, it's -- yes, it's a

5  different issue, but I was only putting -- I'm happy to

6  address danger -- I'm willing to go ahead with the hearing.

7  I'm not trying to cut the hearing short.  I'm simply telling

8  you why we thought it necessary to come in on an emergency

9  basis and why we don't have all the conditions in place.

10      **THE COURT:**  Okay.

11      **MR. DURKIN:**  We do have some potential conditions.

12  And our paralegal, Ms. Montag, who is here -- this is

13  Carolyn Montag, Judge.  I don't think you've ever met her, but

14  she's a paralegal in our office.

15      And she has been -- we've contacted about 30 different

16  shelters to see if there was one of them which would permit --

17  so that we could propose conditions of release -- as to whether

18  there would be one that would permit electronic monitoring and

19  whether she could then -- somebody could come into the unit and

20  give her treatment or what have you, psychotherapy.

21      We've made progress on one, so we have one potential place

22  such as that that we would be recommending.  We also are close

23  to coming to an arrangement with someone in Elkhart that has a

24  spare bedroom that has a telephone line that we would be able

25  to propose electronic monitoring.

1      So we're not prepared to do that today, but we should have

2   that in place if we get that far.

3          **THE COURT:**  Okay.  I understand.  I understand why

4   you brought it as an emergency request.

5      So let's just proceed.

6          **MR. DURKIN:**  That's fine.

7          **THE COURT:**  Mr. Kolar.

8          **MR. KOLAR:**  Your Honor, if it pleases the Court, I'll

9   proceed just by way of proffer with, as Mr. Zanzi indicated, a

10  brief PowerPoint, and then Mr. Zanzi will handle the argument.

11         **THE COURT:**  Sure.

12         **MR. KOLAR:**  Your Honor, if called to testify, Special

13  Agent Kevin Kuhn, seated in court, who is currently assigned to

14  the FBI's Joint Terrorism Task Force in Merrillville, Indiana,

15  would indicate that the facts contained in the government's

16  response to the defendant's motion for release came from bank

17  records, flight records, statements from the defendant's

18  friends and family members, and multiple voluntary interviews

19  that the defendant gave to FBI.

20     In those interviews, the defendant admitted, among other

21  things, that she was aware her husband and brother-in-law were

22  becoming extreme and that her husband was relating to ISIS

23  ideology as early as November of 2014, as we'll further discuss

24  and was fleshed out in more detail in the filings.

25     The defendant admitted that she took multiple trips abroad

1    after November of 2014.  And as set forth in the government's

2    filings, she took these trips with either one or both of her

3    minor children but without her husband -- her late husband, I

4    should say.

5         During these trips, the defendant prepositioned assets

6    abroad in advance of a final March 22, 2018, trip where she

7    took both of her minor children, and her husband did join them.

8         The one correction Special Agent Kuhn would make to the

9    facts contained in the government's filing is that the date of

10   the defendant's altercation with another inmate referred to on

11   page 12 of the filing is November of 2018, obviously, not

12   November of 2015.

13        Additionally, Special Agent Kuhn would clarify that when

14   the defendant stopped sending minor one to school someone

15   called to indicate that they were moving to Mexico and that

16   when a counselor visited the house, it was a male that

17   indicated minor one was going to be homeschooled.

18        The government is, of course, prepared to answer

19   additional questions either through counsel or additional

20   proffer of Special Agent Kuhn.

21        As Mr. Zanzi indicated, we felt it was most appropriate to

22   put these facts in context with a brief presentation.  And

23   we're not trying to go over everything in this case,

24   Your Honor, at this point; and I think it's important to stress

25   that the government took great care in charging this case and

```
 1    deciding when to make certain facts public and in determining

 2    the scope of the charges here.

 3         So one thing that we want to stress is we are talking

 4    about things that go to a danger to the community and flight

 5    risk.  Some of these things would have occurred after anything

 6    that could be relevant at trial.  So we don't want to conflate

 7    those two things and, you know, obviously, want to remain

 8    cognizant that at some point in the future there's going to be

 9    a trial where the evidence might be somewhat more limited.

10         So, Your Honor, starting with just a brief overview of

11    some of the trips that the defendant took.  And the relevant

12    ones -- these start in January of 2015.  And, again, this is

13    after the defendant has already admitted she knew that her

14    husband and brother-in-law were interested in ISIS.

15         So the defendant with both of her minor children at the

16    time travel from Chicago --

17              MR. DURKIN:  Judge, excuse me.  And I know this is a

18    proffer, but if -- there's a very significant difference

19    between knowing that your husband might be interested in a

20    certain ideology and then him being a member of a group, and

21    that's a serious factual question here.  So I'd like a little

22    more detail of what this statement supposedly was made, that

23    what she knew about her husband's shift in radicalization or

24    ideology.

25              THE COURT:  I'm going to let them present to me what
```

```
 1    they want to present to me, and then I'm going to allow you to

 2    present to me what you want to present to me.  And I'm going to

 3    factor it into one of the four factors under 3142(g), the

 4    weight of the evidence that the government has.

 5             MR. DURKIN:  That's fine.

 6             THE COURT:  So if the weight of the evidence is not

 7    particularly weighty, then that's going to be to your benefit.

 8    So I'm not going to tell Mr. Kolar how to go about with his

 9    proffer.

10        So proceed.

11             MR. DURKIN:  Maybe I shouldn't either.

12             MR. KOLAR:  Just for the record, Your Honor, there's

13    essentially two buckets of post-arrest interviews that the

14    defendant has given, right.  And that first bucket would be

15    interviews that the FBI took abroad.  That second bucket would

16    be a recorded statement after she landed.

17        Defense counsel were given both of those statements, I

18    believe, either at arraignment or within a day or two

19    thereafter.  So these statements that the defendant made are

20    all -- they're not subject to the other hearings we've had

21    discussing when we're going to turn over certain things.  These

22    are things the defense has had, really, from the beginning of

23    this case from their perspective.

24             MR. DURKIN:  Which is exactly why I asked the

25    question, but I'll speak to that later.
```

```
 1         MR. KOLAR:   And as we'll get to, just -- you know,

 2   I'm not trying to get into argument here.  That's for

 3   Mr. Zanzi.

 4       But I would point out, just kind of in response here, that

 5   it is a difference between just knowing someone is interested

 6   in ISIS.  As we're going to get to in this fact pattern, the

 7   defendant didn't just happen to know that her husband was

 8   interested in ISIS.  She bought riflescopes for two individuals

 9   she knew were interested in ISIS when they were in Hong Kong on

10   the way to Turkey right next to Syria.

11       So the suggestion that this is cabined to simply knowing

12   that your husband is interested in ISIS, respectfully, I just

13   don't think that's a case that would be brought, and certainly

14   not the facts that we're going to rely upon to detain the

15   defendant at this point.

16       So January 11^th through January 13^th, the defendant's

17   traveling.  They actually don't return from that trip until

18   January 23^rd.  It's the defendant, both of her minor

19   children; and they travel from Chicago to Turkey, and then they

20   go from Turkey to Morocco.  As we'll get into a little bit

21   later, there's even more on this trip and some more statements

22   that we'll talk about.

23       February 10^th -- so this is going to be, as we'll get in

24   the timeline later, just a couple -- just a week, seven days,

25   before another trip abroad and after the defendant is aware of
```

 1   her husband's interest in ISIS.  She takes minor child one to a

 2   gun range; and, again, we'll focus on that in context a little

 3   bit later.

 4        February 17th through February 19th, she travels this

 5   time just with minor child one.  They go from Chicago to Tokyo

 6   and then Tokyo to Hong Kong.  The defendant admits that in some

 7   of the trips to Hong Kong she prepositioned assets, actually

 8   brought currency and put it in a storage locker or safety

 9   deposit-type box.

10        March 15th to 18th, 2015, we have what is,

11   essentially, the third preplanning trip abroad.  There,

12   Samantha Elhassani, the defendant, takes minor child one.  They

13   travel from Chicago to Beijing.  Then they go to Hong Kong.

14   And interesting here -- so they're in Hong Kong with a minor

15   child March 18th, but they go back to Chicago -- go to Tokyo

16   first, then go to Chicago.

17        And then just a few short days later, March 22 and 23,

18   it's the defendant's late husband, Moussa Elhassani, the

19   defendant, and both of her minor children, traveling back.

20   They go through Beijing, and they stop in Hong Kong.

21        And again, as the Court is aware, Your Honor, at this

22   point, you have both image stabilized binoculars and

23   riflescopes that the defendant has admitted she helped procure

24   while traveling with two individuals she understood were

25   interested in ISIS.

```
 1          I'd like to at this point just talk about the return trip.
 2    Obviously, it wasn't taken.  There was -- March 25, 2015, they
 3    had booked travel.  So this wasn't a case of a couple
 4    defendants going to the airport having a bag of money and
 5    saying we want a one-way ticket to Turkey.
 6          If you're going to the FBI or -- very good.  That's a
 7    rather easy investigation.  This is one where there was a
 8    little bit more preplanning, right?  It wasn't people showing
 9    up, I want a one-way ticket and I have a bunch of money and I'm
10    clearly permanently relocating to an area right next to
11    ISIS-controlled territory.  So that March 25$^{th}$ ticket was
12    booked, but, obviously, unfortunately never used.
13          The defendant, her late husband, and now her
14    brother-in-law, together with the two minor children, then
15    traveled from Hong Kong to Turkey.
16          So in summary -- and, again, Your Honor, we're not trying
17    to go over everything.  I know you have read the filings.  We
18    provide a little bit more detail there.  You have funds taken
19    abroad, both currency and then some gold that was melted down.
20          And then these next slides, Your Honor, we want to be
21    really -- there's a -- there are some troubling pictures and
22    some items that we prefer that the Court can see, that
23    obviously counsel and defense should be able to see, but we
24    don't want to publicly identify minors in court here today.  So
25    if we could turn off any public-facing --
```

```
 1              THE COURT:  Yeah, I'll go ahead and do that.

 2              MR. ZANZI:  Your Honor, if we can turn these off too.

 3  I don't --

 4              THE COURT:  You have to do that yourself.

 5              MR. ZANZI:  Okay.

 6              THE COURT:  Is that right, Noel?

 7              MR. ZANZI:  Yeah, I can do it.  Thanks.

 8              MR. KOLAR:  Your Honor, as you've seen in the

 9  exhibits that we've tendered and as is discussed in the motion,

10  there's a series of videos -- there's two videos that are very

11  troubling.  And, respectfully, they do go to risk of danger

12  here.

13      We're not saying everything that happened or that

14  everything that the defendant has said is true or untrue, but

15  we do know that these videos were made and that the defendant

16  has admitted to making the video that you see on the right

17  here; that in her statement to FBI she not only admitted to

18  making that video but admitted that she never said to her son

19  that what was -- never said to the minor that what was said was

20  wrong.

21              THE COURT:  Repeat that.  I'm not following that.  I

22  watched the videos, just to let you know.

23              MR. KOLAR:  Okay.

24              THE COURT:  I'm not sure I understood you.

25              MR. KOLAR:  The video referenced on the right,
```

1   Your Honor, that video, in the defendant's initial statement to

2   FBI that was taken abroad --

3              **THE COURT:**   That's the one dealing with the belt?

4              **MR. KOLAR:**   Correct, Your Honor.

5       The defendant admitted to FBI she helped take that video,

6   that she was there and was involved in the production and

7   filming of the video and never indicated to the individual in

8   the video that it was wrong.

9       Again, Your Honor, we have some other videos here that are

10  equally as troubling.  We are not saying, obviously, that the

11  defendant had a part directly in making these videos like the

12  one we just talked about; but this is one of the images from

13  those other videos.  And it's clear what this is, but I think

14  when you put it in context -- and I'm going to end with just a

15  brief timeline where some of these things start to really come

16  together in a very troubling manner.

17      So when we start in January of 2015 on this timeline,

18  backing up even more, again, not to belabor a point, but at

19  this point the defendant has already admitted that she knew of

20  the interest in ISIS.  And in that trip that we talked about,

21  one of those first trips abroad after that, when the defendant

22  is abroad, she tells a family member of her late husband's

23  interest in ISIS, and she says she would follow him anywhere.

24  So those two comments together, you know, it's another step,

25  right?

1        As counsel was saying, you know, if all the government has

2   is the defendant's husband was interested in ISIS and she knew

3   it, that's one type of case, right?  But when you're talking

4   about risk of harm, when the defendant is saying, you know, "I

5   know my husband is interested in ISIS and I'm willing to follow

6   him anywhere," those two things together I think paint a very

7   different picture.

8        And then in this context, Your Honor, when you've already

9   taken one trip abroad, when you've already said, "My husband's

10  interested in ISIS; I'm going to follow him anywhere," this

11  trip to a gun range where the defendant herself labels this

12  minor the "next American sniper" becomes very troubling.

13       And then when you see that just seven days after that the

14  defendant's back traveling again with a minor taking yet a

15  third trip abroad, prepositioning assets -- and what's not on

16  the timeline, because we're trying to keep this relatively

17  short, Your Honor, and not have, frankly, too crowded of a

18  timeline, is through this period over $70,000 is depleted from

19  assets in joint bank accounts.

20       So you're taking money from the U.S.  You're not doing

21  what we just talked about, about get a one-way ticket to Turkey

22  and take a bag of money.  You're taking three trips abroad as

23  those funds are being drawn down here domestically.

24       And on that third trip, you have one of the minors, and

25  you fly all the way back to the U.S.; and then you take a final

1   trip just days later.  And during that final trip, as

2   discussed, you admit to picking up riflescopes, picking up

3   image stabilized binoculars.

4       And as we saw from the chronology of the trips, by this

5   time, it's not just the defendant's husband -- late husband but

6   also her defendant -- the defendant's brother-in-law, both of

7   whom she knows are interested in ISIS.  And she's precuring

8   tactical gear.

9           THE COURT:  What has happened to the brother-in-law?

10  Is he deceased as well?

11          MR. KOLAR:  I don't think I can answer that in this

12  setting, Your Honor.

13          THE COURT:  Okay.  Fair enough.

14          MR. KOLAR:  When you put this in context, when you

15  see when the tactical gear is being procured, when these trips

16  are occurring, how the funds are being drawn down, and while it

17  very well may not and should not be at issue at trial the way

18  this was charged, the very real harm that, you know -- and I'll

19  leave this mostly to Mr. Zanzi's argument -- but we talk about

20  these cases and what material support can do, what providing

21  tactical gear and people to these terrible organizations, why

22  it's a harm to the U.S., and there's perhaps no better evidence

23  of that than what actually happened in this case.

24      So unless the Court has any additional questions, we will

25  leave the factual part of this case behind unless --

1        Any further questions on the factual basis, Your Honor?

2        **THE COURT:**  Well, let me ask this:  Do you have a

3   theory on what was the purpose of that return trip to Chicago

4   only to turn around and go back?  I was murky on that.

5        **MR. KOLAR:**  Well, Your Honor, what you do see is you

6   don't see the defendant going abroad by herself, and there is

7   every reason to think that there's going to be less scrutiny

8   when someone is traveling with children.  You're not going to

9   assume that these multiple trips abroad are as potentially

10  nefarious as, in fact, we believe they are.  So you see each

11  trip abroad where significant amount of funds, we would

12  suggest, are being taken are, you know, being, essentially,

13  secreted out of our country into others, and those are taken

14  with minor children.

15       And then on the final trip you already have one of the

16  minor children abroad in Hong Kong.  Instead of just staying

17  there, you go all the way back.  And then that final trip,

18  that's really important not to be suspicious on, right, because

19  you're traveling with the future ISIS fighter.  And there is a

20  degree of whether or not -- and I won't get into how the

21  government would screen that or whether or not it actually

22  would be less suspicious -- but I think the average person

23  would think it's going to be a little bit easier for the

24  defendant's late husband, who has expressed an interest in

25  ISIS, to get over to Turkey right next to Syria if he takes a

```
 1    circuitous route and is traveling with his family and that

 2    traveling party includes children.

 3              THE COURT:  So --

 4              MR. DURKIN:  Judge, I can answer that question for

 5    you.

 6              THE COURT:  I'll give you a chance when I talk to

 7    you, okay.

 8              MR. DURKIN:  Okay.

 9              THE COURT:  So let me ask you:  How many -- she has

10    three children?

11              MR. KOLAR:  Currently, Your Honor, or at this --

12              THE COURT:  Well, at the time of the relevant events.

13              MR. KOLAR:  At this time of all these trips, there

14    was two children.

15              THE COURT:  So the stepchild from another -- there's

16    a child from a former relationship?

17              MR. KOLAR:  Right.

18              THE COURT:  And then there was a second child with

19    the defendant's former husband -- or deceased husband?

20              MR. KOLAR:  Right, Your Honor.

21              THE COURT:  And then maybe she had yet another child

22    while she was overseas?

23              MR. KOLAR:  Multiple, yes, Your Honor.

24              THE COURT:  Okay.

25         Thank you, Mr. Kolar.
```

```
 1              MR. KOLAR:  Thank you, Your Honor.

 2              THE COURT:  Mr. Durkin, you wanted to weigh in on one

 3    of the questions I asked before I hear anything that you wish

 4    to present.

 5              MR. DURKIN:  I do.  And maybe if we could put that

 6    timeline back up there.

 7              THE COURT:  You mind putting that back up there?

 8              MR. KOLAR:  Of course, Your Honor.

 9              THE COURT:  Thank you.

10              MR. DURKIN:  To answer your question about why does

11    somebody like Samantha Elhassani make these trips, go back and

12    forth like that?  When you're married to a crazy man who abuses

13    you and terrorizes you, you do what the crazy man tells you to

14    do, and that's why she went back and forth when she did.  What

15    she did was under the direction of her husband, who is

16    unquestionably crazy and unquestionably an abuser, and she is a

17    victim of that abuse.  And everything she did here has to be

18    looked at through that lens, and the government knows that.

19    That's what's appalling about the presentation of this case and

20    the actual decision to prosecute this case.

21        This woman is a victim of a crazy man, and one might think

22    that in this day and age the Department of Justice National

23    Security Division -- and I'm not laying this off on the U.S.

24    Attorney's Office, because I think they'd have better sense

25    here to bring a case like this if it wasn't coming from
```

```
 1    Washington, but this case -- everything that you're looking at
 2    here has to be viewed through the lens of domestic violence and
 3    patriarchal abuse, to use a better term.
 4         And there are some other important facts, and the reason I
 5    asked to leave the timeline up, is that the government has
 6    admitted in their pleading and made public for the first time
 7    that in January of 2015 she was a cooperating human source for
 8    the FBI.  And I think that's a factor that weighs heavily in
 9    favor of release.
10         This is a woman who I believe for almost a two-year period
11    cooperated with the FBI, and the government says in its
12    pleading that that cooperation was with an unrelated
13    investigation.  I don't know what that means 'cause I don't
14    know what the investigation is, and that's something we hope to
15    get in discovery 'cause I think it's extremely relevant to the
16    defense.
17         What I do know is that it certainly seems to me that the
18    investigation that she was cooperating in was a
19    terrorism-related investigation, because I know what she was
20    doing, which was she was recording serial numbers.  She worked
21    in the Elhassani family business in Elkhart, and it was
22    effectively an overseas shipping company, third parties.
23         In other words, you could be -- let's say you made widgets
24    in Elkhart and you needed to ship them from Elkhart to Yemen.
25    You could go through this company, and they would take care of
```

1    that.

2        And my understanding is one of the things she was doing

3    regularly was providing the FBI with serial numbers of cell

4    phones that were being shipped to Yemen, which I assume is a

5    terrorism-related investigation.  And I find it incredibly

6    ironic that somebody who cooperated with the FBI for two years,

7    the FBI took under their wing, and, I assume, believed

8    everything she said, all of a sudden now turns the tables, was

9    now unreliable.

10            **THE COURT:**  Was she paid by the FBI?

11            **MR. DURKIN:**  Yes.

12            **THE COURT:**  Paid informant?

13            **MR. DURKIN:**  Yes.  Yes, she was paid by the FBI,

14    which I can only assume means that they found that information

15    valuable and found her to be reliable.

16            **THE COURT:**  And you're representing to me that this

17    cooperation spanned about a two-year period of time?

18            **MR. DURKIN:**  I believe -- yes.  And I'm not -- I

19    don't have the exact dates, but that's roughly what

20    Ms. Elhassani recalls.

21        And I think that's incredibly significant.  I also think

22    that it may be one of the reasons Washington chose that they

23    had to do something about this.

24        Because one of the things that I find procedurally rather

25    appalling in this case is that she was -- there was a warrant

1    issued off of a criminal complaint that charged her with making

2    a false statement, or perhaps it was an Indictment.  I'm sorry.

3    It was the first Indictment that was returned in March.  That

4    was a false statement case.

5         And you know when that false statement case was?  It was

6    when she was cooperating.  And you want to know what the false

7    statement appears to be, even though the Indictment doesn't say

8    it?  What the false statement appears to be is that she told

9    them that they were going to Turkey and then on to Morocco or

10   something like that and they'd be back.  And she didn't come

11   back.

12        And I'd like to show you a document that's at least --

13   it's a sensitive document.  I don't think it's classified.

14            THE COURT:  Why don't you show it to counsel first.

15            MR. DURKIN:  I'll tender you a copy of this.

16            THE COURT:  Sure.

17            MR. DURKIN:  I'll direct you to the page I'm

18   referring to.

19            THE COURT:  Can we mark this as Defense Exhibit 1?

20   Is that okay?

21            MR. DURKIN:  Yes, that's fine.

22            THE COURT:  Any objection to that?

23            MR. ZANZI:  No, Your Honor.

24            THE COURT:  Defense Exhibit 1 will be admitted.

25            MR. DURKIN:  And what that document shows -- and the

```
 1   government has said I can say this -- certainly that it shows,

 2   and you can tell by looking at it, that the government was

 3   aware that she was traveling.  And that was a lie.

 4        One of the issues is in our evidence, which we would

 5   present -- or I would proffer to you, is that she believed they

 6   were going to Morocco.  That's exactly what she thought.  And I

 7   think our proof on that is a lot better than what she knew

 8   about what her husband's plans were, but be that as it may.

 9        Could we have the timeline again?

10        And just before we move off of Defendant 1, Judge, I would

11   ask you to read the third paragraph.  It's the third paragraph

12   on the page.  It's underneath the first large redaction.

13             THE COURT:  Okay.

14             MR. DURKIN:  If you will just read that to yourself,

15   I think that kind of confirms what I was saying about her

16   cooperation.

17             THE COURT:  Okay.  Are you saying that that's the

18   paragraph that's the subject of the false statement from the

19   original Indictment?

20             MR. DURKIN:  No.  I don't --

21             THE COURT:  More relates to the travel?

22             MR. DURKIN:  I think it's the first paragraph that

23   they're referring to that somehow was false.

24             THE COURT:  Okay.

25             MR. DURKIN:  That she expected to be in Morocco --
```

1    well, I'm sorry.

2        I can say that, right?

3            **MR. ZANZI:**  Sure.

4            **MR. DURKIN:**  I mean, that statement, I believe, is a

5    correct statement of her mind at the time of this --

6            **THE COURT:**  Okay.

7            **MR. DURKIN:**  -- document.

8            **THE COURT:**  I understand.

9            **MR. DURKIN:**  Which has a tremendous amount -- one

10   might think that if you were aiding a terrorist instead of

11   aiding in the investigation of terrorism that you might not

12   want to give the FBI any idea that you were going to sneak out

13   of town, and you wouldn't offer to provide an itinerary or

14   anything else to them and tell them where you'll be or tell

15   them that you'll be reachable by cell phone and everything

16   else.

17       And that speaks to the heart of this case because it

18   demonstrates the control that the husband had over her and over

19   the situation, and that's what we expect our evidence to show

20   considerably.

21       The trips that she was sent on, these suspicious trips,

22   she was ordered to do.  She didn't have a choice in that

23   matter, very simply.

24       And they go back -- let's go to their -- this is their

25   whole case.  Their whole case, as I read it, at least so far,

```
 1    centers around this late March, early April admitted to picking

 2    up riflescopes and admitted to picking up binoculars.

 3         The prosecutor said that -- the first thing he said, that

 4    she purchased those, and then he stepped back.  She didn't

 5    purchase these.  She simply picked them up, again, for her

 6    maniac husband, while she was there.  She was under the

 7    impression that the binoculars were going to be resold in

 8    Morocco.  Because all during this time period, she thinks

 9    they're going to Morocco.

10         And there's ample reason for her to believe that.

11    Largely, because her husband and the brother are from Morocco.

12    They're from a rather prominent family in Morocco, as I

13    understand it.  And that she had spent a considerable amount of

14    time in Morocco and thought they were moving to Morocco.

15         So that's all consistent with everything else she does

16    about the money.  The money cuts both ways.  She thought this

17    was -- and the selling of everything is totally consistent with

18    her mental concept and lying from her husband that they were

19    going to Morocco.

20         And part of the reason that's credible is -- and, again, I

21    don't have this evidence, so I don't know, but I believe if

22    everything I know is true, that the real radical in this case

23    is the other brother.  He was more -- he was much more

24    radicalized than Moussa, the husband; and he was radicalized

25    first, which makes her version totally believable, which is,
```

1    that they were going to Morocco.  And the evidence, I think,

2    will show that it was really not clear whether Moussa was going

3    to join the brother.

4         And, again, they say this is not a proxy prosecution of

5    the husband.  I think it is.  Everything along here was all

6    done at the direction of the husband, but there's a more

7    significant legal issue that you need to think about vis-a-vis

8    the caliber of this evidence and the strength of it because

9    it's almost laughable.

10        When does somebody become a member of a foreign terrorist

11   organization?  And the government -- I don't know what the

12   government's answer to that will be, but I ask you to ask them

13   whether there's any case that's ever been prosecuted in the

14   United States when a wife did something for her husband before

15   he went overseas into ISIS territory, before he entered any

16   oaths of allegiance to ISIS, before he took up a weapon for

17   ISIS?

18        This is material support not to Moussa Elhassani; that's

19   not a crime.  You have to supply material support to a

20   designated terrorist organization, and he has to be a member of

21   it.  And I'd like to know what the government's theory on that

22   is because I don't know of a case in the country in which a

23   wife, who is -- they claim I made a racial statement or some

24   bad statement about Muslims, which is totally ridiculous.  You

25   know me better than that, to begin with.

```
 1          First of all, I simply said:  She's not a Muslim because

 2    you got to be a Muslim to be a member of ISIS.  And that's the

 3    only point of raising that.  There's not a shred of evidence

 4    this woman has ever been radicalized.  She's a Baptist.  This

 5    is insane that somehow she was ideologically driven to do this.

 6          And you ask the government if there's another case in the

 7    country that's ever been prosecuted for material support where

 8    somebody was not, at least, if not a member of ISIS, in

 9    sympathy with ISIS, and willing to provide themselves as

10    personnel.  They say on the Indictment that it's -- that she --

11    she provided personnel, including funds and tactical gear for

12    personal use.  I don't even understand that.  She couldn't

13    possibly have provided herself as personnel 'cause there isn't

14    a shred of evidence that she did anything on behalf of ISIS.

15          In fact -- and this is -- you'll have to excuse me for

16    raising my voice because this just offends me -- where they

17    suggest in their pleading that somehow we were

18    mischaracterizing the places she was.  What do they say, it was

19    something like it was a -- just a settlement camp or something

20    like that.

21          They say that we mischaracterized this as a prisoner of

22    war camp.  It's inaccurate and misleading.  And they talk about

23    a camp that -- Kurdish forces known as the YPG.  There's no

24    evidence that she received any mistreatment at the IDP camp and

25    on the contrary, blah-blah, blah-blah, blah.
```

```
 1        Yes, what this fails to tell you -- and you ought to hold
 2   this against them.  Ask them what they know that happened to
 3   her at the Black prison in Raqqa, which was an ISIS prison
 4   camp.  Ask them how it is that they're prosecuting somebody who
 5   was tortured, beaten repeatedly, and raped in an ISIS prison
 6   camp if she was really providing material support to ISIS.  Ask
 7   them that and see if they have an answer, because that's true,
 8   and they know it's true.  And if they don't know it's true,
 9   then we're wasting a lot of billions of dollars on
10   intelligence.
11        They know full-well that she was in an ISIS prison camp
12   and treated as a spy.  They thought she was an American --
13   because she was an American, they thought she was a spy.  And
14   you know what?  You want to know what terrified her the most?
15   She was most terrified that they would discover that she really
16   was an FBI informant.  She thought that's why she was being
17   treated like a spy, that perhaps somebody had outed her as a
18   cooperator for the federal government.
19        But, in fact, that's what she was, and that's what was
20   happening to her.  And that's a fact.  She was beaten,
21   tortured.  She was hung like all the prisoners we see in the
22   Black sites; hung by her arms, hung by handcuffs and tortured,
23   because they thought she was a spy, and then raped by a guard.
24   And yet somehow this is the woman who provided material support
25   to ISIS.
```

1     The other thing that I find horribly offensive by the

2  government's presentation is the suggestion in their pleading

3  that defendant herself engaged in horrifying conduct, including

4  the purchase and supervision of Yazidi slaves.  If they have a

5  shred of evidence that she had anything to do with purchasing

6  those slaves, I'd like to see that.  They know full-well that

7  that is just the husband, the husband.  The big pig of a

8  husband bought the Yazidi slaves and had sex with them in front

9  of her.

10     She had nothing to do with the Yazidi slaves other than to

11  befriend them, and it is absolutely true, as we pled in our

12  pleading, that she saved the Yazidis' lives.  And she risked

13  her life posing as -- that's the only time you'll ever see her

14  in the burqa and the clothing.  She did that to make sure that

15  the Yazidis would be okay, because if there was an American

16  that was found with the Yazidis, or Yazidis, they would all be

17  killed.  So I just don't even understand this case.

18     And if it weren't so serious, it would be laughable.  They

19  don't have a case as a matter of fact, and they don't have a

20  case as a matter of law, which then takes us to the issue of

21  are there conditions of release that could be used?  And I

22  think that there are.  Particularly in light of the fact of

23  what's happened to her.

24     And, you know, I'm not blaming the government, and I'm not

25  praising her.  I'm certainly not suggesting -- this would be a

1   nice presentation I suppose if they were the Indiana Department

2   of Children and Services and this was a hearing about whether

3   she was a good mother.  I grant them that, and I grant them

4   that there's some ugly stuff here.

5        Oh, and one other fact that can't go uncommented upon.

6   They know full-well in this video that is a ridiculous video --

7   it's absurd, but the whole thing is absurd.  This is an absurd

8   story.  The simple fact of the matter is, and they know this,

9   is that the video -- the only thing she had to do with the

10  making of the video that's so bad, the one that's ugly, is the

11  husband was dictating that; and the husband was right there.

12  They know that.  And this is a woman who was dominated by this

13  man.

14       And there's not a shred of evidence that she had anything

15  to do with the production of those other than to be commanded

16  by him to be filming while the husband is the one doing the

17  talking.  And you can hear who is doing the talking to the

18  child, and it's the husband.  It's the same person -- it's the

19  husband who brainwashed the child, and he's the same person

20  that dominated her on a different level, both physically and

21  emotionally.  And anything she did was at his direction.

22       And, you know, taking him to the gun ranges, the whole

23  family would go to the gun range here in Indiana; and I don't

24  know why people in Indiana like to use guns, but -- you know,

25  in Chicago, they only use them on the south and west sides.  We

```
1    have shooting ranges, but they're out in public.

2        I don't know how anything you've heard today could cause

3    someone to think that there aren't conditions of release that

4    could ensure that she's not a danger.  I don't there's any

5    evidence that she's even a danger, but there's certainly -- if

6    she is, I guess the danger might be if she got her hands on her

7    kids or somebody.  I don't know what the danger would be.

8            THE COURT:  Where are these kids presently?

9            MR. DURKIN:  They're presently in the custody of the

10   Department of Children -- DCS.  It's DCFS in Chicago, but it's

11   DCS here, apparently.

12           THE COURT:  Where is the father of this child?  Is he

13   involved in the picture at all?

14           MR. DURKIN:  The father of that child has filed a

15   petition.  He's entered -- I know -- I don't know if he's

16   petitioned for whether he wants full custody or -- I'm not

17   totally familiar with all the proceedings, but I know that he

18   has filed --

19           THE COURT:  He's still around and active and trying

20   to be involved?

21           MR. DURKIN:  Yes.  He has an interest in the child.

22   My understanding, but I haven't corroborated this recent

23   information.  The most recent information I've had is that

24   there is a -- the children -- there's a consideration being

25   made by DCS, and it's being vetted that either three of the
```

1    children or all four of the children will be put in the

2    temporary custody or guardianship of her parents, her mother

3    and father, that live in Oklahoma.  And it is my understanding

4    that Indiana has asked Oklahoma to vet and that it appears to

5    be going well in that regard.

6         Ms. Elhassani has an appointed lawyer that she hasn't been

7    able to speak with, and I'm going to try to reach her this

8    week.  She's not sure -- she was under the impression all four

9    children were going to go to Oklahoma and her husband -- and

10   her ex-husband, and the father of the boy, would have some type

11   of custody.  But she's not sure now whether or not he's seeking

12   full custody or not, and I don't know the answer to that.  But

13   it looks like at least three will be going to Oklahoma.

14            **THE COURT:**  Okay.

15            **MR. DURKIN:**  She would not -- for what it's worth, I

16   don't think she's going to be permitted, at least now, to have

17   any contact with the children, which is very difficult for her;

18   but she accepts where she's at on that.  And she realizes --

19   and that's the other reason we're asking for more treatment,

20   because she realizes that in order for her to ever

21   realistically have a chance with her children, she's going to

22   have to get the treatment that she needs.

23         So there's danger to the community.

24         And the risk of flight I think is the same.  Both can be

25   solved by electronic monitoring.  There's no way she can go

 1   anywhere.  She doesn't have a passport.  And, frankly, she's

 2   not -- I don't believe and I think she understands that she's

 3   not medically fit to go anywhere.

 4       She's also very frightened -- and I think this is a

 5   realistic fear -- that if this case gets more publicity that

 6   she could be in danger from ISIS sympathizers.  So, I mean,

 7   it's a very complicated situation.

 8       But I simply don't see on this record why it is -- even if

 9   you give them the benefit of their evidence -- why electronic

10   monitoring and how home detention would not be a sufficient

11   combination of conditions to reasonably assure the safety of

12   the community and the -- and that she would appear in court.

13       And I just -- I'm very positive that this evidence will be

14   shown, that whatever she did -- and I don't think it's a crime

15   whatever she did; might be totally stupid, and she certainly

16   wishes in hindsight that she had the wherewithal or the mental

17   reserve to stand up to her husband a long time ago and get out

18   of his clutches, but whatever -- he's gone.

19       And I don't know what the situation is with respect to the

20   brother.  I would be anxious to hear.  Maybe we'll hear that

21   some other day, but we don't know whether he's dead or alive or

22   whatever.  The government seems to know.

23           **THE COURT:**  Okay.  Thank you, Mr. Durkin.

24       Mr. Kolar, I'll let you respond to any of the factual,

25   what appears to be a dispute here.

```
 1        And then I'll hear from you, Mr. Zanzi, as it relates to

 2   the legal issues addressed -- or however you all want to

 3   respond.

 4            MR. KOLAR:  Your Honor, there were quite a few, kind

 5   of, intermixed argument and facts.  Mr. Zanzi and I were kind

 6   of talking briefly, and I think he's going to handle the

 7   majority of it.

 8        I would just indicate that we don't agree with the

 9   characterization of facts when counsel has said the government

10   knows X, Y, and Z.  That was primarily based on a statement

11   that the defendant made, essentially her version of the events;

12   and we have multiple times that she has, essentially, lied.

13   She lied to the father of her child.  She lied to her friends.

14   She lied to the FBI.

15        So I'll let Mr. Zanzi handle it, as we discussed.

16            THE COURT:  Mr. Zanzi.

17            MR. ZANZI:  Your Honor, so everything that defense

18   counsel has proffered has come from defendant, okay.  What

19   we've laid out here, and tried to lay out here -- this is an

20   unusual case.  Why would somebody do this?  Well, we can look

21   at the actions, Your Honor.  We look at the actions, and we

22   look at the conduct.

23        And she says -- the defendant claims that she was doing

24   this at the direction of her husband, that she has made

25   numerous statements, both to the media and to law enforcement,
```

```
 1   that are wholly inconsistent.  She's put herself out there, and

 2   she's trying to lock herself into a story.

 3        What we have done for you, Your Honor, is we provided you

 4   with facts, and we provided a lot of detail.  The reason we

 5   provided that detail is because if you take any of those facts

 6   in isolation, they can possibly be explained.  Then you look at

 7   the whole totality of the conduct, the fact that she knew her

 8   husband was interested in joining ISIS as early as November of

 9   2014; that in a trip to Morocco she was confronted by a family

10   member where she confirmed -- that family member is going to be

11   a witness in this case, Your Honor, someone who did not support

12   this at all, and she admitted that she supported her husband

13   and she would follow him to ISIS.  These are all decisions that

14   she made.

15        And now what she wants to do is she wants to point --

16             MR. DURKIN:  At this point I --

17             MR. ZANZI:  Your Honor --

18             THE COURT:  Don't interrupt him.  They didn't

19   interrupt you, so please don't do that.

20        Go ahead, Mr. Zanzi.

21             MR. ZANZI:  What she wants to do is she wants to

22   place all of the blame for every single thing that she's done

23   here, all the facts here, on her husband.

24        Why is this case important, Your Honor?  Why does this

25   case matter?  If this was a woman of someone who was interested
```

1    in ISIS, was a woman who was married to someone who was

2    interested in ISIS and went along for the ride but wasn't a

3    fighter herself, maybe that would be a different case,

4    Your Honor.

5         But here we're talking about someone who uprooted her

6    family, ripped her family apart, took them all the way to

7    Syria, took her son out of school and took him on these trips.

8    Why make all these trips without your husband until the last

9    minute?  To move money, to avoid suspicion.  Took him out of

10   school, took him out of -- this is a parent of a child.  She

11   wants to say:  Oh, I just did it with my husband.  I just did

12   what my husband did.  She made these choices.  She did these

13   things.  She was an adult.  She was in her 30s.

14        And very importantly, Your Honor, upon -- now it's very

15   clear to us what the defendant's theory is in this case, that

16   it was all the husband.  I just did what my husband did.  The

17   problem for defendant with that is she's put her story out

18   there.  She put her story out there with *Frontline* and with *CNN*

19   and with all these news media outlets.

20        She even wrote her own diary trying to -- while she was in

21   the IDP camp about -- trying to explain the whole story and

22   what had happened, in which she acknowledges that she knew

23   before they went to Turkey on the last trip that her husband

24   was interested in ISIS.

25        In none of those accounts does she say that her husband

1   was abusive and told her what to do.  What she says is after

2   they were in Syria, at some point after they were in Syria, he

3   changed.  She describes him as a loving father.  You asked

4   about the father, the real father of the son, as what we can --

5   you know, at the risk of divulging too much information about

6   the child, the father was not involved.  That father -- the

7   biological father was not heavily involved in the child's life.

8   But what defendant says is that Moussa, her former husband, was

9   a father to this child and treated him like a son.

10      You've seen those videos, Your Honor.  There's no fear or

11  coercion.  These are like any other home video except for the

12  content is horrific.  Horrific, Your Honor.  These are not --

13  this is kids reciting prayers.  You know how difficult it is

14  for a kid to memorize things like that.  This is a kid who

15  appears to be, you know, not doing this out of fear.  Saying,

16  "cool," at one point, about what's going on.  It's terrifying,

17  Your Honor, what defendant has done here.

18      So that's in response to why did we bring this case, why

19  is it important.

20      Now let's talk about the FBI cooperation.  The FBI

21  cooperation is being completely misconstrued here.  I will say

22  on the record here, Your Honor, that defendant did not aid in

23  the investigation of terrorism.  She did not.  She did not

24  provide any cooperation in the investigation of terrorism

25  whatsoever.

1       She was assisting in another investigation; and, frankly,

2   that raises a lot of questions.  Here she is, developed a

3   relationship with FBI where she's providing information, much

4   of which was untruthful, also lying about information about her

5   trips.  The FBI asked her to be truthful about her trips, where

6   she was going, when she was coming back, and she lied about

7   that, just like she did to everybody else.

8       All of those opportunities -- she had the sophistication

9   and wherewithal and independent judgment to cooperate with law

10  enforcement on an investigation and didn't tell them about any

11  of this?  It raises a lot of questions, Your Honor.

12      Your Honor, we ask you to look at the strength of the

13  evidence.  We ask you to use your common sense and look at the

14  facts and look at all the little details here about what

15  defendant did throughout this timeline, the lies she told --

16  the fact she was willing to lie to a biological father of a

17  child that they were going on vacation to Paris in order to get

18  an affidavit.  These are all choices that she made.  And she

19  can say -- at what point does the buck stop with her?

20      Every single thing, every single one of these events --

21  and she now -- is it that she didn't know what she was doing,

22  she didn't know they were going to ISIS, or they knew that they

23  were going to ISIS all along?

24      So did she take all of these trips without knowing that

25  they were going to ISIS and just, oh, my husband tells me to go

```
 1    and to bring money and melted gold and to melt gold and to

 2    bring it all the way to Hong Kong once a month for several

 3    months and then to pick up riflescopes and to do all of these

 4    things.  What exactly is defendant's theory, that she didn't

 5    know or she was just doing everything blindly?  Neither is

 6    believable, Your Honor.

 7         And going to the 3142(g) factors, Your Honor.  We've

 8    talked at length about the weight of the evidence of this case.

 9    We talked a lot about the nature and circumstances of the

10    offense and why this is an important case, Your Honor.

11         Because, frankly, Your Honor, this is an unusual case.  We

12    don't often charge the family members of the people who are

13    seeking to go fight ISIS.  It is because of what she did and

14    the length she did to support and bringing her family and

15    getting her family involved.  And I know that they completely

16    disagree with that, and we're just going to go back and forth.

17    But this is an important case, Your Honor, because of the

18    choices she made and the consequences that it has had on

19    innocent people.

20         And as to her danger, Your Honor, well, we've gone beyond

21    the scope of the case to -- we focused on -- the charges in

22    this case are based on all of her conduct leading up to what

23    happened in Syria.  And a lot of what defense has talked about

24    is what happened in Syria and some of the things that -- the

25    atrocities that happened to her and her child.  To be honest,
```

```
 1   Your Honor, we're not omniscient.  We don't know everything

 2   that happened here.  Everything is coming from defendant.  Some

 3   of it may be true, some of it may not be true, and some of it

 4   she may need mental health for.  But that, as Your Honor has

 5   recognized, is a separate issue, whether or not the marshals

 6   can adequately address her mental health needs.  And, frankly,

 7   this is not the appropriate hearing for making that

 8   determination.

 9       We don't deny that there are serious consequences for

10   going into Syria and joining a savage regime like ISIS, just

11   like there are for consequences for joining gangs or for the

12   mob.  Terrible things happen.  And we're not trying to be glib

13   here or insensitive because she may very well need mental

14   health treatment.  And the government is not objecting to the

15   receipt of that.

16       But that is -- if she has mental health needs, that's not

17   an issue or reason for her to be released.  Given --

18           THE COURT:  Can you speak to this one medication she

19   was on, this Zyprexa.  Mr. Durkin has represented that somehow

20   the government was involved in ordering or getting her off of

21   that particular medication that they've represented to me was

22   very helpful to her in dealing with her present situation.  Do

23   you know anything about that, or can you speak to that at all?

24   Do you know what I'm --

25           MR. ZANZI:  About the medication itself, Your Honor?
```

```
 1            THE COURT:  Well, no, about the -- is any of that
 2   true?  Did you all intervene in seeing to it that she had that
 3   medication taken away from her or anything?
 4            MR. ZANZI:  Of course not, Your Honor.
 5            THE COURT:  Well, that's what they --
 6            MR. ZANZI:  I didn't even think they were suggesting
 7   that.
 8            MR. HERMAN:  That was passing on information what the
 9   nurse practitioner said, and it was certainly not meant to mean
10   the federal government --
11            THE COURT:  I'm not saying these two individuals, but
12   was there somebody in the government that --
13            MR. HERMAN:  U.S. Marshals or somebody who determines
14   what's unformulary or not is the type of --
15            THE COURT:  Okay.
16            MR. ZANZI:  As you know, the marshals -- we don't get
17   involved in what they do and their administration of medical
18   care.
19            THE COURT:  I understand.
20            MR. ZANZI:  And we have no idea -- frankly, we don't
21   even know what the circumstances of that are.
22        Lastly, Your Honor, I would like to say that she --
23   defendant is the ultimate flight risk.  I think her conduct
24   shows that she is very capable of navigating the situations
25   that she did.  Her past history of fleeing, taking those
```

```
 1    multiple trips, using people, using other people, using minor
 2    children, she was willing to do that in order to go to other
 3    countries and to preplan for this trip.  Navigating through a
 4    war zone, Your Honor.
 5         Frankly, Your Honor, electronic monitoring and a
 6    designation at some unknown location which we haven't even
 7    been -- hasn't even been established provides the government no
 8    comfort.
 9         You know, Your Honor, we provided a couple of cases here,
10    Your Honor, and we did so in the context of trying to find some
11    additional research.
12         Did we give the Court some -- the cases, or no?  I don't
13    think we did.
14              THE COURT:  Are they in your brief?
15              MR. ZANZI:  No, Your Honor.  What I'm going to hand
16    you, Your Honor -- I've given a copy to defense counsel -- are
17    two cases.
18         So what these cases are -- address the issue of the
19    presumption, Your Honor, of detention in material support
20    cases.  And it's important to note in the statutory presumption
21    here, which we understand is rebuttable, is that defendant --
22    that the -- Congress has determined that the presumption of
23    detention should apply not only to acts of terrorism cases but
24    also material support cases.
25         And the cases here, Your Honor, just to define what --
```

1   what is material support of resources?  It's a broad scope of

2   activity.  It's defined in Section 2339A(b)(1) of Title 18,

3   that "any property, tangible or intangible, or service,

4   including currency or money instruments or financial

5   securities, financial services, lodging, training, expert

6   advice or assistance, safe houses, false documentation or

7   identification, communications, equipment, facilities, weapons,

8   lethal substances, explosives, personnel (one or more

9   individuals who may be or include oneself) doesn't have to be,

10  and transportation."

11      So there's a broad range of activity that is included in

12  material support of resources.  And Courts have found --

13  amongst the ones that we found, we identified a case in the

14  Northern District of Illinois where a magistrate judge denied a

15  motion for release.

16      And there the defendant was charged with providing money,

17  military uniforms, combat boots, and other supplies to

18  terrorist organizations.  And the Court found that the

19  presumption of danger and flight risk was not rebutted.

20      In another case in the Second Circuit, *United States v.*

21  *Khusanov*, which we provided to the Court, affirmed a detention

22  order where the defendant was charged with providing

23  approximately $2400 to finance a would-be supporter of ISIS's

24  travels.

25      Again, the Court said -- the appellate court said the

```
 1   district court acted well within its discretion and observed

 2   that terrorist organizations like the one defendant allegedly

 3   supported had a history of particularly violent conduct, and

 4   the purpose of defendant's attempted support was to facilitate

 5   violence by allowing persons to travel to Syria and wage Jihad

 6   against the United States and its allies.

 7        Your Honor, let me just confer with --

 8        I would also remind the Court that there's nothing in the

 9   statute or in the case law that requires defendant herself to

10   be a member of ISIS in order to be guilty of what he or she has

11   been charged as as conspiracy.

12        THE COURT:  Can you hang on for a second, Mr. Zanzi.

13        All right.  Mr. Zanzi.

14        MR. ZANZI:  So the charges here do not require her to

15   be a member of ISIS.  She was charged with aiding and abetting

16   and conspiracy, so we respectfully disagree with the

17   defendant's analysis of the law here and whether or not her

18   conduct, and alleged conduct as charged here, would support a

19   conviction under these statutes.

20        Nothing further, Your Honor.

21        THE COURT:  I will give you the last word,

22   Mr. Durkin.  I have another hearing here, just to let you know.

23        MR. DURKIN:  That's fine.  I have an appointment

24   myself.

25        THE COURT:  Okay.
```

1      **MR. DURKIN:**  First of all, with respect to the cases

2  they've cited for the proposition that it's difficult in a

3  2339B case to get released, I appreciate that.  This is maybe

4  the 11th or 12th case of this material support that I've

5  handled throughout the country.  I've never asked for a hearing

6  before.  I'm not stupid.

7      Mr. Herman reminds me, we made a motion in one case, but

8  we never had the hearing.

9      But this is not a material support case.  Or if it is, it

10  is the weakest one you will ever, ever see.  And I believe I

11  just heard Mr. Zanzi, on behalf of the U.S. Attorney's Office,

12  admit that they never charge people like this except for what

13  she did was so horrific, which means by my way of thinking that

14  what she's really being prosecuted for is exactly what I

15  suggested, which is what she did with her children or not doing

16  something else with her children.

17      But that's not a federal crime.  Maybe it's a crime

18  somewhere and maybe that's for the state of Indiana.  But you

19  cannot provide material support to someone who isn't a member

20  of ISIS, and you can't aid and abet that and you can't conspire

21  with it.  And they can't get over that hurdle.  They have no

22  proof that she knew he was a member of ISIS because he wasn't a

23  member of ISIS as a matter of fact until he got to Syria.  And

24  the rest of it is nonsensical.

25      Yes, every time they say, oh, that he was inclined or he

```
 1   had an interest in, or whatever, that isn't -- doesn't make him
 2   a member of ISIS.  And he was not a member of ISIS until he
 3   went to Syria and took bayat and made an oath to ISIS, and I
 4   can bring in a ton of experts who will testify to that.  And
 5   they'd be all government witnesses anyway because that's what
 6   the government always talks about.  It's usually the other way
 7   around.  They make their case about somebody being a member of
 8   ISIS because they swore an oath of bayat or allegiance while
 9   they are in America.
10        This is an upside down and backwards case.  It doesn't
11   fit.  It's not material support.  Even if it were under these
12   facts, they concede it's probably just aiding and abetting, and
13   that's pretty weak in terms of release.
14        We have an American citizen who is entitled to the
15   presumption of innocence.  She's entitled to defend this case.
16   They say that it's all her word.  It won't be all her word, I
17   can guarantee you.  And she is entitled to the presumption of
18   innocence, and she is entitled to bail under the circumstances
19   of this case because it cannot be said that you can't fashion
20   conditions.
21        Now, I'm not prepared to do that today, so I don't want
22   you to say, sorry, you're a day late and a dollar short.  If
23   you tell me that you will consider conditions, we will provide
24   them because I believe we can provide you with some pretty
25   rock-solid assurance, by means of electronic monitoring, that
```

```
 1    she's not going to be a flight risk or a danger to the

 2    community.

 3         And I think you can take into account the issue of her

 4    need for treatment in light of everything that's happened to

 5    her because -- and this is where it fits under the Bail Reform

 6    Act.  My prediction will be if she's left in the Porter County

 7    Jail without any treatment -- and I don't mean just a shot of

 8    medicine; I mean without getting some therapy that Dr. Xenakis

 9    recommends -- without trying to get through this, she may

10    decompose and not be able to be competent enough to defend

11    herself, to assist in the preparation of the defense.  And

12    that's a factor you can take into account under the Bail Reform

13    Act, because you do have the authority under the act to fashion

14    an order that keeps the presumption of innocence alive and also

15    gives her an opportunity to present a defense.  And if she

16    doesn't get released to be able to get that kind of treatment,

17    she may decompose and she won't be able to assist in this

18    defense, and that's a factor you can consider under the Bail

19    Reform Act.

20         For all those reasons, I think she should -- we should be

21    given a chance to come up and provide conditions.

22              THE COURT:  Okay.  We'll take about a 10-minute

23    recess, give Stacy a little break here, and we'll pick back up

24    here at a quarter to one.

25              MR. DURKIN:  Thank you.
```

```
 1          (A recess was had at 12:33 p.m.)

 2          (The following proceedings were held in open court

 3       beginning at 12:47 p.m., reported as follows:)

 4              DEPUTY CLERK:  All rise.  Court is in session.

 5              THE COURT:  All right.  You may be seated.

 6       All right.  The government seeks the pretrial detention of

 7   the defendant, Samantha Elhassani.  And the decision is

 8   governed by 18 U.S.C. 3142, which is the Bail Reform Act.

 9          There are factors that the Court has to take into

10   consideration when it decides if there are any conditions that

11   will reasonably assure the appearance of the person at trial as

12   required and the safety of the person and the community, and

13   those are the standards that govern release or detention.

14          The defendant, first of all, is charged with an offense

15   under Title 18, United States Code, Section 2339B.  And in

16   particular, she's charged with providing material support to a

17   terrorist organization or, more specifically, conspiring to do

18   that, as well as aiding and abetting two other people's efforts

19   in that regard.

20          Because of the nature of the charge, that leads to a

21   presumption that there are no conditions of release that can

22   reasonably assure the appearance of the person or the safety of

23   the community because a federal crime of terrorism is one of

24   the listed offenses in the detention statute under 3142(e) that

25   leads to that presumption.
```

 1          So the question is, first, has the defense rebutted the

 2     presumption that there are no conditions that would reasonably

 3     assure her appearance and the safety of the community; and if

 4     they have rebutted that presumption, whether the factors under

 5     3142(g) militate in favor of detention or release.  I don't

 6     think that the defense has rebutted the presumption that has

 7     been presented just based upon the nature of the charge.

 8          And even if the defendant has rebutted the presumption and

 9     I looked at the factors under 3142(g), I believe that the

10     preponderance of those militate in favor of detention, and I'll

11     talk about them in a minute.  But my discussion on the record

12     here will be somewhat truncated, and I'll put my reasons in a

13     more fulsome way in writing, as I'm required to do, under the

14     Bail Reform Act.

15          But the first factor is one I've already sort of touched

16     upon, which is the nature and circumstances of the offense,

17     including whether the offense is a crime of violence, a federal

18     crime of terrorism, or -- and then a number of others that

19     aren't pertinent here.

20          And so, of course, the first factor, by the nature of the

21     charge, it is a federal crime of terrorism or terrorism-related

22     activity that does militate in favor of detention.

23          The second factor is the weight of the evidence against

24     the person.  And candidly, it's a mixed bag.  I've been

25     presented a proffer of evidence from both sides here, and all I

1    can respond to is what has been presented to me.  And I think

2    on balance, this factor slightly favors the government, that

3    the weight of the evidence is, I think, strong, but there does

4    appear to be some potential valid defenses.  And it sounds to

5    me like we're going to have a really interesting and hotly

6    contested trial, so I'm really at this point only responding to

7    what has been presented to me at this hearing.

8         And based upon the evidence that the government provided,

9    that it appears to be, really, not contested and not likely to

10   be able to be contested that the defendant did, in fact, make

11   multiple trips overseas back and forth several times in a span

12   of three or four months.  There does appear to be evidence that

13   the defendant placed her children, or at least one of them for

14   sure, in great risk.

15        Mr. Durkin says that the videos -- he says they're absurd.

16   I think they're very disturbing and very troubling, so that

17   evidence really does not appear to be controverted in any way.

18   It's for the eyes to see, and I have reviewed it in advance of

19   the hearing.  And I believe it's very strong evidence in this

20   case.

21        There does appear to be evidence as well that the

22   defendant was involved in the purchase of actual items that

23   were to be used by her then husband for his activities in

24   Syria, in particular, riflescopes, tactical gear, image

25   stabilizer binoculars, if I'm understanding that correctly, and

1    that they were purchased to assist his endeavor.  There's lots

2    of money that was transferred out of the United States overseas

3    to further assist in these activities.

4        The defense has proffered to me, frankly, a compelling

5    case, perhaps, that the defendant was operating very much under

6    the thumb of her husband and was coerced, perhaps, into

7    engaging in some of this activity; but I'll also note that much

8    of that appears to be evidence that comes directly from the

9    defendant.  And her credibility might well be challenged at the

10   trial with other things that she has said through various media

11   outlets that never at all raised the prospect that she engaged

12   in this activity because she was threatened, coerced, et

13   cetera, by her then husband.

14       So while that may well be the case and that may be her

15   evidence, there will be probably strong evidence contradicting

16   that, so I'm not -- my goal here today is not to decide whether

17   the defendant or whether the government is going to prove its

18   case beyond a reasonable doubt.  I'm simply making my best

19   judgment on the weight of the evidence as it was presented to

20   me here in court today, and I do think on balance the

21   government has the stronger of that factor, the weight of the

22   evidence, so I think that militates in favor of the government

23   as well.

24       The third factor under 3142(g) gets to things like --

25   speaking much more broadly, the history and characteristics of

1    the defendant, and it speaks to things such as her personal

2    character, physical and mental condition, family ties,

3    employment, financial resources, length of residence in the

4    community, and other things as well.

5        I think this factor also militates in favor of the

6    government.  Ms. Elhassani told the probation office back in

7    July that she has reported no history of mental health issues.

8    They interviewed her sister who said that the defendant has

9    suffered from an eating disorder but has never seen a therapist

10   for any other mental health issues that she is aware of.

11       That's not to say there was some mental health problems

12   that arose as a result of her overseas travel, but she never

13   told probation that, and so I think that's something worth

14   mentioning under the third factor of (g)(3).

15       She also does not have, really, any ties to the community

16   any longer.  She appears to be entirely estranged from her

17   family.  She has no residence in the community, no community

18   ties.  Her children, in all likelihood, are going to be

19   prohibited -- she's going to be prohibited from having any

20   involvement with them, in all likelihood; and so -- she has no

21   property in the community, no employment.  And so all of those

22   factors, I think, militate strongly in favor of detention.

23       The prospect of releasing her and placing her in a shelter

24   environment, whatever that may be, is not the kind of community

25   ties that I think 3142(g)(3)(A) are trying to get at when

1    you're trying to make an assessment on the release or detention

2    of a defendant.

3         I'll also note that, and it didn't come up at the hearing

4    today, but it doesn't appear as if the defendant has been a

5    particularly model prisoner out in Porter County.  I was

6    presented with a report whereby -- and I watched a video which

7    was offered -- whereby the defendant took a full mug of coffee

8    and threw it at another inmate or offender after a scuffle

9    inside what appeared to be like a day room, which does suggest

10   someone who has a certain level of volatility, which also I

11   think weighs on the issue of dangerousness.  But that's sort of

12   a mild point, but it's just, I think, worth making.

13        I will put my reasons, as I said, in a more fulsome way in

14   writing, but just to let you all know where I'm coming from,

15   I'm going to deny the request for the defendant to be released.

16   And she will remain in custody pending the trial of this

17   matter.

18        So anything further from the government?

19            MR. ZANZI:  No, Your Honor.

20            MR. KOLAR:  No, Your Honor.

21        THE COURT:  Mr. Durkin, anything further from the

22   defense?

23            MR. DURKIN:  No, Judge.

24        THE COURT:  Okay.  Thank you.

25        (A recess was had at 12:59 p.m.)

```
1    * * *

2         (End of requested transcript.)

3                        CERTIFICATE

4        I, Stacy L. Drohosky, certify that the foregoing is a true

5    and correct transcript from the record of proceedings in the

6    above-entitled matter.

7    Date:  January 10, 2019

8                                   S/Stacy L. Drohosky
                                    S/STACY L. DROHOSKY
9                                   Court Reporter
                                    U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DEPUTY CLERK: [2]  2/2 52/3
MR. DURKIN: [46] 3/2 5/3 5/9 5/10
5/13 5/20 5/22 6/15 6/18 7/12 8/22 8/24
9/3 9/10 10/5 12/16 13/4 13/10 13/23
22/3 22/7 23/4 23/9 25/10 25/12 25/17
26/14 26/16 26/20 26/24 27/13 27/19
27/21 27/24 28/3 28/6 28/8 35/8 35/13
35/20 36/14 39/15 48/22 48/25 51/24
57/22
MR. HERMAN: [3]  7/24 45/7 45/12
MR. KOLAR: [20]  10/7 10/11 13/11
13/25 17/7 17/22 17/24 18/3 20/10
20/13 21/4 22/10 22/12 22/16 22/19
22/22 22/25 23/7 38/3 57/19
MR. ZANZI: [19]  3/13 3/23 6/5 17/1
17/4 17/6 26/22 28/2 38/16 39/16 39/20
44/24 45/3 45/5 45/15 45/19 46/14
48/13 57/18
THE COURT: [77]

## $

$2400 [1]  47/23
$70,000 [1]  19/18

## '

'cause [4]  7/3 24/13 24/15 31/13

## 0

0123 [1]  1/18
0434 [1]  1/21

## 1

10 [1]  58/7
10-minute [1]  51/22
10th [1]  14/23
11:09 [1]  2/2
11th [2]  14/16 49/4
12 [1]  11/11
12:33 [1]  52/1
12:47 [1]  52/3
12:59 [1]  57/25
12th [1]  49/4
13th [1]  14/16
14 [1]  2/18
1500 [1]  1/12
15th [1]  15/10
1650 [1]  1/20
17th [1]  15/4
18 [3]  47/2 52/8 52/15
18th [2]  15/10 15/15
19th [1]  15/4

## 2

20 [1]  1/6
2014 [3]  10/23 11/1 39/9
2015 [6]  11/12 12/12 15/10 16/2 18/17
 24/7
2018 [3]  1/6 11/6 11/11
2019 [1]  58/7
219 [1]  1/13
22 [2]  11/6 15/17
23 [1]  15/17
2339A [1]  1/4
2339B [2]  49/3 52/15
23rd [1]  14/18
2446 [1]  1/17
25 [2]  2/12 16/2
25th [1]  16/11
2:18-CR-33 [1]  1/4

## 3

30 [1]  9/15
312 [2]  1/18 1/21
3142 [8]  13/3 43/7 52/8 52/24 53/5 53/9
 55/24 56/25
33 [2]  1/4 2/6

## 4

46320 [1]  1/13
49 [1]  2/19

## 5

53 [2]  1/20 2/25
5400 [1]  1/12
5500 [1]  1/13

## 6

60604 [1]  1/20
60614 [1]  1/17

## 9

909-0434 [1]  1/21
937-5500 [1]  1/13
981-0123 [1]  1/18

## A

a.m [1]  2/2
abet [1]  49/20
abetting [3]  48/15 50/12 52/18
ABIZER [1]  1/11
able [7]  9/24 16/23 36/7 51/10 51/16
 51/17 54/10
about [49]  6/4 6/8 7/22 7/24 9/15 12/4
 12/23 13/8 14/22 16/1 18/12 18/20 19/4
 19/21 19/21 20/19 23/10 23/19 25/17
 25/23 27/8 27/15 29/16 30/7 30/24
 31/22 34/2 40/5 40/21 41/4 41/5 41/16
 41/20 42/4 42/4 42/5 42/6 42/10 42/14
 43/8 43/9 43/23 44/23 44/25 45/1 50/6
 50/7 51/22 53/11
above [1]  58/6
above-entitled [1]  58/6
abroad [16]  10/25 11/6 13/15 14/25
 15/11 16/19 18/12 18/22 18/24 19/9
 19/15 19/22 21/6 21/9 21/11 21/16
abruptly [1]  8/6
absolutely [1]  33/11
absurd [4]  34/7 34/7 34/7 54/15
abuse [2]  23/17 24/3
abuser [1]  23/16
abuses [1]  23/12
abusive [1]  41/1
accepts [1]  36/18
according [1]  8/15
account [2]  51/3 51/12
accounts [2]  19/19 40/25
acknowledges [1]  40/22
act [7]  2/10 51/6 51/13 51/13 51/19
 52/8 53/14
acted [1]  48/1
actions [2]  38/21 38/21
active [1]  35/19
activities [2]  54/23 55/3
activity [5]  47/2 47/11 53/22 55/7 55/12
acts [1]  46/23
actual [2]  23/20 54/22
actually [5]  6/22 14/17 15/7 20/23
 21/21
additional [4]  11/19 11/19 20/24 46/11

additionally [2]  4/15 11/13
address [3]  9/6 44/6 46/18
addressed [1]  38/2
adequately [1]  44/6
administration [1]  45/17
admit [2]  20/2 49/12
admits [1]  15/6
admitted [15]  5/17 10/20 10/25 12/13
 15/23 17/16 17/17 17/18 18/5 18/19
 24/6 26/24 29/1 29/2 39/12
admitting [1]  5/12
adult [1]  40/13
advance [2]  11/6 54/18
advice [1]  47/6
affidavit [1]  42/18
affirmed [1]  47/21
after [11]  5/10 11/1 12/5 12/13 13/16
 14/25 18/21 19/13 41/1 41/2 57/8
again [12]  12/12 15/2 15/21 16/16 18/9
 18/18 19/14 27/9 29/5 29/20 30/4 47/25
against [3]  32/2 48/6 53/23
age [1]  23/22
Agent [4]  10/13 11/8 11/13 11/20
Agent Kuhn [2]  11/13 11/20
ago [2]  8/1 37/17
agree [2]  6/23 38/8
ahead [3]  9/6 17/1 39/20
aid [2]  41/22 49/20
aiding [5]  28/10 28/11 48/15 50/12
 52/18
airport [1]  16/4
alive [2]  37/21 51/14
all [59]
alleged [1]  48/18
allegedly [1]  48/2
allegiance [2]  30/16 50/8
allies [1]  48/6
allow [1]  13/1
allowing [1]  48/5
almost [2]  24/10 30/9
along [4]  2/25 30/5 40/2 42/23
already [6]  12/13 18/19 19/8 19/9 21/15
 53/15
also [14]  1/22 9/22 20/6 25/21 37/4
 42/4 46/24 48/8 51/14 55/7 56/5 56/15
 57/3 57/10
altercation [1]  11/10
Although [1]  7/11
always [1]  50/6
AMERICA [2]  1/3 50/9
American [5]  19/12 32/12 32/13 33/15
 50/14
among [1]  10/20
amongst [1]  47/13
amount [3]  21/11 28/9 29/13
ample [1]  29/10
analysis [1]  48/17
another [10]  11/10 14/25 18/24 22/15
 22/21 31/6 42/1 47/20 48/22 57/8
answer [8]  9/1 11/18 20/11 22/4 23/10
 30/12 32/7 36/12
anxious [1]  37/20
any [30]  4/4 5/7 5/13 7/8 7/14 7/20
 16/25 20/24 21/1 26/22 28/12 30/13
 30/15 31/24 35/4 36/17 37/24 39/5
 41/11 41/24 42/10 45/1 47/3 51/7 52/10
 54/17 56/10 56/15 56/16 56/19
anybody [1]  3/11
anyplace [1]  7/3

## A

anything [13] 4/6 12/5 23/3 28/14 31/14 57/21
anyway [1] 50/5
anywhere [5] 18/23 19/6 19/10 37/1 37/3
apart [1] 40/6
appalling [2] 23/19 25/25
apparently [1] 35/11
appealed [1] 3/8
appear [6] 37/12 54/4 54/12 54/17 54/21 57/4
appearance [3] 52/11 52/22 53/3
appeared [1] 57/9
appears [8] 26/7 26/8 36/4 37/25 41/15 54/9 55/8 56/16
appellate [1] 47/25
apply [1] 46/23
appointed [1] 36/6
appointment [1] 48/23
appreciate [2] 2/23 49/3
appropriate [2] 11/21 44/7
approximately [1] 47/23
April [1] 29/1
are [50] 2/9 3/20 4/5 4/8 6/2 6/3 9/22 12/3 13/19 13/22 16/21 17/10 18/9 18/10 19/23 20/7 20/16 20/16 21/9 21/10 21/12 21/12 21/13 24/4 27/17 29/11 33/21 33/22 35/8 39/1 39/13 41/11 41/12 42/18 43/12 43/22 44/9 44/11 45/21 46/14 46/16 46/18 50/9 52/9 52/10 52/13 52/21 53/2 56/18 56/25
area [1] 16/10
aren't [2] 35/3 53/19
argument [4] 10/10 14/2 20/19 38/5
arms [1] 32/22
arose [1] 56/12
around [4] 21/4 29/1 35/19 50/7
arraignment [1] 13/18
arrangement [1] 9/23
arrest [1] 13/13
as [79]
ask [13] 4/24 6/2 21/2 22/9 27/11 30/12 30/12 31/6 32/2 32/4 32/6 42/12 42/13
asked [8] 6/22 13/24 23/3 24/5 36/4 41/3 42/5 49/5
asking [3] 6/12 6/20 36/19
assessment [1] 57/1
assets [4] 11/5 15/7 19/15 19/19
assigned [1] 10/13
assist [4] 51/11 51/17 55/1 55/3
assistance [1] 47/6
assisting [1] 42/1
assume [6] 5/3 6/5 21/9 25/4 25/7 25/14
assuming [1] 7/17
assurance [1] 50/25
assure [4] 37/11 52/11 52/22 53/3
atrocities [1] 43/25
attempted [1] 48/4
Attorney's [3] 1/12 23/24 49/11
authority [1] 51/13
average [1] 21/22
avoid [1] 40/9
aware [6] 7/16 10/21 14/25 15/21 27/3 56/10
away [1] 45/3

## B

back [20] 2/11 15/15 15/19 19/14 19/25 26/11 28/24 29/4 42/6 43/16 51/23 54/11 56/6
background [1] 8/17
backing [1] 18/18
backwards [1] 50/10
bad [2] 30/24 34/10
bag [3] 16/4 19/22 53/24
bail [7] 2/10 50/18 51/5 51/12 51/18 52/8 53/14
balance [2] 54/2 55/20
bank [2] 10/16 19/19
Baptist [1] 31/4
based [4] 38/10 43/22 53/7 54/8
basis [2] 9/9 21/1
bayat [2] 50/3 50/8
be [120]
beaten [2] 32/5 32/20
because [35] 4/20 6/10 7/23 19/16 21/18 23/24 24/19 25/24 28/17 29/8 29/11 30/8 30/22 31/1 31/16 32/7 32/13 32/23 33/15 36/20 39/5 43/11 43/13 43/17 44/13 49/22 50/5 50/8 50/19 50/24 51/5 51/13 52/20 52/23 55/12
become [1] 30/10
becomes [1] 19/12
becoming [1] 10/22
bedroom [1] 9/24
been [18] 3/1 6/6 7/4 8/8 8/9 9/15 30/13 31/4 31/7 36/6 46/7 46/7 48/11 53/7 53/24 54/1 54/7 57/4
before [12] 1/7 4/1 5/20 8/16 14/25 23/3 27/10 30/14 30/15 30/16 40/23 49/6
befriend [1] 33/11
begin [1] 30/25
beginning [1] 2/2 7/6 13/22 52/3
behalf [3] 2/9 31/14 49/11
behind [2] 2/23 20/25
Beijing [2] 15/13 15/20
being [13] 12/20 19/23 20/15 20/16 21/12 21/12 25/4 32/16 35/24 35/25 41/21 49/14 50/7
belabor [1] 18/18
believable [2] 29/25 43/6
believe [15] 2/12 2/18 8/4 13/18 21/10 24/10 25/18 28/4 29/10 29/21 37/2 49/10 50/24 53/9 54/19
believed [2] 25/7 27/5
belt [1] 18/3
benefit [2] 13/7 37/9
best [1] 55/18
better [7] 7/3 8/3 20/22 23/24 24/3 27/7 30/25
between [2] 12/19 14/5
beyond [2] 43/20 55/18
big [1] 33/7
billions [1] 32/9
binoculars [5] 15/22 20/3 29/2 29/7 54/25
biological [2] 41/7 42/16
bit [5] 14/20 15/3 16/8 16/18 21/23
Black [2] 32/3 32/22
blah [5] 31/25 31/25 31/25 31/25 31/25
blah-blah [2] 31/25 31/25
blame [1] 39/22
blaming [1] 33/24
blindly [1] 43/5

booked [2] 16/3 16/12
boots [1] 47/17
both [11] 11/10 12/5 14/18 15/19 15/22 16/19 20/6 29/16 34/20 34/24 38/25 53/25
bought [2] 14/8 33/8
Boulevard [1] 1/20
box [1] 15/9
boy [1] 36/10
brainwashed [1] 34/19
break [1] 51/23
brief [6] 4/17 10/10 11/22 12/10 18/15 46/14
briefly [1] 38/6
bring [5] 23/25 41/18 43/1 43/2 50/4
bringing [1] 43/14
broad [2] 47/1 47/11
broadly [1] 55/25
brother [9] 10/21 12/14 16/14 20/6 20/9 29/11 29/23 30/3 37/20
brother-in-law [5] 10/21 12/14 16/14 20/6 20/9
brought [5] 2/12 6/24 10/4 14/13 15/8
buck [1] 42/19
bucket [2] 13/14 13/15
buckets [1] 13/13
bunch [1] 16/9
burqa [1] 33/14
business [1] 24/21

## C

cabined [1] 14/11
caliber [1] 30/8
called [4] 2/19 8/2 10/12 11/15
came [1] 10/16
camp [8] 31/19 31/22 31/23 31/24 32/4 32/6 32/11 40/21
can [31] 2/4 16/22 17/2 17/7 20/11 20/20 22/4 25/14 26/19 27/1 27/2 28/2 34/17 36/24 36/25 38/20 39/6 41/4 42/19 44/6 44/18 44/23 48/12 50/4 50/17 50/24 51/3 51/12 51/18 52/21 54/1
can't [5] 34/5 49/20 49/20 49/21 50/19
candidly [1] 53/24
cannot [2] 49/19 50/19
capable [1] 45/24
care [3] 11/25 24/25 45/18
careful [1] 6/7
Carolyn [2] 1/22 9/13
Carolyn Montag [1] 9/13
case [59]
cases [10] 20/20 46/9 46/12 46/17 46/18 46/20 46/23 46/24 46/25 49/1
cause [3] 2/6 5/19 35/2
cell [2] 25/3 28/15
centers [1] 29/1
certain [4] 12/1 12/20 13/21 57/10
certainly [7] 14/13 24/17 27/1 33/25 35/5 37/15 45/9
CERTIFICATE [1] 58/3
certify [1] 58/4
cetera [1] 55/13
challenged [1] 55/9
chance [6] 3/1 3/22 5/10 22/6 36/21 51/21
change [1] 2/14
changed [2] 4/6 41/3
character [1] 56/2
characteristics [1] 55/25

**C**

characterization [1] 38/9
charge [9] 26/1 47/16 47/22 48/11 48/15 48/18 52/14 52/16 53/21
charged [9] 26/1 47/16 47/22 48/11 48/15 48/18 52/14 52/16
charges [3] 12/2 43/21 48/14
charging [1] 11/25
Chicago [11] 1/17 1/20 12/16 14/19 15/5 15/13 15/15 15/16 21/3 34/25 35/10
child [18] 15/1 15/5 15/12 15/15 22/16 22/18 22/21 34/18 34/19 35/12 35/14 35/21 38/13 40/10 41/6 41/9 42/17 43/25
child's [1] 41/7
children [25] 11/3 11/7 12/15 14/19 15/19 16/14 21/8 21/14 21/16 22/2 22/10 22/14 34/2 35/10 35/24 36/1 36/1 36/9 36/17 36/21 46/2 49/15 49/16 54/13 56/18
choice [1] 28/22
choices [3] 40/12 42/18 43/18
chose [1] 25/22
chronology [1] 20/4
Circuit [1] 47/20
circuitous [1] 22/1
circumstances [4] 43/9 45/21 50/18 53/16
cited [1] 49/2
citizen [1] 50/14
claim [1] 30/23
claims [1] 38/23
clarify [1] 11/13
Clark [1] 1/17
classified [2] 6/4 26/13
clear [3] 18/13 30/2 40/15
clearly [2] 7/6 16/10
close [1] 9/22
clothing [1] 33/14
clutches [1] 37/18
CNN [1] 40/18
Code [2] 52/15
coerced [2] 55/6 55/12
coercion [1] 41/11
coffee [1] 57/7
cognizant [1] 12/8
combat [1] 47/17
combination [1] 37/11
come [9] 4/17 4/19 9/8 9/19 18/15 26/10 38/18 51/21 57/3
comes [1] 55/8
comfort [1] 46/8
coming [6] 8/16 9/23 23/25 42/6 44/2 57/14
commanded [1] 34/15
commented [1] 4/1
comments [1] 18/24
common [1] 42/13
commonly [1] 7/10
communications [1] 47/7
community [15] 8/21 9/3 12/4 36/23 37/12 51/2 52/12 52/23 53/3 56/4 56/15 56/17 56/17 56/21 56/24
company [2] 24/22 24/25
compelling [1] 55/4
competent [1] 51/10
complaint [1] 26/1
completely [2] 41/21 43/15
complicated [1] 37/7

concede [1] 50/12
concern [1] 16/2
conditions [14] 2/20 4/4 9/9 9/11 9/17 33/21 35/3 37/11 50/20 50/23 51/21 52/10 52/21 53/2
conduct [8] 33/3 38/22 39/7 43/22 45/23 48/3 48/18 48/18
confer [1] 48/7
confirmed [1] 39/10
confirms [1] 27/15
conflate [1] 12/6
confronted [1] 39/9
confusing [1] 4/21
Congress [1] 46/22
consequences [3] 43/18 44/9 44/11
consider [2] 50/23 51/18
considerable [1] 29/13
considerably [1] 38/20
consideration [3] 5/2 35/24 52/10
consistent [2] 29/15 29/17
conspiracy [2] 48/11 48/16
conspire [1] 49/20
conspiring [1] 52/17
consulted [1] 8/16
contact [1] 36/17
contacted [1] 9/15
contained [2] 10/15 11/9
content [1] 41/12
contested [3] 54/6 54/9 54/10
context [9] 4/11 4/13 6/19 11/22 15/2 18/14 19/8 20/14 46/10
continue [1] 6/8
contract [1] 8/7
contradicting [1] 55/15
contrary [2] 7/11 31/25
control [1] 28/18
controlled [1] 48/19
controverted [1] 54/17
conviction [1] 48/19
cool [1] 41/16
cooperate [1] 42/9
cooperated [2] 24/11 25/6
cooperating [3] 24/7 24/18 26/6
cooperation [6] 24/12 25/17 27/16 41/20 41/21 41/24
cooperator [1] 32/18
copy [3] 4/23 26/15 46/16
correct [4] 6/6 18/4 28/5 58/5
correction [1] 11/8
correctly [1] 54/25
corroborated [1] 35/22
could [16] 5/4 6/16 7/4 9/17 9/19 9/19 12/6 16/25 23/5 24/23 24/25 27/9 33/21 35/2 35/4 37/6
couldn't [1] 31/12
counsel [9] 4/23 11/19 13/17 16/23 19/1 26/14 38/9 38/18 46/16
counselor [1] 11/16
countries [1] 46/3
country [4] 21/13 30/22 31/7 49/5
County [2] 51/6 57/5
couple [3] 14/24 16/3 46/9
course [6] 3/14 9/4 11/18 23/8 45/4 53/20
court [25] 1/1 2/1 2/13 3/8 5/15 10/8 10/13 15/21 16/22 16/24 20/24 37/12 46/12 47/18 47/21 47/25 47/25 48/1 48/8 52/2 52/4 52/9 55/20 58/9 58/9
Courts [1] 47/12

CR [2] 1/4 2/6
crazy [5] 6/20 23/12 23/13 23/16 23/21
credibility [1] 55/8
credible [1] 29/20
crime [8] 30/19 37/14 49/17 49/17 52/23 53/17 53/18 53/21
criminal [1] 26/1
crowded [1] 19/17
currency [1] 15/8 16/19 47/4
currently [1] 8/15 10/13 22/11
custody [6] 35/9 35/16 36/2 36/11 36/12 57/16
cut [2] 8/6 9/7
cuts [1] 29/16
Cymbalta [1] 8/4

**D**

danger [14] 8/21 9/2 9/6 12/4 17/11 35/4 35/5 35/6 35/7 36/23 37/6 43/20 47/19 51/1
dangerousness [1] 57/11
date [2] 11/9 58/7
dates [1] 25/19
day [6] 8/19 13/18 23/22 37/21 50/22 57/9
days [5] 8/1 14/24 15/17 19/13 20/1
DCFS [1] 35/10
DCS [3] 35/10 35/11 35/25
de [3] 3/8 3/18 6/11
dead [1] 37/21
dealing [3] 8/17 18/3 44/22
dealt [1] 6/7
deceased [2] 20/10 22/19
December [2] 1/6 2/18
December 14 [1] 2/18
decide [1] 55/16
decides [1] 52/10
deciding [1] 12/1
decision [3] 3/7 23/20 52/7
decisions [1] 39/13
decompose [2] 51/10 51/17
defend [2] 50/15 51/10
defendant [63]
defendant's [19] 2/19 3/3 4/3 10/16 10/17 11/10 14/16 15/18 18/1 19/2 19/14 20/5 20/6 21/24 22/19 40/15 43/4 48/4 48/17
defendants [1] 16/4
defense [17] 4/23 13/17 13/22 16/23 24/16 26/19 26/24 38/17 43/23 46/16 51/11 51/15 51/18 53/1 53/6 55/4 57/22
defenses [1] 54/4
define [1] 46/25
define what [1] 46/25
defined [1] 47/2
degree [1] 21/20
demonstrates [1] 28/18
denied [1] 47/14
deny [2] 44/9 57/15
Department [3] 23/22 34/1 35/10
depleted [1] 19/18
deposit [1] 15/9
deposit-type [1] 15/9
describes [1] 41/3
designated [1] 30/20
designation [1] 12/1
detail [5] 10/24 12/22 16/18 39/4 39/5
details [1] 42/14
detain [1] 14/14
detained [1] 6/12

USDC IN/ND case 2:16-cr-00033 document 60-2 filed ... page 62 of 71

**D**

detention [16] 1/6 2/13 6/14 8/24 37/10
53/5 53/10 53/22 56/22 57/1
deteriorate [1] 7/7
determination [1] 44/8
determined [1] 46/22
determines [1] 45/13
determining [1] 12/1
developed [1] 42/2
diary [1] 40/20
dictating [1] 34/11
did [35] 6/21 11/7 23/14 23/15 23/17
30/14 31/14 33/14 34/21 37/14 37/15
39/11 40/11 40/11 40/12 40/12 40/16
40/16 41/18 41/22 41/23 41/23 42/7
42/15 42/24 43/13 43/14 45/2 45/25
46/10 46/12 46/13 49/13 49/15 54/10
didn't [13] 4/20 7/14 14/7 26/10 28/22
29/4 39/18 42/10 42/21 42/22 43/4 45/6
57/3
difference [2] 12/18 14/5
different [8] 7/23 8/20 9/2 9/5 9/15 19/7
34/20 40/3
difficult [4] 8/9 36/17 41/13 49/2
direct [1] 26/17
direction [4] 23/15 30/6 34/21 38/24
directly [2] 18/11 55/8
disagree [2] 43/16 48/16
discover [1] 32/15
discovery [1] 24/15
discretion [1] 48/1
discuss [1] 10/23
discussed [3] 17/9 20/2 38/15
discussing [1] 13/21
discussion [1] 53/11
disorder [2] 7/9 56/9
dispute [3] 7/8 7/20 37/25
district [7] 1/1 1/1 1/7 3/8 47/14 48/1
58/9
disturbing [1] 54/16
DIVISION [2] 1/2 23/23
divulging [1] 41/5
do [44] 3/21 3/22 4/8 5/13 5/20 6/7 9/11
10/1 17/1 17/4 17/7 17/11 17/15 20/20
21/2 21/5 23/5 23/13 23/14 24/17 25/23
28/22 31/5 31/18 33/5 33/10 34/9 34/15
38/20 39/15 39/19 39/21 41/1 43/3
44/22 44/24 45/17 46/2 48/14 50/21
51/13 52/17 53/13 55/20
doctor [1] 7/18
document [6] 2/19 2/25 26/12 26/13
26/25 28/7
documentation [1] 47/6
documents [1] 5/23
does [15] 3/11 4/19 23/10 29/15 30/10
39/24 40/25 42/19 53/22 54/3 54/12
54/17 54/21 56/15 57/9
doesn't [8] 8/12 26/7 37/1 47/9 50/1
50/10 51/16 57/4
doing [10] 19/20 24/20 25/2 34/16
34/17 38/23 41/15 42/21 43/5 49/15
dollar [1] 50/22
dollars [1] 32/9
domestic [1] 24/2
domestically [1] 19/23
dominated [2] 34/12 34/20
don't [54] 3/20 4/6 5/6 7/8 7/19 7/21 9/9
9/13 12/6 14/13 14/17 16/24 17/3 20/11
21/6 24/13 24/13 25/19 26/13 26/14

**D [continued]**

27/20 29/21 29/21 30/11 30/22 31/12
32/8 33/17 33/19 33/19 34/23 35/2 35/4
35/5 35/15 36/16 36/21 37/3 37/14
37/19 37/21 38/8 39/18 39/19 43/12
44/1 44/9 45/16 45/20 46/12 50/21 51/7
53/5
done [4] 30/6 39/3 39/22 41/17
dosages [1] 8/19
doubt [1] 55/18
down [5] 2/14 16/19 19/23 20/16 50/10
Dr [1] 7/8
Dr. [2] 8/15 51/8
Dr. Xenakis [2] 8/15 51/8
drawn [1] 19/23 20/16
driven [1] 31/5
Drohosky [3] 58/4 58/8 58/8
drug [1] 8/14
during [3] 11/5 20/1 29/8
DURKIN [13] 1/16 1/16 2/8 2/16 3/15
3/23 5/3 23/2 37/23 44/19 48/22 54/15
57/21

**E**

each [1] 21/10
early [3] 10/23 29/1 39/8
easier [1] 21/23
easy [1] 16/7
eating [1] 56/9
effectively [1] 24/22
efforts [1] 52/18
eightball [1] 27/13
either [5] 11/2 11/19 13/11 13/18 35/25
50/25
electronic [6] 9/18 9/25 36/25 37/9 46/5
50/25
ELHASSANI [13] 1/5 2/7 2/7 8/1 15/12
15/18 23/11 24/21 25/20 30/18 36/6
52/7 56/6
Elkhart [4] 9/23 24/21 24/24 24/24
else [5] 28/14 28/16 29/15 42/7 49/16
emergency [4] 2/20 6/20 9/8 10/4
eminent [1] 3/16
emotionally [1] 34/21
employment [2] 56/3 56/21
end [2] 18/14 58/2
endeavor [1] 55/1
enforcement [2] 38/25 42/10
engaged [2] 33/3 55/11
engaging [1] 55/7
enough [3] 6/1 20/13 51/10
ensure [1] 35/4
entered [2] 30/15 35/15
entirely [1] 56/16
entitled [5] 50/14 50/15 50/17 50/18
58/6
environment [1] 56/24
equally [1] 18/10
equipment [1] 47/7
escalation [1] 8/14
essentially [6] 6/12 13/13 15/11 21/12
38/11 38/12
established [1] 46/7
estranged [1] 56/16
et [1] 55/12
even [6] 6/11 14/21 18/18 26/7 31/12
33/17 35/5 37/8 40/20 45/6 45/21 46/6
46/7 50/11 53/8
events [3] 22/12 38/11 42/20
ever [8] 9/13 30/13 31/4 31/7 33/13
36/20 49/10 49/10
every [5] 21/7 39/22 42/20 42/20 49/25

**E [continued]**

everybody [1] 42/7
everyone [2] 2/5
everything [9] 31/4 31/23 31/17 17/13
17/14 23/17 24/1 25/8 28/15 29/15
29/17 29/22 30/5 38/17 43/5 44/1 44/2
51/4
evidence [33] 5/25 12/9 13/4 13/6
20/22 27/4 28/19 29/21 30/1 30/8 31/3
31/14 31/24 33/5 34/14 35/5 37/9 37/13
42/13 43/8 53/23 53/25 54/3 54/8 54/12
54/17 54/19 54/21 55/8 55/15 55/15
55/19 55/22
ex [1] 36/10
ex-husband [1] 36/10
exact [1] 25/19
exactly [5] 4/5 13/24 27/6 43/4 49/14
except [2] 41/11 49/12
excuse [2] 12/17 31/15
Exhibit [5] 4/15 5/17 7/7 26/19 26/24
Exhibit 1 [2] 26/19 26/24
Exhibit 6 [2] 4/15 5/17
exhibits [5] 3/1 3/2 3/4 4/14 17/9
expect [1] 28/19
expected [1] 27/25
expedited [1] 2/22
expert [1] 47/5
experts [1] 50/4
explain [1] 40/21
explained [1] 39/6
explosives [1] 47/8
expressed [1] 21/24
extreme [1] 10/22
extremely [1] 24/15
eyes [1] 54/18

**F**

facile [1] 3/9
facilitate [1] 48/4
facilities [1] 47/7
facing [1] 16/25
fact [14] 7/21 14/6 21/10 31/15 32/19
32/20 33/19 33/22 34/5 34/8 39/7 42/16
49/23 54/10
factor [12] 13/3 24/8 51/12 51/18 53/15
53/20 53/23 54/2 55/21 55/24 56/5
56/14
factors [6] 13/3 43/7 52/9 53/4 53/9
56/22
facts [16] 4/2 4/17 4/22 10/15 11/9
11/22 12/1 14/14 24/4 38/5 38/9 39/4
39/5 39/23 42/14 50/12
factual [7] 3/25 4/9 4/17 12/21 20/25
21/1 37/24
factually [1] 7/5
fails [1] 32/1
Fair [2] 6/1 20/13
false [8] 26/2 26/4 26/5 26/6 26/8 27/18
27/23 47/6
familiar [2] 4/1 35/17
family [15] 10/18 18/22 22/1 24/21
29/12 34/23 39/9 39/10 40/6 40/6 43/12
44/3 43/15 56/2 56/17
far [3] 5/12 10/2 28/25
fashion [2] 50/19 51/13
father [13] 35/12 35/14 36/3 36/10
38/13 41/3 41/4 41/4 41/6 41/6 41/7
41/9 42/16
favor [7] 24/9 53/5 53/10 53/22 55/22
56/5 56/22
favors [1] 54/2

USCA4 Appeal: 23-2 Doc: 23-2 Filed: 09/24/ Pg: 463 of 71

## F

FBI [20]  10/19 13/15 16/6 17/17 18/2 19/13 24/6 24/11 24/13 25/5 25/13 25/18 25/13 28/12 32/16 38/14 41/20 41/20 42/3 42/5
FBI's [1]  10/14
fear [3]  37/5 41/10 41/15
February [3]  14/23 15/4 15/4
February 10th [1]  14/23
February 17th [1]  15/4
February 19th [1]  15/4
federal [8]  1/12 8/12 32/18 45/10 49/17 52/23 53/17 53/21
felt [3]  7/2 8/3 11/21
few [2]  15/17 38/4
fight [1]  43/13
fighter [2]  21/19 40/3
filed [5]  2/25 3/2 3/24 35/14 35/18
filing [2]  11/9 11/11
filings [3]  10/24 11/2 16/17
filming [2]  18/7 34/16
final [5]  11/6 19/25 20/1 21/15 21/17
finance [1]  47/23
financial [3]  47/4 47/5 56/3
find [4]  25/5 25/24 33/1 46/10
fine [5]  5/11 10/6 13/5 26/21 48/23
first [21]  2/12 3/10 6/13 6/16 6/25 13/14 15/16 18/21 24/6 26/3 26/14 27/12 27/22 29/3 29/25 31/1 49/1 52/14 53/1 53/15 53/20
fit [2]  37/3 50/11
fits [1]  51/5
fleeing [1]  45/25
fleshed [1]  10/24
flight [8]  8/21 9/3 10/17 12/4 36/24 45/23 47/19 51/1
fly [1]  19/25
focus [1]  15/2
focused [1]  43/21
follow [4]  18/23 19/5 19/10 39/13
following [3]  2/1 17/21 52/2
follows [2]  2/2 52/3
Force [1]  10/14
forces [1]  31/23
foregoing [1]  58/4
foreign [1]  30/10
former [3]  22/16 22/19 41/8
forth [5]  11/1 23/12 23/14 43/16 54/11
found [6]  25/14 25/15 33/16 47/12 47/13 47/18
four [4]  13/3 36/1 36/8 54/12
frankly [8]  19/17 37/1 42/1 43/11 44/6 45/20 46/5 55/4
friends [2]  10/18 38/13
frightened [1]  37/4
from Chicago [1]  12/16
front [1]  33/8
Frontline [1]  40/18
full [6]  32/11 33/6 34/6 35/16 36/12 57/7
full-well [3]  32/11 33/6 34/6
fulsome [2]  53/13 57/13
funds [5]  16/18 19/23 20/16 21/11 31/11
further [6]  10/23 21/1 48/20 55/3 57/18 57/21
future [2]  12/8 21/19

## G

gangs [1]  44/11

gave [1]  10/19
gear [5]  20/8 20/15 20/21 31/11 54/24
gears [3]  9/23 8/23 8/23
geared [3]  9/23 9/3 14/14
14/6 14/20 14/23 19/21 21/20 21/25
24/15 36/22 37/17 42/17 45/16 49/3
49/21 51/9 51/9 51/16 51/16 56/25
gets [3]  4/21 37/5 55/24
getting [3]  43/15 44/20 51/8
give [9]  3/20 3/22 9/20 22/6 28/12 37/9 46/12 48/21 51/23
given [10]  3/12 4/22 7/22 8/1 8/2 13/14 13/17 44/17 46/16 51/21
gives [1]  51/15
giving [1]  8/13
glib [1]  44/12
go [31]  6/13 9/6 11/23 12/4 13/8 14/20 15/5 15/13 15/15 15/15 15/16 15/20 16/17 17/1 17/11 21/4 21/17 23/11 24/25 28/24 28/24 34/5 34/8 36/9 36/25 37/3 39/20 42/25 43/13 43/16 46/2
goal [1]  55/16
going [56]  6/2 6/3 6/4 6/7 6/13 11/17 12/8 12/25 13/1 13/2 13/7 13/8 13/21 14/6 14/14 14/23 16/4 16/6 18/14 19/10 21/6 21/7 21/8 21/23 26/9 27/6 28/12 29/7 29/9 29/19 30/1 30/2 36/5 36/7 36/9 36/13 36/16 36/21 38/6 39/10 41/16 42/6 42/17 42/22 42/23 42/25 43/7 43/16 44/10 46/15 51/1 54/5 55/17 56/18 56/19 57/5
gold [3]  16/19 43/1 43/1
gone [2]  37/18 43/20
good [4]  2/5 5/19 16/6 34/3
got [3]  31/2 35/6 49/23
govern [1]  52/13
governed [1]  52/8
government [40]  1/10 2/9 2/22 2/23 5/20 6/12 6/13 6/21 8/12 11/18 11/25 13/4 19/1 21/21 23/18 24/5 24/11 27/1 27/2 30/11 31/6 32/18 33/24 37/22 38/9 44/14 44/20 45/10 45/12 46/7 50/5 50/6 52/6 54/2 54/8 55/17 55/21 55/22 56/6 57/18
government that [1]  45/12
government's [9]  3/3 4/15 5/17 10/15 11/1 11/9 30/12 30/21 33/2
grant [2]  34/3 34/3
great [2]  11/25 54/14
group [1]  12/20
guarantee [1]  50/17
guard [2]  6/8 32/23
guardianship [1]  36/2
guess [2]  5/9 35/6
guilty [1]  48/10
gun [4]  15/2 19/11 34/22 34/23
guns [1]  34/24
guys [1]  6/3

## H

had [30]  2/15 3/1 4/6 5/10 7/3 13/20 13/22 16/3 18/13 19/24 23/5 23/18 28/18 29/13 32/17 33/5 33/8 33/10 34/9 34/14 35/23 37/16 40/22 42/8 43/18 45/2 48/3 49/8 50/1 52/1 57/25
HAMMOND [2]  1/2 1/13
hand [1]  46/15
handcuffs [1]  32/22
handle [5]  3/6 3/9 10/10 38/6 38/15
handled [1]  49/5

hands [1]  35/6
hang [1]  48/12
happen [2]  19/4 7/10
happened [12]  7/2 17/13 20/9 20/23 32/2 33/23 40/22 43/23 43/24 43/25 44/2 51/4
happening [2]  7/6 32/20
happy [1]  9/5
harm [3]  19/4 20/18 20/22
has [63]
hasn't [2]  36/6 46/7
have [66]
haven't [2]  35/22 46/6
having [1]  16/4 56/19
he [28]  2/16 4/10 7/24 20/10 21/25 29/3 29/4 29/23 29/23 29/24 30/15 30/15 30/16 30/20 35/12 35/16 35/17 35/21 41/2 48/10 49/22 49/22 49/23 49/25 49/25 50/2 50/2 54/11
he's [8]  34/19 35/15 35/15 35/19 36/11 37/18 37/21 38/6
headed [1]  4/5
health [7]  44/4 44/6 44/14 44/16 56/7 56/10 56/11
hear [7]  3/10 5/22 23/3 34/17 37/20 37/20 38/1
heard [3]  6/16 35/2 49/11
hearing [21]  1/6 2/10 2/15 2/15 2/21 3/9 3/19 5/13 6/11 6/14 8/24 9/6 9/7 34/2 44/7 48/22 49/5 49/8 54/7 54/19 57/3
hearings [1]  13/20
heart [1]  28/17
heavily [2]  24/8 41/7
held [2]  2/1 52/2
helped [2]  15/23 18/5
helpful [2]  4/12 44/22
her [122]
here [53]  2/8 2/9 2/11 4/18 4/22 6/13 8/11 8/24 9/12 12/2 12/21 14/2 14/4 15/14 16/24 17/12 17/17 18/9 19/23 23/17 23/25 24/2 30/5 34/4 34/23 35/11 37/25 38/19 38/19 39/23 39/23 40/5 41/17 41/21 41/22 42/2 42/14 44/2 44/13 46/9 46/21 46/25 48/14 48/17 48/18 48/22 51/23 51/24 53/12 53/19 53/25 55/16 55/20
HERMAN [5]  1/19 1/19 2/8 7/23 49/7
herself [9]  19/11 21/6 31/13 33/3 39/1 39/2 40/3 48/9 51/11
him [14]  12/20 18/23 19/6 19/10 34/16 34/22 39/13 39/18 40/7 40/9 40/10 41/3 41/9 50/1
hindsight [1]  37/16
his [6]  13/8 22/1 34/21 37/18 54/23 55/1
history [9]  2/11 3/25 4/9 4/17 7/14 45/25 48/3 55/25 56/7
hold [1]  32/1
home [2]  37/10 41/11
homeschooled [1]  11/17
honest [1]  43/25
Hong [9]  14/9 15/6 15/7 15/13 15/14 15/20 16/15 21/16 43/2
Honor [71]
HONORABLE [1]  1/7
hope [1]  24/14
horribly [1]  33/1
horrific [3]  41/12 41/12 49/13
horrifying [1]  33/3
hotly [1]  54/5

**H**

house [1]  11/16
houses [1]  4/18
how [8]  13/8 20/16 21/20 22/9 32/4
 35/2 37/10 41/13
however [1]  38/2
human [1]  24/7
hung [3]  32/21 32/22 32/22
hurdle [1]  49/21
husband [54]  10/21 10/22 11/3 11/3
 11/7 12/14 12/19 14/7 14/12 15/18
 16/13 19/2 19/5 20/5 20/5 21/24 22/19
 22/19 23/15 28/18 29/6 29/11 29/18
 29/24 30/5 30/6 30/14 33/7 33/7 33/8
 34/11 34/11 34/16 34/18 34/19 36/9
 36/10 37/17 38/24 39/8 39/12 39/23
 40/8 40/11 40/12 40/16 40/16 40/23
 40/25 41/8 42/25 54/23 55/6 55/13
husband's [5]  12/23 15/1 18/22 19/9
 27/8

**I**

I have [1]  3/1
I'd [5]  12/21 16/1 26/12 30/21 33/6
I'll [18]  5/9 5/18 6/15 7/23 10/8 13/25
 17/1 20/18 22/6 26/15 26/17 37/24 38/1
 38/15 53/10 53/12 55/7 57/3
I'm [42]  3/18 6/12 6/20 7/17 9/5 9/6 9/7
 9/7 12/25 13/1 13/2 13/8 14/2 16/9
 17/21 17/24 18/14 19/5 19/10 23/23
 25/18 26/2 26/17 28/1 33/24 33/24
 33/25 35/16 36/7 37/13 44/24 45/11
 46/15 49/6 50/21 53/13 54/6 54/25
 55/16 55/18 57/14 57/15
I've [6]  35/23 46/16 49/4 49/5 53/15
 53/24
idea [2]  28/12 45/20
identification [1]  47/7
identified [1]  47/13
identify [1]  16/24
ideologically [1]  31/5
ideology [3]  10/23 12/20 12/24
IDP [2]  31/24 40/21
Illinois [3]  1/17 1/20 47/14
image [3]  15/22 20/3 54/24
images [1]  18/12
implicates [1]  6/4
important [8]  11/24 21/18 24/4 39/24
 41/19 43/10 43/17 46/20
importantly [1]  40/14
impression [2]  29/7 36/8
inaccurate [1]  31/22
inclined [1]  49/25
include [1]  47/9
included [2]  4/12 47/11
includes [1]  22/2
including [5]  3/2 31/11 33/3 47/4 53/17
inconsistent [1]  39/1
incredibly [2]  25/5 25/21
independent [1]  42/9
INDIANA [8]  1/1 1/13 10/14 34/1 34/23
 34/24 36/4 49/18
indicate [3]  10/15 11/15 38/8
indicated [4]  10/9 11/17 11/21 18/7
Indictment [5]  26/2 26/3 26/7 27/19
 31/10
individual [2]  4/21 18/7
individuals [4]  14/8 15/24 45/11 47/9
informant [2]  25/12 32/16
information [8]  6/5 25/14 35/23 35/23

41/5 42/3 42/4 45/8
informed [1]  6/21
initial [1]  18/1
inmate [2]  11/10 57/8
innocence [3]  50/15 50/18 51/14
innocent [1]  43/19
insane [1]  31/5
insensitive [1]  44/13
inside [1]  57/9
instance [1]  3/10
instead [2]  21/16 28/10
instruments [1]  47/4
intangible [1]  47/3
intelligence [1]  32/10
intending [1]  3/20
interest [6]  15/1 18/20 18/23 21/24
 35/21 50/1
interested [15]  12/14 12/19 14/5 14/8
 14/9 14/12 15/25 19/2 19/5 19/10 20/7
 39/8 39/25 40/2 40/24
interesting [2]  15/14 54/5
intermixed [1]  38/5
interrupt [2]  39/18 39/19
intervene [1]  45/2
interviewed [1]  56/8
interviews [4]  10/18 10/20 13/13 13/15
investigation [11]  16/7 24/13 24/14
 24/18 24/19 25/5 28/11 41/23 41/24
 42/1 42/10
involved [9]  18/6 35/13 35/20 41/6 41/7
 43/15 44/20 45/17 54/22
involvement [1]  56/20
ironic [1]  25/6
irrespective [1]  3/7
is [189]
ISIS [49]  10/22 12/14 14/6 14/8 14/9
 14/12 15/1 15/25 16/11 18/20 18/23
 19/2 19/5 19/10 20/7 21/19 21/25 31/15
 30/16 30/17 31/2 31/8 31/9 31/14 32/3
 32/5 32/6 32/11 32/25 37/6 39/8 39/13
 40/1 40/2 40/24 42/22 42/23 42/25
 43/13 44/10 48/10 48/15 49/20 49/22
 49/23 50/2 50/2 50/3 50/8
ISIS's [1]  47/23
ISIS-controlled [1]  16/11
isn't [4]  8/22 31/13 49/19 50/1
isolation [1]  39/6
issue [13]  2/14 2/17 8/20 9/2 9/5 20/17
 30/7 33/20 44/5 44/17 46/18 51/3 57/11
issued [1]  26/1
issues [4]  27/4 38/2 56/7 56/10
it [107]
it with [1]  40/11
it's [55]  5/15 6/10 6/11 6/11 7/10 7/14
 8/9 8/14 8/23 9/4 9/4 11/24 14/18 15/18
 18/13 18/24 20/5 20/22 21/23 24/15
 26/13 26/13 27/11 27/12 27/22 30/9
 31/10 31/22 32/8 32/8 34/7 34/18 34/18
 34/18 35/10 35/10 35/25 36/15 37/7
 37/14 40/14 41/16 46/20 47/1 47/2 49/2
 49/17 50/6 50/11 50/12 50/16 53/24
 54/18 54/19 57/12
items [2]  16/22 54/22
itinerary [1]  28/13
its [4]  24/11 48/1 48/6 55/17
itself [1]  44/25

**J**

Jackson [1]  1/20
jail [4]  6/24 7/3 7/17 51/7

January [7]  12/12 14/16 14/16 14/18
 18/17 24/7 58/7
January 10 [1]  14/16
January 13th [1]  14/16
January 23rd [1]  14/18
Jihad [1]  48/5
join [2]  11/7 30/3
joining [3]  39/8 44/10 44/11
joint [2]  10/14 19/19
Josh [1]  2/9
Josh Kolar [1]  2/9
JOSHUA [3]  1/11 1/19 1/19
judge [11]  1/7 3/6 3/17 5/4 6/16 9/13
 12/17 22/4 27/10 47/14 57/23
judgment [2]  42/9 55/19
July [3]  2/12 2/12 56/7
July 25 [1]  2/12
just [55]  2/11 3/5 3/10 4/18 4/24 6/19
 6/23 7/21 10/5 10/9 12/10 13/12 14/1
 14/4 14/5 14/7 14/12 14/24 14/24 15/5
 15/7 16/1 17/22 18/12 18/14 19/13
 19/21 20/1 20/5 21/16 27/10 27/14
 31/16 31/19 33/7 33/17 37/13 38/8
 40/11 40/11 40/16 42/7 42/25 43/5
 43/16 44/10 46/25 48/7 48/22 49/11
 50/12 51/7 53/7 57/12 57/14
Justice [1]  23/22

**K**

keep [3]  5/18 5/19 19/16
keeps [1]  51/14
Kevin [1]  10/13
Khusanov [1]  47/21
kid [2]  41/14 41/14
kids [3]  35/7 35/8 41/13
killed [1]  33/17
kind [10]  2/11 3/18 8/17 8/20 14/4
 27/15 38/4 38/5 51/16 56/24
knew [10]  12/13 12/23 14/9 18/19 19/2
 27/7 39/7 40/22 42/22 49/22
know [74]
knowing [4]  12/19 14/5 14/11 42/24
known [2]  7/10 31/23
knows [3]  20/7 23/18 38/10
KOLAR [8]  1/11 2/9 4/9 6/15 10/7 13/8
 22/25 37/24
Kong [9]  14/9 15/6 15/7 15/13 15/14
 15/20 16/15 21/16 43/2
Kuhn [4]  10/13 11/8 11/13 11/20
Kurdish [1]  31/23

**L**

labels [1]  19/11
lack [1]  5/25
laid [5]  3/12 3/25 4/2 4/9 38/1
landed [1]  13/16
large [1]  27/12
Largely [1]  29/11
last [7]  2/18 4/7 7/22 8/6 40/8 40/23
 48/21
Lastly [1]  45/22
late [9]  2/18 11/3 15/18 16/13 18/22
 20/5 21/24 29/1 50/22
later [6]  13/25 14/21 14/24 15/3 15/17
 20/1
laughable [2]  30/9 33/18
law [11]  1/19 10/21 12/14 16/14 20/6
 20/9 33/20 38/25 42/9 48/9 48/17
lawyer [1]  36/6
lay [1]  38/19

**L**

laying [1]  23/23
lays [1]  47/6
leading [1]  43/22
leads [2]  52/20 52/25
learned [2]  7/21 7/25
least [6]  26/12 28/25 31/8 36/13 36/16
 54/13
leave [3]  20/19 20/25 24/5
left [1]  51/6
legal [2]  30/7 38/2
length [3]  43/8 43/14 56/3
lens [2]  23/18 24/2
less [2]  21/7 21/22
let [12]  4/5 6/2 7/23 12/25 17/22 21/2
 22/9 37/24 38/15 48/7 48/22 57/14
let's [4]  10/5 24/23 28/24 41/20
lethal [1]  47/8
level [2]  34/20 57/10
lie [2]  27/3 42/16
lied [5]  38/12 38/13 38/13 38/14 42/6
lies [1]  42/15
life [2]  33/13 41/7
light [2]  33/22 51/4
like [31]  4/14 4/23 8/10 12/21 16/1
 18/11 23/11 23/12 23/25 26/10 26/12
 30/21 31/19 31/20 32/17 32/21 33/6
 34/24 36/13 41/9 41/11 41/14 42/7
 44/10 44/11 45/22 48/2 49/12 54/5
 55/24 57/9
likelihood [1]  2/16 3/6 56/18 56/20
likely [1]  54/9
limited [1]  12/9
line [1]  9/24
listed [1]  52/24
little [8]  12/21 14/20 15/2 16/8 16/18
 21/23 42/14 51/23
live [1]  36/3
lived [1]  4/10
lives [1]  33/12
location [1]  46/6
lock [1]  39/2
locker [1]  15/8
lodging [1]  47/5
long [1]  37/17
longer [2]  4/10 56/16
longest [1]  7/2
look [7]  38/20 38/21 38/22 39/6 42/12
 42/13 42/14
looked [2]  23/18 53/9
looking [3]  8/13 24/1 27/2
looks [1]  36/13
lot [10]  4/10 4/17 4/21 27/7 32/9 39/4
 42/2 42/11 43/9 43/23
lots [1]  55/1
loving [1]  41/3
lying [2]  29/18 42/4

**M**

made [16]  9/21 12/22 13/19 17/15 24/6
 24/23 30/23 35/25 38/11 38/24 39/14
 40/12 42/18 43/18 49/7 50/3
magistrate [3]  3/6 3/7 47/14
majority [1]  38/7
make [10]  3/7 11/8 12/1 23/11 33/14
 40/8 50/1 50/7 54/10 57/1
makes [2]  3/16 29/25
making [8]  17/16 17/18 18/11 26/1
 34/10 44/7 55/18 57/12
male [1]  11/16

man [4]  23/12 23/13 23/21 34/13
maniac [1]  29/6
manner [1]  49/16
many [1]  22/9
March [8]  11/6 15/10 15/15 15/17 16/2
 16/11 26/3 29/1
March 15th [1]  15/10
March 18th [1]  15/15
March 22 [2]  11/6 15/17
March 25 [1]  16/2
March 25th [1]  16/11
mark [1]  26/19
married [2]  23/12 40/1
marshals [3]  44/5 45/13 45/16
material [15]  20/20 30/18 30/19 31/7
 32/6 32/24 46/19 46/24 47/1 47/12 49/4
 49/9 49/19 50/11 52/16
materials [1]  8/10
matter [1]  3/8 5/8 5/9 28/23 33/19
 33/20 34/8 39/25 49/23 57/17 58/6
may [14]  20/17 25/22 27/8 44/3 44/3
 44/4 44/13 47/9 51/9 51/17 52/5 55/14
 55/14 56/24
maybe [8]  13/11 22/21 23/5 37/20 40/3
 49/3 49/17 49/18
me [27]  2/16 3/10 3/20 6/2 6/3 12/17
 25/13 13/1 13/2 13/2 21/2 22/9 24/17
 25/16 30/25 31/15 31/16 42/25 44/21
 48/7 49/7 50/23 54/1 54/5 54/7 55/4
 55/20
mean [6]  5/15 28/4 37/6 45/9 51/7 51/8
means [4]  24/13 25/14 49/13 50/25
meant [1]  45/9
media [3]  38/25 40/19 55/10
medical [2]  7/14 45/17
medically [1]  37/3
medication [6]  8/2 8/3 44/18 44/21
 44/25 45/3
medications [3]  7/17 8/4 8/18
medicine [3]  7/19 7/23 51/8
meeting [1]  8/1
melt [1]  43/1
melted [2]  16/19 43/1
member [16]  12/20 18/22 30/10 30/20
 31/2 31/8 39/10 39/10 48/10 48/15
 49/19 49/22 49/23 50/2 50/2 50/7
members [2]  10/18 43/12
memorize [1]  41/14
mental [10]  29/18 37/16 44/4 44/6
 44/13 44/16 56/2 56/7 56/10 56/11
mentioning [1]  56/14
Merrillville [1]  10/14
met [1]  9/13
Mexico [1]  11/15
might [8]  12/9 12/19 23/21 28/10 28/11
 35/6 37/15 55/9
mild [1]  57/12
military [1]  47/17
militate [4]  53/5 53/10 53/22 56/22
militates [1]  55/22 56/5
mind [2]  23/7 28/5
minor [18]  11/3 11/7 11/14 11/17 12/15
 14/18 15/1 15/5 15/12 15/14 15/19
 16/14 17/19 19/12 19/14 21/14 21/16
 46/1
minors [1]  16/24 19/24
minute [3]  40/9 51/22 53/11
mischaracterized [1]  31/21
mischaracterizing [1]  31/18
misconstrued [1]  41/21

misleading [1]  31/22
mistake [1]  8/19
misstatement [1]  31/24
mixed [1]  53/24
mob [1]  44/12
model [1]  57/5
money [11]  16/4 16/9 19/20 19/22
 29/16 29/16 40/9 43/1 47/4 47/16 55/2
monitoring [6]  9/18 9/25 36/25 37/10
 46/5 50/25
Montag [3]  1/22 9/12 9/13
month [1]  43/2
months [2]  43/3 54/12
more [19]  10/24 12/9 12/22 14/21
 14/21 16/8 16/18 18/18 27/21 29/23
 29/23 30/6 36/19 37/5 47/8 52/17 53/13
 55/25 57/13
morning [2]  2/5 7/25
Morocco [13]  14/20 26/9 27/6 27/25
 29/8 29/9 29/11 29/12 29/14 29/14
 29/19 30/1 39/9
most [5]  3/9 11/21 32/14 32/15 35/23
mostly [1]  20/19
mother [2]  34/3 36/2
motion [8]  2/20 3/3 4/3 6/20 10/16 17/9
 47/15 49/7
Moussa [5]  15/18 29/24 30/2 30/18
 41/8
move [3]  5/7 27/10 40/9
moving [3]  2/17 11/15 29/14
Mr [1]  48/12
Mr. [36]  2/8 2/8 2/8 2/16 3/13 3/15 3/21
 3/23 4/9 5/3 6/2 6/15 7/23 10/7 10/9
 10/10 11/21 13/8 14/3 20/19 22/25 23/2
 37/23 37/24 38/1 38/5 38/15 38/16
 39/20 44/19 48/13 48/22 49/7 49/11
 54/15 57/21
Mr. Durkin [11]  2/8 2/16 3/15 3/23 5/3
 23/2 37/23 44/19 48/22 54/15 57/21
Mr. Herman [3]  2/8 7/23 49/7
Mr. Kolar [6]  4/9 6/15 10/7 13/8 22/25
 37/24
Mr. Zanzi [15]  2/8 3/13 3/21 6/2 10/9
 10/10 11/21 14/3 38/1 38/5 38/15 38/16
 39/20 48/13 49/11
Mr. Zanzi's [1]  20/19
Ms. [6]  2/7 8/1 9/12 25/20 36/6 56/6
Ms. Elhassani [5]  2/7 8/1 25/20 36/6
 56/6
Ms. Montag [1]  9/12
much [7]  2/23 29/23 41/5 42/3 55/5
 55/7 55/25
mug [1]  57/7
multiple [8]  8/18 10/18 10/25 21/9
 22/23 38/12 46/1 54/11
murky [1]  21/4
Muslim [2]  31/1 31/2
Muslims [1]  30/24
my [19]  5/6 9/1 19/5 19/9 25/2 31/16
 35/22 36/3 40/11 40/12 40/16 42/25
 49/13 51/6 53/11 53/12 55/16 55/18
 57/13
myself [2]  4/12 48/24

**N**

National [1]  23/22
nature [5]  43/9 52/20 53/7 53/16 53/20
navigating [2]  45/24 46/3
necessarily [1]  7/15
necessary [1]  9/8

## N

need [5] 5/7 30/7 44/4 44/13 51/4
54/24
needs [3] 36/22 44/6 44/16
nefarious [1] 21/10
Neither [1] 43/5
never [10] 16/12 17/18 17/19 18/7 49/5
49/8 49/12 55/11 56/9 56/12
new [1] 8/2
news [1] 40/19
next [5] 14/10 16/10 16/20 19/12 21/25
nice [1] 34/1
night [2] 7/22 8/6
nights [1] 8/3
no [28] 2/19 2/25 3/16 5/3 5/14 8/25
20/22 26/23 27/20 31/23 36/25 41/10
45/1 45/20 46/7 46/12 46/15 49/21
52/21 53/2 56/7 56/17 56/17 56/20
56/21 57/19 57/20 57/23
No. [1] 2/6
No. 2:18-CR-33 [1] 2/6
nobody [1] 6/19
Noel [1] 17/6
none [2] 40/25
nonsensical [1] 49/24
NORTHERN [2] 1/1 47/14
not [103]
not omniscient [1] 44/1
note [3] 46/20 55/7 57/3
nothing [4] 6/4 33/10 48/8 48/20
notify [5] 5/19
November [6] 2/15 10/23 11/1 11/11
11/12 39/8
novo [3] 3/9 3/18 6/11
now [14] 5/17 8/10 8/15 8/16 16/13
25/8 25/9 36/11 36/16 39/15 40/14
41/20 42/21 50/21
number [1] 53/18
numbers [2] 24/20 25/3
numerous [1] 38/25
nurse [2] 8/7 45/9

## O

oath [2] 50/3 50/8
oaths [1] 30/16
objecting [1] 44/14
objection [5] 3/11 5/3 5/6 5/13 26/22
observed [1] 48/1
obtain [1] 8/8
obviously [7] 8/9 11/11 12/7 16/2 16/12
16/23 18/10
occasion [1] 8/19
occurred [1] 12/5
occurring [1] 20/16
of Children [1] 35/10
off [8] 8/6 8/18 16/25 17/2 23/23 26/1
27/10 44/20
offender [1] 57/8
offends [1] 31/16
offense [4] 43/10 52/14 53/16 53/17
offenses [1] 52/24
offensive [1] 33/1
offer [1] 28/13
offered [1] 57/7
office [6] 1/12 1/19 9/14 23/24 49/11
56/6
officer [2] 7/12 7/14
often [1] 43/12
oh [4] 34/5 40/11 42/25 49/25
okay [23] 5/15 6/10 9/10 10/3 17/5

17/23 20/13 22/7 22/8 22/24 26/20
27/13 27/17 27/24 28/6 33/15 36/14
37/23 38/19 45/16 48/20 51/7 57/24
Oklahoma [4] 36/3 36/4 36/9 36/13
omniscient [1] 44/1
once [1] 43/2
one [49] 4/15 5/23 8/19 9/16 9/18 9/21
9/21 11/2 11/8 11/14 11/17 12/3 13/3
15/1 15/5 15/12 16/5 16/7 16/9 18/3
18/12 18/12 18/21 19/3 19/9 19/21
19/24 21/15 23/2 23/21 25/2 25/22
25/24 27/4 28/9 34/5 34/10 34/16 41/16
42/20 44/18 47/8 48/2 49/7 49/10 51/24
52/23 53/15 54/13
one-way [3] 16/5 16/9 19/21
ones [2] 12/12 47/13
oneself [1] 47/9
only [12] 5/6 8/23 9/5 17/17 21/4 25/14
31/3 33/13 34/9 34/25 46/23 54/6
open [2] 2/1 52/2
operating [1] 55/5
opportunities [1] 42/8
opportunity [1] 51/15
or at [1] 22/11
or terrorism-related [1] 53/21
order [6] 36/20 42/17 46/2 47/22 48/10
51/14
ordered [2] 2/22 28/22
ordering [1] 44/20
Ordinarily [1] 3/5
organization [3] 30/11 30/20 52/17
organizations [3] 20/21 47/18 48/2
original [1] 27/19
other [22] 10/20 13/20 18/9 18/13 24/4
24/23 29/23 33/1 33/10 34/5 34/15
36/19 37/21 41/11 46/1 46/2 47/17 50/6
52/18 55/10 56/4 56/10
others [2] 21/13 53/18
ought [1] 32/1
our [12] 3/24 5/24 6/25 7/18 8/11 9/12
9/14 21/13 27/4 27/7 28/19 33/11
out [23] 3/12 3/25 4/2 4/9 4/16 6/24
10/24 14/4 21/13 28/12 35/1 37/17
38/19 38/19 39/1 40/7 40/9 40/10 40/17
40/18 41/15 55/2 57/5
outed [1] 32/17
outlets [2] 40/19 55/11
over [9] 6/15 11/23 13/21 16/17 19/18
21/25 28/18 28/18 49/21
overseas [6] 22/22 24/22 30/15 54/11
55/2 56/12
overview [1] 12/10
own [1] 40/20

## P

p.m [3] 52/1 52/3 57/25
page [3] 11/11 26/17 27/12
page 12 [1] 11/11
paid [2] 25/10 25/12 25/13
paint [1] 19/6
paragraph [4] 27/11 27/11 27/18 27/22
paralegal [2] 12/9 12/9 9/14
parent [1] 40/10
parents [1] 36/2
Paris [1] 42/17
part [4] 5/15 18/11 20/25 29/20
particular [3] 44/21 52/16 54/24
particularly [4] 13/7 33/22 48/3 57/5
parties [1] 24/22
party [1] 22/2

passing [1] 45/8
passport [1] 37/1
passports [1] 37/1
patriarchal [1] 24/3
pattern [1] 14/6
pending [1] 57/16
people [8] 16/8 20/21 34/24 43/12
43/19 46/1 46/1 49/12
people's [1] 52/18
perhaps [6] 8/3 20/22 26/2 32/17 55/5
55/6
period [4] 19/18 24/10 25/17 29/8
permanently [1] 16/10
permit [2] 9/16 9/18
permitted [1] 36/16
person [7] 21/22 34/18 34/19 52/11
52/12 52/22 53/24
personal [2] 31/12 56/1
personnel [4] 31/10 31/11 31/13 47/8
persons [1] 48/5
perspective [1] 13/23
pertinent [1] 53/19
petition [1] 35/15
petitioned [1] 35/16
PHILIP [1] 1/7
phone [1] 28/15
phones [1] 25/4
physical [1] 56/2
physically [1] 34/20
pick [2] 43/3 51/23
picked [1] 29/5
picking [4] 20/2 20/2 29/1 29/2
picture [2] 19/7 35/13
pictures [1] 16/21
pig [1] 33/7
place [4] 9/9 9/21 10/2 39/22
placed [1] 54/13
places [1] 31/18
placing [1] 56/23
planning [1] 4/19
plans [1] 27/8
Plaza [1] 1/12
pleading [5] 24/6 24/12 31/17 33/2
33/12
please [1] 39/19
pleases [1] 10/8
pled [1] 57/9
point [18] 2/17 3/2 11/24 12/8 14/4
14/15 15/22 16/1 18/18 18/19 31/3
39/15 39/16 41/2 41/16 42/19 54/6
57/12
Porter [2] 51/6 57/5
posing [1] 33/13
position [1] 5/24
positive [1] 37/13
possibly [2] 31/13 39/6
post [2] 7/9 13/13
post-arrest [1] 13/13
post-traumatic [1] 7/9
potential [3] 9/11 9/21 54/4
potentially [1] 21/9
PowerPoint [2] 4/11 10/10
practitioner [1] 45/9
praising [1] 33/25
prayers [1] 41/13
precuring [1] 20/7
prediction [1] 51/6
prefer [1] 16/22
preparation [1] 51/11
prepared [5] 4/8 4/10 10/1 11/18 50/21

**P**

preplan [1] 46/3
preplanning [2] 15/25 16/8
preponderance [1] 53/10
prepositioned [2] 11/5 15/7
prepositioning [1] 19/15
present [10] 1/22 2/8 12/25 13/1 13/2
 13/2 23/4 27/5 44/22 51/15
presentation [4] 11/22 23/19 33/2 34/1
presented [7] 4/22 53/7 53/25 54/1 54/7
 55/19 57/6
presently [2] 35/8 35/9
presumption [13] 46/19 46/20 46/22
 47/19 50/15 50/17 51/14 52/21 52/25
 53/2 53/4 53/6 53/8
pretrial [2] 2/20 7/12 7/13 52/6
pretty [3] 8/14 50/13 50/24
preview [1] 3/20
primarily [2] 6/21 38/10
prior [2] 7/14 8/4
prison [4] 32/3 32/3 32/5 32/11
prisoner [2] 31/21 57/5
prisoners [1] 32/21
probably [2] 50/12 55/15
probation [2] 56/6 56/13
problem [1] 40/17
problems [1] 56/11
procedurally [1] 25/24
proceed [5] 4/19 6/3 10/5 10/9 13/10
proceeding [1] 3/11
proceedings [5] 2/1 6/8 35/17 52/2 58/5
procure [1] 15/23
procured [1] 20/15
produced [1] 2/24
production [2] 18/6 34/15
proffer [8] 4/19 6/3 10/9 11/20 12/18
 13/9 27/5 53/25
proffered [2] 38/18 55/4
progress [1] 9/21
prohibited [2] 56/19 56/19
prominent [1] 29/12
prompted [1] 6/11
proof [2] 27/7 49/22
property [2] 47/3 56/21
propose [1] 9/17 9/25
proposed [1] 4/4
proposition [1] 49/2
prosecute [1] 23/20
prosecuted [3] 30/13 31/7 49/14
prosecuting [1] 32/4
prosecution [1] 30/4
prosecutor [1] 29/3
prospect [2] 55/11 56/23
prove [1] 55/17
provide [9] 4/20 16/18 28/13 31/9 41/24
 49/19 50/23 50/24 51/21
provided [9] 31/11 31/13 32/24 39/3
 39/4 39/5 46/9 47/21 54/8
provides [1] 46/7
providing [7] 20/20 25/3 32/6 42/3
 47/16 47/22 52/16
proxy [1] 30/4
psychotherapy [1] 9/20
PTSD [4] 7/9 7/15 7/19 7/20
public [4] 12/1 16/25 24/6 35/1
public-facing [1] 16/25
publicity [1] 37/5
publicly [1] 16/24
purchase [3] 29/5 33/4 54/22
purchased [2] 29/4 55/1

purchasing [1] 33/5
purpose [2] 21/3 48/4
purposes [1] 6/13
pursuant [1] 2/10
put [13] 2/23 6/19 11/22 15/8 18/14
 20/14 23/5 36/1 39/1 40/17 40/18 53/12
 57/13
puts [1] 4/11
putting [2] 9/5 23/7

**Q**

quarter [1] 51/24
question [6] 9/1 12/21 13/25 22/4 23/10
 53/1
questions [6] 11/19 20/24 21/1 23/3
 42/2 42/11
quickly [1] 8/15
quite [1] 38/4

**R**

racial [1] 30/23
radical [1] 29/22
radicalization [1] 12/23
radicalized [3] 29/24 29/24 31/4
raised [1] 55/11
raises [2] 42/2 42/11
raising [2] 31/3 31/16
range [4] 15/2 19/11 34/23 47/11
ranges [2] 34/22 35/1
raped [2] 32/5 32/23
Raqqa [1] 32/3
rather [3] 16/7 25/24 29/12
re [2] 2/14 2/17
re-visit [2] 2/14 2/17
reach [1] 36/7
reachable [1] 28/15
read [5] 3/2 16/17 27/11 27/14 28/25
real [3] 20/18 29/22 41/4
realistic [1] 37/5
realistically [1] 36/21
reality [1] 7/1
realizes [2] 36/18 36/20
really [14] 4/1 13/22 16/21 18/15 21/18
 30/2 32/6 32/15 49/14 54/5 54/6 54/9
 54/17 56/15
reason [8] 5/18 21/7 24/4 29/10 29/20
 36/19 39/4 44/17
reasonable [1] 55/18
reasonably [4] 37/11 52/11 52/22 53/2
reasons [4] 25/22 51/20 53/12 57/13
rebuttable [1] 46/21
rebutted [5] 47/19 53/1 53/4 53/6 53/8
recalls [1] 25/20
receipt [1] 14/15
received [3] 2/19 4/4 31/24
receiving [1] 7/17
recent [2] 35/22 35/23
recess [3] 51/23 52/1 57/25
reciting [1] 41/13
recognized [1] 44/5
recommending [1] 9/22
recommends [1] 5/10
record [8] 2/6 2/11 5/16 13/12 37/8
 41/22 53/11 58/5
recorded [1] 13/16
recording [1] 24/20
records [3] 8/8 10/17 10/17
redaction [1] 27/12
reference [1] 5/1
referenced [1] 17/25

referred [1] 11/10
referring [2] 26/18 27/23
reform [12] 2/10 51/5 51/13 51/19 52/8
 53/14
regard [2] 36/5 52/19
regime [1] 44/10
regular [1] 6/14
regularly [1] 25/3
related [3] 24/19 25/5 53/21
relates [2] 27/21 38/1
relating [1] 10/22
relationship [2] 22/16 42/3
relatively [1] 19/16
release [12] 2/20 9/17 10/16 24/9 33/21
 35/3 47/15 50/13 52/13 52/21 53/5 57/1
released [5] 6/23 44/17 49/3 51/16
 57/15
releases [1] 8/8
releasing [1] 56/23
relevant [4] 12/6 12/11 22/12 24/15
reliable [1] 25/15
relocating [1] 16/10
rely [1] 14/14
remain [3] 4/24 12/7 57/16
remind [1] 48/8
reminds [1] 49/7
Repeat [1] 17/21
repeatedly [1] 32/5
report [2] 7/7 57/6
reported [3] 2/2 52/3 56/7
Reporter [1] 58/9
represented [2] 44/19 44/21
representing [1] 25/16
request [5] 2/20 3/10 6/25 10/4 57/15
requested [1] 58/2
requests [1] 8/11
require [2] 6/13 48/14
required [2] 52/12 53/13
requires [1] 48/9
research [1] 46/11
reserve [1] 37/17
reserved [1] 2/13
residence [2] 56/3 56/17
resold [1] 29/7
resources [3] 47/1 47/12 56/3
respect [3] 5/24 37/19 49/1
respectfully [3] 14/12 17/11 48/16
respond [3] 37/24 38/3 54/1
responding [1] 54/6
response [7] 2/22 2/24 3/3 3/24 10/16
 14/4 41/18
rest [1] 49/24
result [1] 56/12
return [3] 14/17 16/1 21/3
returned [1] 26/3
review [2] 3/1 5/10
reviewed [1] 54/18
ride [1] 40/2
ridiculous [2] 30/24 34/6
riflescopes [6] 14/8 15/23 20/2 29/2
 43/3 54/24
right [24] 2/4 2/13 7/12 8/10 8/15 8/16
 13/14 14/10 16/8 16/10 17/6 17/16
 17/25 18/25 19/3 21/18 21/25 22/17
 22/20 28/2 34/11 48/13 52/5 52/6
ripped [1] 40/6
rise [2] 2/3 52/4
risk [11] 8/22 9/3 12/5 17/11 19/4 36/24
 41/5 45/23 47/19 51/1 54/14
risked [1] 33/12

**R**

Risperdal [1] 8/13
Roberts [1] 1/16
rock [1] 50/25
rock-solid [1] 50/25
room [1] 57/9
roughly [1] 25/19
route [1] 22/1

**S**

S/Stacy [2] 58/8 58/8
safe [1] 47/6
safer [1] 7/3
safety [5] 15/8 37/11 52/12 52/22 53/3
said [20] 3/4 7/2 17/14 17/18 17/19
17/19 19/9 25/8 27/1 29/3 29/3 31/1
38/9 45/9 47/25 47/25 50/19 55/10 56/8
57/13
SAMANTHA [5] 1/5 2/7 15/12 23/11
52/7
Samantha Elhassani [4] 2/7 15/12
23/11 52/7
same [4] 3/22 34/18 34/19 36/24
savage [1] 44/10
saved [1] 33/12
saw [1] 20/4
say [19] 8/8 11/4 24/23 26/7 27/1 28/2
30/4 31/10 31/18 31/21 40/11 40/25
41/21 42/19 45/22 49/25 50/16 50/22
56/11
saying [9] 16/5 17/13 18/10 19/1 19/4
27/15 27/17 41/15 45/11
says [7] 18/23 24/11 38/23 41/1 41/8
54/15 54/15
school [3] 11/14 40/7 40/10
scope [3] 12/2 43/21 47/1
screen [1] 21/21
scrutiny [1] 21/7
scuffle [1] 57/8
seal [5] 4/24 4/25 5/7 5/18 5/19
search [1] 4/16
seated [3] 2/4 10/13 52/5
second [7] 5/4 6/17 13/15 22/18 47/20
48/12 53/23
secreted [1] 21/13
Section [2] 47/2 52/15
Section 2339A [1] 47/2
securities [1] 47/5
Security [1] 23/23
see [18] 4/12 4/22 9/16 16/22 16/23
17/16 19/13 20/15 21/5 21/6 21/10 32/7
32/21 33/6 33/13 37/8 49/10 54/18
seeing [1] 45/2
seeking [2] 36/11 43/13
seeks [1] 52/6
seems [2] 24/17 37/22
seen [3] 17/8 41/10 56/9
selling [1] 29/17
send [1] 3/5
sending [1] 11/14
sense [3] 3/16 23/24 42/13
sensitive [1] 26/13
sent [1] 28/21
separate [1] 44/5
serial [2] 24/20 25/3
series [1] 17/10
serious [4] 8/14 12/21 33/18 44/9
service [1] 47/3
services [4] 7/12 7/13 34/2 47/5

session [1] 52/4
set [2] 2/11 11/1
settings [1] 12/12
settlement [1] 31/19
seven [2] 14/24 19/13
several [3] 8/1 43/2 54/11
sex [1] 33/8
she [211]
she's [30] 7/6 7/20 8/14 8/21 9/2 9/14
20/7 31/1 31/4 35/4 35/5 36/8 36/11
36/16 36/18 36/21 37/1 37/2 37/4 39/1
39/2 39/22 40/7 42/3 49/14 50/15 51/1
51/6 52/16 56/19
shelter [1] 56/23
shelters [1] 9/16
shift [1] 12/23
ship [1] 24/24
shipped [1] 25/4
shipping [1] 24/22
shooting [1] 35/1
short [4] 9/7 15/17 19/17 50/22
shot [1] 51/7
should [3] 2/14 10/1 11/4 16/23 20/17
46/23 51/20 51/20
shouldn't [1] 13/11
show [4] 26/12 26/14 28/19 30/2
showing [1] 16/8
shown [1] 37/14
shows [3] 26/25 27/1 45/24
shred [4] 31/3 31/14 33/5 34/14
sides [2] 34/25 53/25
significant [4] 12/18 21/11 25/21 30/7
SIMON [1] 1/7
simple [1] 34/8
simply [9] 9/7 14/11 28/23 29/5 31/1
37/8 55/18
since [1] 3/6
single [3] 39/22 42/20 42/20
sister [1] 56/8
sites [1] 32/22
situation [4] 28/19 37/7 37/19 44/22
situations [1] 45/24
slaves [4] 33/4 33/6 33/8 33/10
slides [1] 16/20
slightly [1] 54/2
sneak [1] 28/12
sniper [1] 19/12
so [78]
solid [1] 50/25
solved [1] 36/25
some [34] 2/17 2/25 3/25 4/12 4/16
9/11 12/5 12/8 12/11 14/21 15/6 16/19
16/21 16/22 18/9 18/15 24/4 30/23 34/4
36/10 37/21 41/2 43/24 44/2 44/3 44/3
46/6 46/10 46/12 50/24 51/8 54/4 55/7
56/11
somebody [12] 9/19 23/11 25/6 30/10
31/8 32/4 32/17 35/7 38/20 45/12 45/13
50/7
somehow [5] 27/23 31/5 31/17 32/24
44/19
someone [12] 7/15 9/23 11/14 14/5
21/8 35/3 39/11 39/25 40/1 40/5 49/19
57/10
something [9] 2/14 24/14 25/23 26/10
30/14 31/19 31/19 49/16 56/13
somewhat [2] 12/9 53/12
somewhere [2] 6/25 49/18
son [4] 17/18 40/7 41/4 41/9
sophistication [1] 42/8

sorry [3] 26/2 28/1 50/22
sort [2] 2/15 4/11 53/15 57/11
sorts [1] 11/24
source [1] 24/7
south [1] 34/25
span [1] 54/11
spanned [1] 25/17
spare [1] 9/24
speak [5] 7/23 13/25 36/7 44/18 44/23
speaking [1] 55/25
speaks [2] 28/17 56/1
Special [4] 10/12 11/8 11/13 11/20
specifically [1] 52/17
spent [1] 29/13
spoke [1] 4/7
spy [4] 32/12 32/13 32/17 32/23
stabilized [2] 15/22 20/3
stabilizer [1] 54/25
Stacy [4] 51/23 58/4 58/8 58/8
stand [1] 37/17
standards [1] 52/13
start [3] 12/12 18/15 18/17
starting [1] 12/10
state [1] 49/18
statement [15] 12/22 13/16 17/17 18/1
26/2 26/4 26/5 26/7 26/8 27/18 28/4
28/5 30/23 30/24 38/10
statements [5] 10/17 13/17 13/19 14/21
38/25
STATES [9] 1/1 1/3 1/7 2/7 30/14 47/20
48/6 52/15 55/2
status [1] 2/15
statute [2] 48/9 52/24
statutes [1] 48/19
statutory [1] 46/20
staying [1] 21/16
step [1] 18/24
stepchild [1] 22/15
stepped [1] 29/4
still [1] 35/19
stipulated [1] 2/13
stop [2] 15/20 42/19
stopped [1] 11/14
storage [1] 15/8
story [5] 34/8 39/2 40/17 40/18 40/21
Street [1] 1/17
strength [2] 30/8 42/12
stress [3] 7/9 11/24 12/3
strong [3] 54/3 54/19 55/15
stronger [1] 55/21
strongly [1] 56/22
stuff [1] 34/4
stupid [2] 37/15 49/6
subject [2] 13/20 27/18
submit [2] 4/14 4/24
submitted [2] 4/14 7/7
subsequent [1] 6/8
substances [1] 47/8
such [2] 9/22 56/11
sudden [1] 25/8
suffered [1] 56/9
suffering [3] 7/9 7/15 7/20
sufficient [1] 37/10
suggest [3] 21/12 31/17 57/9
suggested [1] 49/15
suggesting [2] 33/25 45/6
suggestion [2] 14/11 33/2
Suite [2] 1/12 1/20
summary [1] 16/16
supervision [1] 33/4

**S**

supplement [1] 8/10
supplies [1] 7/12
supply [1] 30/19
support [20] 7/4 20/20 30/18 30/19 31/7
32/6 32/24 39/11 43/14 46/19 46/24
47/1 47/12 48/4 48/18 49/4 49/9 49/19
50/11 52/16
supported [2] 39/12 48/3
supporter [1] 47/23
supports [1] 5/24
suppose [1] 34/1
supposedly [1] 12/22
sure [11] 4/4 5/5 6/18 10/11 17/24
26/16 28/3 33/14 36/8 36/11 54/14
suspicion [1] 40/9
suspicious [3] 21/18 21/22 28/21
swore [1] 50/8
sworn [1] 4/19
sympathizers [1] 37/6
sympathy [1] 31/9
Syria [12] 14/10 21/25 40/7 41/2 41/2
43/23 43/24 44/10 48/5 49/23 50/3
54/24

**T**

tables [1] 25/8
tactical [5] 20/8 20/15 20/21 31/11
54/24
take [12] 5/2 5/9 18/5 19/22 19/25
24/25 39/5 42/24 51/3 51/12 52/1 52/9
taken [8] 6/24 16/2 16/18 18/2 19/9
21/12 21/13 45/3
takes [4] 15/1 15/12 21/25 33/20
taking [5] 19/14 19/20 19/22 34/22
45/25
talk [8] 6/4 14/22 16/1 20/19 22/6 31/22
41/20 53/11
talked [7] 7/24 18/12 18/20 19/21 43/8
43/9 43/23
talking [6] 12/3 19/3 34/17 34/17 38/6
40/5
talks [1] 50/6
tangible [1] 47/3
Task [1] 10/14
telephone [1] 9/24
tell [7] 13/8 27/2 28/14 28/14 32/1
42/10 50/23
telling [1] 9/7
tells [3] 18/22 23/13 42/25
temporarily [1] 6/24
temporary [1] 36/2
tender [1] 26/15
tendered [1] 17/9
term [1] 24/3
terms [3] 4/3 8/18 50/13
terrible [2] 20/21 44/12
terrified [2] 32/14 32/15
terrifying [1] 41/16
territory [2] 16/11 30/15
terrorism [11] 10/14 24/19 25/5 28/11
41/23 41/24 46/23 52/23 53/18 53/21
53/21
terrorism-related [2] 24/19 25/5
terrorist [6] 28/10 30/10 30/20 47/18
48/2 52/17
terrorizes [1] 23/13
testify [2] 10/12 50/4
testimony [2] 4/18 4/20
than [10] 4/10 7/3 8/3 9/2 20/23 27/7

29/24 30/25 33/10 34/15
Thank [6] 22/25 23/1 23/9 37/23 51/25
57/25
Thanks [1] 17/7
that [416]
that's [59]
their [6] 2/24 6/11 13/23 24/6 25/7
28/24 28/24 28/25 31/17 33/2 37/9
45/17 50/7
them [27] 6/22 9/16 11/7 12/25 24/24
26/9 28/14 28/14 28/15 29/5 30/12 32/2
32/2 32/4 32/7 33/8 33/11 34/3 34/3
34/25 37/9 40/6 42/10 50/24 53/11
54/13 56/20
themselves [1] 31/9
then [33] 4/18 5/22 9/19 10/10 12/20
13/1 13/7 14/19 15/6 15/13 15/16 15/17
16/14 16/19 16/20 19/8 19/13 19/25
21/15 21/17 22/18 22/21 26/9 29/4 32/9
32/23 33/20 38/1 39/6 43/3 53/18 54/23
55/13
theory [4] 21/3 30/21 40/15 43/4
therapist [1] 56/9
therapy [1] 51/8
there [43] 4/20 9/16 9/18 15/11 16/2
16/7 16/18 16/21 18/6 21/6 21/17 21/19
22/13 22/18 23/6 23/7 24/4 25/25 29/6
31/13 33/15 33/21 33/22 34/11 35/3
35/24 38/4 39/1 40/18 40/18 44/9 44/11
45/12 47/16 52/9 52/10 52/21 53/2 54/3
54/12 54/21 55/16 56/1
there's [31] 5/7 5/19 7/8 7/20 12/8
12/18 13/12 14/21 16/21 17/10 17/10
20/22 21/7 22/15 29/10 30/6 30/13 31/3
31/6 31/23 34/4 34/14 35/4 35/5 35/24
36/23 36/25 41/10 47/11 48/8 55/1
thereafter [1] 13/19
these [39] 8/18 11/2 11/5 11/22 12/5
12/12 13/19 13/21 16/20 17/2 17/15
18/11 18/15 20/15 20/24 21/9 21/9
22/13 23/11 28/21 29/5 35/8 39/13 40/7
40/8 40/12 40/12 40/19 41/11 41/12
42/18 42/20 42/24 42/3 43/3 45/11 46/18
48/19 50/11 55/3
they [82]
they'd [4] 6/23 23/24 26/10 50/5
they're [10] 13/20 15/14 27/23 29/9
29/12 32/4 35/1 35/9 54/15 54/16
they've [2] 44/21 49/2
thing [8] 3/22 12/3 29/3 33/1 34/7 34/9
39/22 42/20
things [19] 10/21 12/4 12/5 12/7 13/21
13/22 18/15 19/6 25/2 25/24 40/13
41/14 43/4 43/24 44/12 55/10 55/24
56/1 56/4
think [57] 3/16 3/25 5/6 5/18 5/24 7/4
7/8 7/13 7/19 9/13 11/24 14/13 18/13
19/6 20/11 21/7 21/22 21/23 23/21
23/24 24/8 24/15 25/21 25/21 26/13
27/7 27/15 27/22 28/10 30/1 30/5 30/7
33/22 35/3 36/16 36/24 37/2 37/4 37/14
38/6 45/6 45/23 46/13 51/3 51/20 53/6
54/1 54/3 54/16 55/20 55/22 56/5 56/13
56/22 56/25 57/11 57/12
thinking [1] 49/13
thinks [2] 6/20 29/8
third [8] 15/11 19/15 19/24 24/22 27/11
27/11 55/24 56/14
this [150]
THOMAS [1] 1/16

those [23] 4/14 8/9 10/20 12/7 13/17
18/13 18/21 18/24 19/6 19/23 21/13
29/1 33/3 34/15 36/5 40/25 41/10 42/8
45/25 51/20 52/13 53/10 56/21
though [2] 6/11 26/7
thought [9] 3/9 9/8 27/6 29/14 29/16
32/12 32/13 32/16 32/23
threatened [1] 55/12
three [6] 8/3 19/22 22/10 35/25 36/13
54/12
threw [1] 57/8
through [11] 11/19 14/16 15/4 15/20
19/18 23/18 24/2 24/25 46/3 51/9 55/10
throughout [2] 42/15 49/5
thumb [1] 55/6
ticket [6] 16/9 16/11 16/11 19/21
ties [4] 56/2 56/15 56/18 56/25
time [15] 4/7 7/2 12/16 15/5 20/5 22/12
22/13 24/6 25/17 28/5 29/8 29/14 33/13
37/17 49/25
timeline [9] 14/24 18/15 18/17 19/16
19/18 23/6 24/5 27/9 42/15
times [2] 38/12 54/11
Title [2] 47/2 52/15
today [11] 3/11 3/21 4/8 6/4 10/1 16/24
35/2 50/21 55/16 55/20 57/4
together [4] 16/14 18/16 18/24 19/6
Tokyo [3] 15/5 15/6 15/15
told [13] 2/16 6/3 6/22 7/11 7/13 7/18
8/7 8/12 26/8 41/1 42/15 56/6 56/15
ton [1] 50/4
too [4] 5/24 17/2 19/17 41/5
took [15] 10/25 11/2 11/7 11/25 12/11
13/15 25/7 30/16 40/6 40/7 40/7 40/9
40/10 50/3 57/7
tortured [3] 32/5 32/21 32/22
totality [1] 39/7
totally [5] 29/17 29/25 30/24 35/17
37/15
touched [1] 53/15
town [1] 28/13
training [1] 47/5
transcript [3] 1/6 58/2 58/5
transferred [1] 55/2
transportation [1] 47/10
traumatic [1] 7/9
traumatized [1] 7/1
travel [7] 12/16 14/19 15/13 16/3 27/21
48/5 56/12
traveled [1] 16/15
traveling [9] 14/17 15/19 15/24 19/14
21/8 21/19 22/1 22/2 27/3
travels [2] 15/4 47/24
Trazodone [1] 8/5
treat [1] 7/19
treated [3] 32/12 32/17 41/9
treatment [9] 6/22 6/25 9/20 36/19
36/22 44/14 51/4 51/7 51/16
tremendous [1] 28/9
trial [7] 12/6 12/9 20/17 52/11 54/6
55/10 57/16
tried [1] 38/19
trip [20] 11/6 14/17 14/21 14/25 15/11
16/1 18/20 19/9 19/11 19/15 19/24 20/1
20/1 21/3 21/11 21/15 21/17 39/9 40/23
46/3
trips [21] 10/25 11/2 11/5 12/11 15/7
18/21 19/22 20/4 20/15 21/9 22/13
23/11 28/21 28/21 40/7 40/8 42/5 42/5
42/24 46/1 54/11

**T**

troubling [6]  16/21 17/11 18/10 18/16
18/25 19/6
true [11]  7/4 17/14 29/22 32/7 32/8
32/8 33/11 44/3 44/3 45/2 58/4
truncated [1]  53/12
truthful [1]  42/5
try [1]  36/7
trying [15]  8/8 9/7 11/23 14/2 16/16
19/16 35/19 39/2 40/20 40/21 44/12
46/10 51/9 56/25 57/1
Turkey [9]  14/10 14/19 14/20 16/5
16/15 19/21 21/25 26/9 40/23
turn [5]  6/15 13/21 16/25 17/2 21/4
turns [1]  25/8
two [16]  7/2 13/13 13/18 14/8 15/24
16/14 17/10 18/24 19/6 22/14 24/10
25/6 25/17 45/11 46/17 52/18
two-year [2]  24/10 25/17
type [4]  15/9 19/3 36/10 45/14

**U**

U.S [8]  1/12 19/20 19/25 20/22 23/23
45/13 49/11 58/9
U.S.C [1]  52/8
ugly [2]  34/4 34/10
ultimate [1]  45/23
uncommented [1]  34/5
uncommon [1]  7/15
under [25]  4/24 4/25 5/7 5/18 5/19 13/3
23/15 25/7 29/6 36/8 48/19 50/11 50/18
51/5 51/12 51/13 51/18 52/15 52/24
53/4 53/9 53/13 55/5 55/24 56/14
underneath [1]  27/12
understand [9]  8/25 10/3 10/3 28/8
29/13 31/12 33/17 45/19 46/21
understanding [4]  25/2 35/22 36/3
54/25
understands [1]  37/2
understood [2]  15/24 17/24
unformulary [1]  45/14
unfortunately [1]  16/12
uniforms [1]  47/17
unit [1]  9/19
UNITED [9]  1/1 1/3 1/7 2/7 30/14 47/20
48/6 52/15 55/2
unknown [1]  46/6
unless [2]  20/24 20/25
unquestionably [2]  23/16 23/16
unrelated [1]  24/12
unreliable [1]  25/9
unsealed [1]  5/8
until [4]  14/17 40/8 49/23 50/2
untrue [1]  17/14
untruthful [1]  42/4
unusual [2]  38/20 43/11
up [19]  3/2 5/9 16/9 18/18 20/2 20/2
23/6 23/7 24/5 29/2 29/2 29/5 30/16
37/17 43/3 43/22 51/21 51/23 57/3
upon [6]  14/14 34/5 40/14 53/7 53/16
54/8
uprooted [1]  40/5
upside [1]  50/10
us [5]  3/11 4/5 4/12 33/20 40/15
use [6]  7/19 24/3 31/12 34/24 34/25
42/13
used [3]  16/12 33/21 54/23
using [3]  46/1 46/1 46/1
usually [1]  50/6

**V**

vacation [1]  42/17
valid [1]  55/10
valuable [1]  25/15
various [1]  55/10
version [2]  29/25 38/11
versus [1]  2/7
very [23]  2/23 12/18 16/6 17/10 18/16
19/6 19/12 20/17 20/18 28/23 36/17
37/4 37/7 37/13 40/14 40/14 44/13
44/22 45/24 54/16 54/16 54/19 55/5
vet [1]  36/4
vetted [1]  35/25
victim [1]  23/17 23/21
video [13]  17/16 17/18 17/25 18/1 18/5
18/7 18/8 34/6 34/6 34/9 34/10 41/11
57/6
videos [9]  17/10 17/10 17/15 17/22
18/9 18/11 18/13 41/10 54/15
view [1]  6/10
viewed [1]  24/2
viewing [1]  3/18
violence [3]  24/2 48/5 53/17
violent [1]  48/3
vis [2]  30/7 30/7
vis-a-vis [1]  30/7
visit [2]  2/14 2/17
visited [1]  11/16
visual [1]  4/11
voice [1]  31/16
volatility [1]  57/10
voluntary [1]  10/18

**W**

wage [1]  48/5
want [15]  8/12 12/3 12/6 12/7 13/1 13/2
16/5 16/9 16/20 16/24 26/6 28/12 32/14
38/2 50/21
wanted [4]  4/21 23/2
wants [6]  35/16 39/15 39/15 39/21
39/21 40/11
war [2]  31/22 46/4
warrant [1]  25/25
warrants [1]  4/16
was [164]
Washington [2]  24/1 25/22
wasn't [6]  16/2 16/3 16/8 23/25 40/2
49/22
wasting [1]  32/9
watched [1]  17/22 57/6
way [19]  3/9 3/12 6/3 10/9 14/10 16/5
16/9 19/21 19/25 20/17 21/17 36/25
40/6 43/2 49/13 50/6 53/13 54/17 57/13
ways [1]  29/16
we [107]
we'll [10]  6/8 10/23 14/1 14/20 14/22
14/23 15/2 37/20 51/22 51/23
we're [22]  2/6 4/4 4/18 6/4 7/18 8/17
8/24 10/1 11/23 13/21 14/6 14/14 16/16
17/13 19/6 32/9 36/19 40/5 43/16 44/1
44/12 54/5
we've [9]  6/6 8/8 9/15 9/21 13/20 17/9
38/19 43/7 43/20
weak [1]  50/13
weakest [1]  49/10
weakness [1]  5/25
weapon [1]  30/16
weapons [1]  47/7
week [3]  2/18 14/24 36/8
weigh [1]  23/2

**V** (continued — third column)

weighs [2]  24/8 57/11
weight [7]  13/4 13/6 43/8 53/23 54/3
54/11 54/12
weighty [1]  13/7
well [29]  3/24 4/6 5/9 6/9 8/25 9/1 9/4
20/10 20/17 21/2 21/5 22/12 28/1 32/11
33/6 34/6 36/5 38/20 43/20 44/13 45/1
45/5 48/1 52/18 54/21 55/9 55/14 55/23
56/4
went [5]  23/14 30/15 40/2 40/23 50/3
were [38]  2/1 4/1 4/22 8/4 10/21 11/15
12/14 13/17 14/9 14/9 15/24 17/15 25/4
26/9 27/6 27/8 28/10 28/12 29/7 29/14
29/18 30/1 31/17 34/1 36/9 38/4 38/5
41/2 41/2 42/17 42/22 42/23 42/25 45/6
50/11 52/2 54/23 55/1
weren't [1]  33/18
west [1]  34/25
what [92]
what's [6]  2/19 19/15 23/19 33/23 41/16
45/14
whatever [7]  5/18 37/14 37/15 37/18
37/22 50/1 56/24
whatsoever [2]  7/8 41/25
when [30]  7/25 11/13 11/16 12/1 13/21
14/9 18/14 18/17 18/21 19/3 19/4 19/8
19/9 19/13 20/14 20/14 20/15 20/15
21/8 22/6 23/12 23/14 25/6 26/6 30/10
30/14 38/9 42/6 52/10 56/25
where [21]  2/16 4/5 11/6 12/9 16/7
18/15 19/11 21/11 28/14 31/7 31/16
35/8 35/12 36/18 39/10 42/3 42/5 47/14
47/22 51/5 57/14
whereby [2]  57/6 57/7
wherewithal [2]  37/16 42/9
whether [18]  8/21 9/2 9/17 9/19 21/20
21/21 30/2 30/13 34/2 35/16 36/11
37/21 44/5 48/17 53/4 53/17 55/16
55/17
which [35]  2/24 3/25 3/25 4/11 4/15 7/4
7/7 8/4 8/13 9/16 13/24 14/20 25/4
25/14 27/4 28/9 29/25 29/25 30/22
30/24 32/3 33/20 36/17 40/22 42/4 46/6
46/21 47/21 49/13 49/15 52/8 53/16
57/6 57/9 57/10
while [8]  15/24 20/16 22/22 29/6 34/16
40/20 50/8 55/14
who [28]  8/15 9/12 10/13 21/24 23/12
23/15 24/10 25/6 30/23 32/4 32/24
34/12 34/17 34/19 39/11 39/25 40/1
40/1 40/5 41/14 43/12 45/13 47/9 49/19
50/4 50/14 56/8 57/10
whole [6]  28/25 28/25 34/7 34/22 39/7
40/21
wholly [1]  39/1
whom [1]  20/7
whomever [1]  8/7
why [20]  3/20 9/8 9/9 10/3 13/24 20/21
23/10 23/14 26/14 32/16 34/24 37/8
37/9 38/20 39/24 39/24 40/8 41/18
41/18 43/10
widgets [1]  24/23
wife [2]  30/14 30/23
will [26]  3/22 5/2 5/17 5/19 8/7 10/10
10/24 26/24 27/14 30/2 30/12 36/1
36/13 37/13 41/21 48/21 49/10 50/4
50/23 50/23 51/6 52/11 53/12 55/15
57/13 57/16
willing [6]  6/23 9/6 19/5 31/9 42/16 46/2
wing [1]  25/7

## W

wish [1]  23/3
wishes [1]  4/16
within [2]  13/18 48/1
without [6]  11/3 40/8 42/24 51/7 51/8
 51/9
witness [1]  39/11
witnesses [1]  50/5
woman [7]  23/21 24/10 31/4 32/24
 34/12 39/25 40/1
won't [4]  5/1 21/20 50/16 51/17
word [3]  48/21 50/16 50/16
words [1]  24/23
worked [1]  24/20
worth [3]  36/15 56/13 57/12
would [54]  2/16 3/5 3/7 3/8 3/10 4/14
 4/23 5/7 7/19 8/9 8/10 9/16 9/18 9/18
 9/22 9/24 10/15 11/8 11/13 12/5 13/14
 13/15 14/4 14/13 18/23 21/11 21/21
 21/22 21/23 24/25 27/4 27/5 27/10
 32/15 33/15 33/16 33/18 33/25 34/23
 35/7 36/10 36/15 37/10 37/12 37/20
 38/8 38/20 39/13 40/3 45/22 47/23 48/8
 48/18 53/2
would-be [1]  47/23
wouldn't [1]  28/13
writing [3]  4/9 53/13 57/14
wrong [2]  17/20 18/8
wrote [1]  40/20

## X

Xenakis [3]  7/8 8/15 51/8

## Y

Yazidi [3]  33/4 33/8 33/10
Yazidis [3]  33/15 33/16 33/16
Yazidis' [1]  33/12
Yeah [3]  5/1 17/1 17/7
year [2]  24/10 25/17
years [2]  7/4 25/6
Yemen [2]  24/24 25/4
yes [10]  9/4 22/23 25/11 25/13 25/13
 25/18 26/21 32/1 35/21 49/25
yesterday [2]  2/25 4/20
yet [4]  4/4 19/14 22/21 32/24
you [144]
you'll [4]  28/14 28/15 31/15 33/13
you're [12]  16/6 19/3 19/20 19/20 19/22
 21/8 21/19 23/12 24/1 25/16 50/22 57/1
you've [7]  6/3 9/13 17/8 19/8 19/9 35/2
 41/10
your [78]
Your Honor [61]
yourself [2]  17/4 27/14
YPG [1]  31/23

## Z

Z-Y-P-R-E-X-A [1]  8/2
ZANZI [17]  1/11 2/8 3/13 3/21 6/2 10/9
 10/10 11/21 14/3 38/1 38/5 38/15 38/16
 39/20 48/12 48/13 49/11
Zanzi's [1]  20/19
zone [1]  46/4
Zyprexa [4]  8/2 8/6 8/13 44/19