UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2-18-cr-33 PPS/JEM |
| v. ) | |
| ) | |
| SAMANTHA ELHASSANI ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CIPA SECTION 4 MOTION**

The United States of America, by its undersigned counsel, respectfully requests a nine-day extension of time until May 24, 2019 to file its motion pursuant to Section 4 of the Classified Information Protection Act, and states the following in support thereof:

1. On March 14, 2019, the Court ordered the government to file its CIPA Section 4 motion by May 15, 2019.

2. The prosecution team has worked diligently to meet this deadline and the motion will be completed by May 15.

3. Despite its due diligence, the government was informed on May 13, 2019, that certain agency-level approvals that are necessary and required to submit the motion to the Court will not be completed by May 15.

4. The government requires a brief extension of time to address these unforeseen circumstances and respectfully request leave to file the motion by Friday, May 24, 2019. It is the government's intention to file the

motion as soon as the necessary approvals have been obtained, and will do so before May 24 if that occurs.

5. Defense counsel has been apprised of the issue and has informed government counsel that they do not oppose the requested extension.

WHEREFORE, the government respectfully requests an extension of time until May 24, 2019, to file its motion pursuant to Section 4 of the Classified Information Protection Act.

    Respectfully submitted,

    THOMAS L. KIRSCH II
    UNITED STATES ATTORNEY

BY:  /s/ *Abizer Zanzi*
    Abizer Zanzi
    Jennifer Chang
    Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

    /s/ *Abizer Zanzi*
    Abizer Zanzi
    Assistant United States Attorney