IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:18CR33-PPS/JEM |
| | ) | |
| SAMANTHA ELHASSANI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO DEPOSE
FOREIGN WITNESSES PURSUANT TO RULE 15 OF THE
<u>FEDERAL RULES OF CRIMINAL PROCEDURE</u>**

Defendant SAMANTHA ELHASSANI, has moved, pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure, for an order permitting the parties to take foreign depositions of three material defense witnesses located in Iraq and Kurdistan and to preserve their testimony for trial. (Dkt. #79) The Government has represented that it does not object to the Court granting Defendant leave to take the depositions, provided that defense counsel can "navigate the foreign legal processes for doing so, and if the Court finds that there is sufficient grounds under Rule 15." (Dkt. #82, p. 1)

Based on the pleadings and the oral arguments of the parties, I find the Rule 15 request to be supported by exceptional circumstances and to be in the interest of justice. Further, at a hearing before me, defendant Elhassani waived her right to be present for such depositions, which in any event is impracticable if not impossible because secure transportation and continuing custody cannot be assured at the witnesses' location. In addition, the witnesses' testimony could provide substantial proof of material facts in this

felony prosecution, and there is a substantial likelihood that the witnesses' attendance at trial or their presence in the United States for a deposition cannot be obtained. Finally, counsel are directed to employ their best efforts to arrange reasonable means for Elhassani's meaningful participation in any depositions they are able to conduct.

ACCORDINGLY, pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure, the Court grants Defendant's motion to depose foreign witnesses (Dkt. #79).

ENTERED this 18th day of September, 2019.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE