UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:18-cr-33 PPS/JEM |
| ) | |
| v.   ) | District Judge Philip P. Simon |
| ) | |
| SAMANTHA ELHASSANI   ) | **Filed *Ex Parte*, *In Camera*, and** |
| ) | <u>**Under Seal**</u> **through the** |
| ) | **Classified Information Security** |
| ) | **Officer** |

**GOVERNMENT'S SUPPLEMENT TO ITS *EX PARTE, IN CAMERA*
MOTION FOR A PROTECTIVE ORDER PURSUANT TO
<u>CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)</u>**