# Lorenzo Vidino, Ph.D./J.D.

## PROFESSIONAL EXPERIENCE

**Program on Extremism**                                   April 2015-
*George Washington University*
(Washington, DC)
*Founder/Director*

**Radicalization and International Terrorism Program**     June 2017-April 2019
*Institute for International Political Studies*
(Milan, Italy)
*Director*

**Center for Security Studies**                            June 2011-September 2014
**Swiss Federal Polytechnic/ETH** (Zurich, Switzerland)
*Senior Fellow*

**RAND Corporation** (Arlington, VA)                       October 2010-June 2011
*Visiting Fellow*

**Harvard University**                                     August 2009-June 2010
**Belfer Center, Kennedy School of Government** (Cambridge, MA)
*Fellow in International Security/Religion in International Affairs*

**United States Institute of Peace** (Washington, DC)     August 2009-June 2010
*Peace Scholar*

**Fletcher School of Law and Diplomacy** (Medford, MA)    August 2007- June 2009
*Fellow in International Security Studies*

**Jebsen Center for Counterterrorism Studies**            May 2006-May 2007
**Fletcher School of Law and Diplomacy** (Medford, MA)
*Research Programs Manager*

**The Investigative Project on Terrorism** (Washington, DC)   June 2002-August 2006
*Terrorism Analyst/Deputy Director/Consultant*

## TEACHING EXPERIENCE

**Universität Zürich** (Zurich, Switzerland)              Fall Semester 2011
*"Issues in Contemporary Terrorism and Radicalization"*

**University of Maryland/START** (College Park, MD)   Winter Semester 2011
*"Political Islam in the West"*

**National Defense University** (Washington, DC)   Spring Semester 2011
*"Political Islam"*

**Tufts University** (Medford, MA)   Spring Semester 2009
*"Al Qaeda and modern terrorism"*

## GOVERNMENTAL APPOINTMENTS

**Office of the Italian Prime Minister**   August 2016-December 2017
Coordinator of the National Commission on Jihadist Radicalization

## EDUCATION

**Fletcher School of Law and Diplomacy** (Medford, MA)   March 2010
Ph.D., International Relations.

**Fletcher School of Law and Diplomacy** (Medford, MA)   April 2007
Masters of Arts in Law and Diplomacy, International Security Studies
and Islamic Civilization.

**Università degli Studi di Milano Law School** (Milan, Italy)   June 2002
Dottore in Giurisprudenza (Juris Doctor). Focus on international law.

## ACTIVITIES

- Regularly briefs/consults for agencies and ministries in the United States (Office of the Vice-President, FBI, CIA, NCTC, NSA, Department of Defense, Department of Justice, Department of Homeland Security….) and several European countries on issues of terrorism and political Islam.
- Regularly interviewed as a terrorism expert on several American and international media outlets, including *The New York Times*, *The Wall Street Journal*, *Times of London*, *El Pais, Der Spiegel, Corriere della Sera…*
- Regularly appears on American (NBC, PBS, CBS, CNN, FOX News, CNBC, MSNBC…), Middle Eastern (Al Jazeera, Al Jazeera International, Al Hayat LBC…), and European (BBC, France 24, SRF, DR, RAI, Sky…) TV programs. Regularly interviewed by international and local radio stations, including NPR, Voice of America, BBC Radio…
- Consults on a regular basis with private businesses, law firms, and think tanks on issues of terrorism and political Islam.

## NON RESIDENT AFFILIATIONS

- Radicalisation Awareness Network, European Commission, member of the academic board
- International Centre for the Study of Radicalisation, King's College London
- Foreign Policy Research Institute, Philadelphia
- European Foundation for Democracy, Brussels
- Al Mesbar Research and Studies Centre, Dubai

## LANGUAGE PROFICIENCY

- Italian and English (native/near native)
- Spanish (conversational)
- German and French (basic knowledge)

## PUBLICATIONS

### Books

- *Home-Grown Jihadism in Italy: Birth, Development and Radicalization Dynamics*, ISPI (Istituto per gli studi di politica internazionale) and European Foundation for Democracy, April 2014.
  - Published also in Italian under the title *Il jihadismo autoctono in Italia: nascita, sviluppo e dinamiche di radicalizzazione*.
- *The New Muslim Brotherhood in the West*, Columbia University Press, August 2010 (336 pages).
  - Translated and published in Arabic by Al Mesbar Studies and Research Center, Dubai (2011).
- *Al Qaeda in Europe: The New Battleground of International Jihad*, Prometheus, 2005 (403 pages).
  - Translated and published in Danish by Gyldendal (2006).

### Edited books

- *L'Italia e il terrorismo in casa: che fare?*, ISPI (Istituto per gli studi di politica internazionale) and European Foundation for Democracy, March 2015.
- حواضن داعش نشوء الجهادية السلفية في أوروبا (*ISIS Incubators: The Emergence of Salafi Jihadism in Europe*), Al Mesbar Studies and Research Center (Dubai, November 2014). Editor. In Arabic.
- *Western Governments and Political Islam after 2011,* Al Mesbar Studies and Research Center (Dubai, December 2012). Editor. In Arabic.
  - Translated and published in English as an EBook by the Foreign Policy Research Institute, February 2013 (titled *The West And The Muslim Brotherhood After The Arab Spring*).

**Book chapters**

- "The Jihadist Threat in Europe," with Francesco Marone, in "Combating Violent Extremism and Terrorism in Asia and Europe - From Cooperation to Collaboration," Konrad Adenauer Stiftung, October 2018.
- "Radicalisation and counter-terrorism in the era of the Islamic State's metamorphosis," in Looking Ahead: Charting New Paths for the Mediterranean, ISPI MED, November 2017.
- What accounts for the lack of a CVE strategy in the USA?, in Resilient Cities. Countering Violent Extremism at Local Level, ed. Diego Muro, CIDOB Barcelona, September 2017.
- تعبئة المقاتلين الأجانب في أوروبا (The Mobilization of foreign Fighters in Europe), in Returning Fighters from Conflict Zones: Challenges and Capacities (Al Mesbar). In Arabic. With Francesco Marone. August 2017.
- "L'introduzione di misure di de-radicalizzazione in Italia," in Andrea Plebani and Martino Diez, eds., *La galassia fondamentalista: Tra jihad armato e partecipazione politica* (Marsilio, 2015).
- "Explaining the Lack of an American Domestic Counter-radicalization Strategy," in *Understanding Deradicalization: Pathways to Enhance Transatlantic Common Perceptions and Practices* (Middle East Institute, 2015).
- "Califfato, social e sciami in Europa," in Monica Maggioni and Paolo Magri, *Twitter e jihad: la comunicazione dell'Isis*, (ISPI, 2015). With Marco Arnaboldi.
- "The Evolution of the Post-9/11 Threat in the United States," in Bruce Hoffman and Fernando Reinares, eds., *The Evolution of the Global Terrorist Threat: From 9/11 to Osama bin Laden's Death* (Columbia University Press, 2014).
- "European jihadists in Syria: profiles, travel patterns and governmental responses," in Andrea Plebani, ed., *New (and Old) Patterns of Jihadism: al Qai'da, the Islamic State and Beyond* (ISPI, 2014)
- "I Fratelli Musulmani," in Anna Maria Cossiga and Luigi Sergio Germani, eds., *I fondamentalismi religiosi nel mondo contemporaneo* (Eurolink, 2014).
- "La Minaccia Terroristica in Europa," in *Atlante Geopolitico Treccani*, 2014.
- "The European organization of the Muslim Brotherhood: Myth or Reality?" in Edwin Bakker and Roel Meijer, eds., *The Muslim Brotherhood in Europe* (Hurst/Columbia University Press, 2012).
- "Counter-radicalisation in the United States," in Rik Coolsaet, ed., *Jihadi Terrorism and the Radicalisation Challenge. European and American Experiences* (Ashgate, 2011).
- "The Role of Non-Violent Islamists in Radicalization and Counter-Radicalization: The European Debate," in Laurie Fenstermacher and Todd Leventhal, eds., *Countering Violent Extremism: Scientific Methods and Strategies* (U.S. Department of Defense, September 2011)
- Two entries ("John Walker Lindh" and "Jose Padilla") in Gus Martin, ed., *The Encyclopedia of Terrorism*, 2nd Edition (Sage, 2011).

- "Homegrown jihadist terrorism in the United States: A new and occasional phenomenon?" in John Horgan and Kurt Braddock, eds., *Terrorism Studies: A Reader* (Routledge, 2011).
- "Islamist Terrorism: Assessing Threats to Democracy," in Christopher K. Penny, ed., *The Administration of Justice and National Security in Democracies* (Irwin Law and the Federal Court of Canada, Ottawa, 2011)
- "Counter-radicalization and Europe's New Security Dilemma," in Eric Patterson and John Gallagher, eds., *Debating the War of Ideas* (Palgrave McMillan, 2010).
- "The Muslim Brotherhood in Europe," in Barry Rubin, ed., *Muslim Brotherhoods: The Organization and Policies of a Global Islamist Movement* (Palgrave McMillan, 2010).
- "The rising tide of Islamic radicalism," in Marvin Perry and Howard E. Negrin, eds., *The theory and practice of Islamic terrorism: an anthology* (Palgrave McMillan, 2008).
- "Origins and characteristics of homegrown jihadist networks in Europe" in Franz Eder and Martin Senn, eds., *Europe and Transnational Terrorism: Assessing Threats and Countermeasures* (Baden-Baden: Nomos, 2008).
- "Den Nye Terrorisme" ("New Terrorism") in Jakob Aahauge and Pelle Schierup, eds., *Terrorensanatomi* (Rosenkilde, 2007, in Danish).

**Journal articles**

- "Sharia4: From Confrontational Activism to Militancy," *Perspectives on Terrorism*, Volume 9, Number 2, 2015.
- "European Foreign Fighters in Syria: Dynamics and Responses," *European View*, December 2014.
- "The Italian Radical Left's Ambivalent Fascination with Terrorism," *Dynamics Asymmetric Conflict: Pathways Towards Terrorism and Genocide*, DOI:10.1080/17467586.2012.745195, 2012.
- "Europe's Experience in Countering Radicalisation: Approaches and Challenges," *Journal of Policing, Intelligence and Counter Terrorism*, 7:2 (2012), 163-179 (with James Brandon)
- "Jihadism in Europe," *German Journal for Politics, Economics and Culture of the Middle East* (*Zeitschrift ORIENT*), IV, 2011.
- "The Buccinasco *pentiti*: a unique case study of radicalization," *Terrorism and Political Violence*, 23: 3, 398 — 418, 2011.
- "Bringing Global Jihad to the Horn of Africa: al Shabaab, Western Fighters and the Sacralization of the Somali Conflict," *African Security*, 3:216–238, 2010 (with Evan Kohlmann and Raffaello Pantucci).
- "London's frantic quest for the Muslim holy grail: the post-9/11 evolution of the relationship between Whitehall and the British Muslim community," *Religion Compass*, Volume 5, Issue 4, April 2011.
- "Europe's New Security Dilemma," *Washington Quarterly* 32, no. 4 (October 2009): 61-75.

- "Islamism and the West: Europe as a Battlefield," *Islamism, Totalitarian Movements and Political Religions* (Routledge/ Taylor & Francis), 10:1 (2009).
- "Homegrown Jihadist Terrorism in the United States: A New and Occasional Phenomenon?" *Studies in Conflict & Terrorism*, Volume 32, Issue 1, (January 2009).
- "Islam, political Islam and Jihadism in Italy," *Current Trends in Islamist Ideology*, August 2008.
- "The Hofstad Group: The New Face of Terrorist Networks in Europe," *Studies in Conflict and Terrorism*, Volume 30, Issue 7, (July 2007).
- "After the Danish Cartoon Controversy," *Middle East Quarterly*, Winter 2007 (with Pernille Ammitzbøll).
- "The Arrival of Islamic Fundamentalism in Sudan," *Al Nakhla*, Fall 2006.
- "Aims and Methods of Europe's Muslim Brotherhood," *Current Trends in Islamist Ideology*, November 2006.
- "Arab Foreign Fighters and the Sacralization of the Chechen Conflict," *Al Nakhla*, Spring 2006.
- "Jihad from Europe," *Journal of International Security Affairs*, Fall 2005.
- "How Chechnya Became a Breeding Ground for Terror," *Middle East Quarterly*, Summer 2005.
- "The Muslim Brotherhood's Conquest of Europe," *Middle East Quarterly*, Winter 2005.

## Op-eds

- Foreign Policy, *Erdogan's long arm in Europe*, May 7, 2019.
- Lawfare (Brookings Institution), *2018: The Year in Jihadism*, December 31, 2018.
- *BBC*, *Strasbourg shooting: Why known extremists can carry out terror attacks*, December 15, 2018.
- Lawfare (Brookings Institution), *America's Terrorism Problem Doesn't End with Prison—It Might Just Begin There*, June 17, 2018.
- *BBC*, *How real is the threat of returning IS fighters?* October 23, 2017.
- *BBC*, *Updated: Who was behind the jihadist attacks on Europe and North America?* August 30, 2017.
- *Foreign Affairs,* The Roots of the Barcelona Attack, August 25, 2017.
- *BBC*, Who was behind the jihadist attacks on Europe and North America? June 14, 2017.
- Lawfare (Brookings Institution), *Why the United States Should Be as Circumspect as the British about the Muslim Brotherhood*, February 12, 2017.
- Washington Post (Monkey Cage), *The Paris attacks are just what counterterrorism analysts have feared since Mumbai. Here are three takeaways*, November 16, 2015.
- Corriere della Sera (Italy), *Dieci Idee per Sconfiggere ISIS*, June 12, 2015. In Italian.
- Washington Post (Monkey Cage), *How to stop ISIS from recruiting American teens*, June 17, 2015. With Seamus Hughes.

- Sunday Telegraph (UK), *For too long, London has been a hub for the Muslim Brotherhood*, October 19, 2014.
- Al Arab (UK) أضواء على التحقيق الحكومي البريطاني بتنظيم الإخوان المسلمين (Spotlight on the British government's inquiry on the Muslim Brotherhood), September 29, 2014.
- Panorama (Italy), *Aiutiamoli a cambiare* (Let's help them change), September 10, 2014.
- Al Majalla (Saudi Arabia), *Europe fears jihadists' return from Syria*, July 2014.
- Al Majalla (Saudi Arabia), وجه جديد للأرهاب (The New Face of Terrorism), March 2014.
- Neue Zürcher Zeitung (Switzerland), *Hauptmotor ist das Internet*, November 21, 2013.
- Le Temps de Genève (Switzerland), *Quand le djihadisme devient une menace domestique*, April 25, 2013.
- Huffington Post, *Understanding the Tsarnaev Brothers*, April 20, 2013.
- Le Temps de Genève (Switzerland), *Faut-il craindre des attentats de «loups solitaires»?*, March 29, 2012.
- Neue Zürcher Zeitung (Switzerland), *Stimmzettel statt Sturmgewehr*, November 18, 2011.
- Washington Post, *Five Myths about the Muslim Brotherhood*, March 6, 2011.
- Foreign Policy, *Toward a Radical Solution*, January 5, 2010.
- Boston Globe, *Keeping a Lid on Homegrown Terror*, October 5, 2009.
- Opinio (The Netherlands), *Islamitische Bondgenoten*, May 18, 2007.
- Boston Globe, *Finding Partners in Islam*, May 9, 2007.
- Opinio (The Netherlands), *De Vermomde Moslimbroeders*, April 5, 2007.
- International Herald Tribune, *How Would al Qaeda Fix Potholes?* September 28, 2006.
- Boston Globe, *Democracy in the Muslim World*. September 24, 2006.
- Washington Times, *Europe's Muslim Hoods*. April 21, 2006.
- Washington Times, *Dutch Get Tougher on Terrorism*. March 15, 2006.
- Boston Herald, *Tolerance Must Have Limits*. February 20, 2006.
- New York Sun, *Credible Threat*. August 5, 2004.
- In the National Interest, *A Greek Tragedy?* July 28, 2004.
- In the National Interest, *Terror in Northeast Asia*. January 20, 2004 (with Josh Lefkowitz).
- Wall Street Journal Europe, *Al Qaeda's New Recruits*. August 23, 2003 (with Josh Lefkowitz).
- Wall Street Journal Europe, *Dutch Lessons*. August 11, 2003 (with Erick Stakelbeck).

## Op-eds for La Stampa (in Italian)

- *Come cambia la minaccia jihadista*, September 11, 2019.
- *Dal Mali alla Somalia, è in Africa il nuovo fronte della jihad globale*, May 1, 2019.

- *Qatar, fiume di soldi dai Fratelli Musulmani alle moschee d'Italia,* April 3, 2019.
- *Linate, la diffusione del seme dell'odio può spingere le menti labili a colpire*, March 21, 2019.
- *Ai foreign fighter partiti dall'Italia bisogna vietare il rientro nel Paese*, March 11, 2019.
- *I jihadisti d'Europa dopo il ko del Califfato,* December 13, 2018.
- *Non solo ISIS: il ritorno dei qaidisti, cresciuti all'ombra del Califfato*, May 11, 2018.
- *Prove di jihad all'italiana. Rischiamo di perdere la nostra invulnerabilità*, March 30, 2018.
- *Nel covo dei bambini terroristi*, March 28, 2018.
- *Dalla provincia alla Siria, quando la jihad è di famiglia*, January 28, 2018.
- *Laura e gli altri, oriundi della jihad che sfuggono alla nostra intelligence,* November 17, 2017.
- *La fortezza violata dai jihadisti,* November 2, 2017.
- *Sulle strade della Catalogna la caccia ai terroristi salafiti*, August 19, 2017.
- *Terrorismo, l'Italia approva a legge per combattere la radicalizzazione*, July 19, 2017.
- Interview of UAE Minister for International Cooperation Reem al Hashemy, July 15, 2017.
- *I reduci del Califfato, minaccia per l'Europa, July 9, 2017.*
- *Cosa spinge i nostri ragazzi verso la Jihad*, June 26, 2017.
- *Quei jihadisti improvvisati senza legami con il Califfo che colpiscono l'Occidente, June 14, 2017.*
- *Il terrorista allevato a casa nostra*, June 7, 2017.
- *Ma il terrorismo è solo la punta di un iceberg*, June 5, 2017.
- *Tra Fratelli Musulmani e web, l'educazione criminale di Salman per diventare il jihadista perfetto*, May 25, 2017.
- *Hosni e i jihadisti italiani. Cosi rabbia e disagio diventano un'arma per il Califfato*, May 21, 2017.
- *In Francia sedicimila potenziali terroristi, impossibile fermarli tutti*, April 22, 2017.
- *Il radicalismo islamico cresciuto nelle periferie tra welfare e moschee*, April 8, 2017.
- *L'attacco del terrore a Putin*, April 4, 2017.
- *La minaccia sopravvive al Califfato*, March 23, 2017.
- *La rete di Erdogan nell'UE*, March 15, 2017.
- *E ora la Casa Bianca vuole mettere fuori legge i Fratelli musulmani*, February 13, 2017.
- *Se le vittime diventano i musulmani,* January 31, 2017.
- *Dialogo fra religioni e denunce private, così si contrasta la seduzione terrorista*, January 6, 2016.
- *Salafismo, dottrina estremista e violenta che seduce i musulmani nati in Europa*, July 26, 2016.
- *Il Tallone d'Achille dei Tedeschi*, December 21, 2016.

- *La guerra al Califfo è ancora senza strategia*, November 7, 2016.
- *Lo Stato Islamico si trasforma per superare le sconfitte militari*, October 19, 2016.
- *Una guerra fratricida esportata in occidente*, September 11, 2016.
- *La risposta culturale alla minaccia jihadista*, September 2, 2016.
- *Europa, serve una nuova strategia per rieducare gli jihadisti*, July 28, 2016.
- *Il nuovo obbiettivo jihadista*, July 26, 2016.
- *I nuovi jihadisti americani*, June 14, 2016.
- *Non siamo immuni dal rischio di attacchi*, April 29, 2016.
- *È il bisogno di "appartenere" a spingere i giovani verso la jihad*, April 12, 2016.
- *Le cellule jihadiste europee addestrate come commando capaci di colpire ovunque*, March 23, 2016.
- *Da Tripoli più pericoli per l'Italia*, March 7, 2016.
- *Al Capolinea. Un Patto Scellerato*, January 25, 2016.
- *Garanzie democratiche e numeri in crescita. I flop dell'intelligence sono inevitabili*, January 8, 2016.
- *Propaganda e reclutamenti, Albania crocevia dei jihadisti*, January 2, 2016.


### Congressional/parliamentary testimonies

- U.S. Senate Foreign Relations Committee, *Beyond Iraq and Syria: ISIS' Global Reach*, June 8, 2017.
- Italian Parliament, COPASIR (Security Committee), hearing on the work of the Commission on Jihadist Radicalization, Rome, December 21, 2016.
- Danish Parliament, Legal Affairs Committee, *Radicalization in Prisons*, Copenhagen, October 5, 2016.
- U.S. Senate Committee on Homeland Security and Governmental Affairs, *Inside the Mind of ISIS: Understanding Its Goals and Ideology to Better Protect the Homeland*, Washington, January 20, 2016.
- Canadian Parliament, Senate's National Security and Defense Committee, *Security Threats Facing Canada*, Ottawa, May 11, 2015.
- Italian Parliament, Justice Commission, Hearings on the conversion of urgent decree on counterterrorism measures (DL 7/2015) into law, Rome, March 9, 2015.
- U.S. House Permanent Select Committee on Intelligence, Subcommittee on Terrorism, HUMINT, Analysis and Counterintelligence: *The Muslim Brotherhood in the West: Characteristics, Aims and Policy Considerations*. Washington, April 13, 2011.
- U.S. House International Relations Committee, Subcommittee on Europe and Emerging Threats: *Islamic Extremism in Europe*. Washington, April 27, 2005.
- U.S. House International Relations Committee, Subcommittee on International Terrorism and Nonproliferation: *Algeria's Struggle against Terrorism*. Washington, March 3, 2005.

### Published reports

- *A review of transatlantic best practices for countering radicalization in prisons and terrorist recidivism,* published by Europol, July 2019. With Bennett Clifford.
- *De-radicalization in the Mediterranean,* Editor, ISPI. July 2018.
- *De-Radicalizzazione,* special issue of Gnosis, journal of the Italian intelligence community. Editor. June 2018.
- *Destinazione jihad: I foreign fighters d'Italia,* ISPI. June 2018.
- *The Muslim Brotherhood in Austria*, joint report by GWU's Program on Extremism and the University of Vienna. September 14, 2017.
- *Fear Thy Neighbor: Radicalization and Jihadist Attacks in the West,* joint report by GWU's Program on Extremism, ISPI and ICCT The Hague. With Francesco Marone and Eva Entenmann. June 14, 2017. Report published in Italian with the title "Il jihadista della porta accanto."
- *ISIS in America: From Retweets to Raqqa*, Program on Extremism, George Washington University, December 2015. With Seamus Hughes.
- *Countering Violent Extremism in America*, Program on Extremism launch paper, Program on Extremism, Center for Cyber and Homeland Security, George Washington University, June 2015. With Seamus Hughes.
- *Terrorist Chatter Understanding what terrorists talk about,* The Norman Paterson School of International Affairs, Carleton University (Canada), Working Paper No. 03, May 2015. With Joshua Kilberg, Josh Lefkowitz and Evan Kohlmann.
- *Jihadist Radicalization in Switzerland*, Center for Security Studies, ETH Zurich, November 2013.
- *Hisba in Europe? Assessing a Murky Phenomenon*, European Foundation for Democracy, June 2013.
- *The Muslim Brotherhood after the Arab Spring: Tactics, Challenges and Future Scenarios*, Center for European Studies, May 2013.
- *European Strategies against Jihadist Radicalisation,* CSS Analysis, Center for Security Studies, ETH Zurich, Issue 128, February 2013.
- *Countering Radicalization in Europe,* International Centre for the Study of Radicalization, King's College London, December 2012.
- *Lessons Learnt: Post-Mubarak developments within the Egyptian Muslim Brotherhood,* U.K. Arts and Humanities Research Council, Swindon, December 2011.
- *The Muslim Brotherhood in Egypt: Hurdles on the Way to Power*, Strategic Trends Analysis, Center for Security Studies, ETH Zurich, N. 101, October 2011.
- *Radicalization, Linkage and Diversity: Current Trends in Terrorism in Europe*, Occasional Paper, RAND Corporation, July 2011.
- *Political Islam in Europe*, report for the Centre for European Studies, Brussels, June 2011.
- *The Muslim Brotherhood in the West: Evolution and Western policies*, special report for the International Centre for the Study of Radicalisation and Political Violence, King's College London, March 2011.

- *The Global Muslim Brotherhood: Myth or Reality?*, report for the Homeland Security Policy Institute, George Washington University, Issue Brief 10, March 2, 2011.
- *Egyptian Crosscurrents: The Muslim Brotherhood and Democracy on the Nile*, report for the Homeland Security Policy Institute, George Washington University, Issue Brief 9, March 2, 2011.
- *Countering Radicalization in America: Lessons from Europe*, special report for the U.S. Institute of Peace, November 2010.

<u>**Other publications**</u>

- IEMED annual report, 2018, *Attaques terroristes. Les jeunes et le djihadisme en Europe*. In French. With Silvia Carenzi.
- Kvartal (Swedish magazine), *Muslimska brödraskapet: Varken moderata eller representative* (Muslim Brotherhood: Neither moderate nor representative), March 29, 2018. In Swedish.
- ISPI Commentary, Jihadist Madrasat in Italy: A Background, March 27, 2018. With Silvia Carenzi.
- ISPI Analysis, *The Jihadist Threat in Italy: A Primer*, November 3, 2017. With Francesco Marone.
- Limes (leading Italian geopolitical monthly), *Lo Stato Islamico negli Stati Uniti d'America*, December 2015. With Clarissa Spada.
- The Sentinel (West Point Combating Terrorism Center), *San Bernardino and the Islamic State Footprint in America*, December 2015. With Seamus Hughes.
- Mediterranean Yearbook 2015, *Jihadism in Europe*, European Institute of the Mediterranean.
- Limes (leading Italian geopolitical monthly), *Piccoli martiri nostrani crescono*, January 2015.
- Longitude (official monthly of the Italian Ministry of Foreign Affairs), *Lone Wolves Looking for a Cause*, December 2014.
- The Sentinel (West Point Combating Terrorism Center), *Swiss foreign fighters active in Syria*, August 2013. With Daniel Glaus.
- Longitude (official monthly of the Italian Ministry of Foreign Affairs), *The end of the Sykes-Picot line*, August 2014. With Andrea Plebani and Stefano Torelli.
- Formiche, *Geografia del jihadismo italiano*, July 2014.
- Longitude (official monthly of the Italian Ministry of Foreign Affairs), *Going full circle*, April 2014. With Andrea Plebani and Stefano Torelli.
- Panorama (leading Italian weekly), *Lo sceicco "italiano" che infiamma i jihadisti*, April 29, 2014.
- Real Instituto Elcano, *The development of home-grown jihadist radicalisation in Italy*, ARI 9/2014, February 14, 2014
- The Sentinel (West Point Combating Terrorism Center), *The evolution of jihadism in Italy: Rise in homegrown radicals*, November 2013.
- Longitude (official monthly of the Italian Ministry of Foreign Affairs), *O Brotherhood: Where Art Thou?* August 2013. Cover story.

- Aus Politik und Zeitgeschichte (official journal of the German Federal Agency for Civic Education), *Deradikalisierung durch gezielte Interventionen*, 29-31, July 2013.
- Vice Magazine, *A Long Way from Home*, May 2013 issue.
- Longitude (official monthly of the Italian Ministry of Foreign Affairs), *Al-Qaeda Inc.*, March 2013. Cover story.
- The Sentinel (West Point Combating Terrorism Center), *European Experiences in Counterradicalization*, June 2012. With James Brandon.
- ISN Insight (ETH Zurich), *Assessing the Toulouse Killings*, March 29, 2012.
- Real Instituto Elcano, *The Impact of the Arab Awakening on Muslim Radicalization in Europe: A Preliminary Assessment*, ARI 120/2011, July 14, 2011.
- ISN Insight (ETH Zurich), *Facing the New Islamist Challenge*, May 31, 2011.
- The Sentinel (West Point Combating Terrorism Center), *The Role of Non-Violent Islamists in Europe*, December 2010.
- Real Instituto Elcano, *The Homegrown Terrorist Threat to the U.S. Homeland*, ARI 171/2009, December 18, 2009.
- Panorama (leading Italian weekly), *Cosi' Finanziano la Striscia*, Issue 6, January 30, 2009.
- Panorama (leading Italian weekly), *Jihadisti Pentiti a Scuola di Non Violenza*, Issue 48, November 21, 2008.
- The Sentinel (West Point Combating Terrorism Center), *A Preliminary Assessment of Counter-Radicalization in the Netherlands*, August 2008.
- Journal of Counterterrorism and Homeland Security International, *The Multi-layered Threat of Islamism to Europe*, Summer Issue, Volume 14, 2008.
- In Focus Quarterly, *The Tripartite Threat of Radical Islam to Europe*, Winter 2007.
- Jamestown Foundation Terrorism Monitor, *Current Trends in Jihadi Networks in Europe*, October 2007.
- Jamestown Foundation Terrorism Monitor, *Italy's Left-Wing Terrorists Flirt with Radical Islamists*, September 2007 (with Andrea Morigi).
- Jamestown Foundation Terrorism Monitor, *The Danger of Homegrown Terrorism to Scandinavia*, October 2006.
- Jamestown Foundation Terrorism Monitor, *Is Italy Next in Line After London?* September 2005.
- Armed Forces Journal, *The Enemy Within*, January 2005.

## EXPERT TESTIMONIES

Testified in court:
- USA v. Rakhmatov, Eastern District of New York, (2019). Full trial.
- USA v. Jane Doe, Eastern District of New York, (2019). Sentencing hearing.
- USA v. Rahim, Northern District of Texas, (2019). Full trial.
- USA v. Alebbini, Southern District of Ohio, (2018). Full trial.
- USA v. Shafi, Northern District of California, (2018). Full trial.

- USA v. Goldberg, Middle District of Florida, (2018). Sentencing hearing.
- USA v. Hendricks, Northern District of Ohio, (2018). Full trial.
- USA v. Al Farekh, Eastern District of New York, (2017). Full trial.
- USA v. Abdul Kareem, District of Arizona, (2016). Full trial.

Retained (but not testified):

- USA v. Hicks, Northern District of Indiana, (2018). Sentencing hearing. Wrote report.
- Government of Trinidad & Tobago v. Shane Crawford, (2018). Wrote report.
- USA v. Aziz, Middle District of Pennsylvania, (2017). Retained, did not testify as he pleaded guilty.
- USA v. Daniels, Southern District of Ohio, (2017). Retained, wrote expert report, did not testify as he pleaded guilty.
- USA v. Thomas, Eastern District of Pennsylvania, (2016). Retained, wrote expert report, did not testify as she pleaded guilty.
- USA v. Mehanna, District of Massachusetts, (2011). Retained as rebuttal witness, wrote expert report, did not testify.

Civil cases:
- Olivia Rux, et. al. v. The Republic of Sudan, Eastern District of Virginia, (2009). Testified in court.

# PUBLIC PRESENTATIONS

- *Jihadism in the West*, 19th International Conference, ICT Hertzliya, Israel.
- *The Muslim Brotherhood in the West*, 19th International Conference, ICT Hertzliya, Israel.
- MSB (Swedish Contingency Agency), conference on Islamism in Europe, keynote address, Stockholm, June 3, 2019.
- 9/11 Memorial & Museum, *The ISIS Files* (with Rukmini Callimachi), New York City, April 22, 2019.
- Bocconi University, Master of International Relations, *The Challenge of Terrorism to Europe*, Milan, April 15, 2019.
- 13th Asia-Pacific Programme for Senior National Security Officers, Rajaratnam School of International Studies, Nanyang Technological University, *Terrorist radicalization and mobilization in the West,* Singapore, April 11, 2019.
- Lombardy regional council, seminar on Islamism, Milan, April 5, 2019.
- Austrian Ministry of Integration/Foreign Affairs, seminar on political Islam, Vienna, November 29, 2018.
- Instituto de Seguridad y Cultura, Radicalization, Violent extremism and security: how democracy can face the challenges, keynote speech, Cordoba, November 16, 2018. In Spanish.

- Pablo de Olavide University, Inside and outside prisons: are we going to see a new wave of jihadist terrorism in Europe?, Sevilla, November 15, 2018. In Spanish.
- Real Instituto Elcano, annual forum on terrorism, keynote speech on prison radicalization, Madrid, November 14, 2018.
- Mossos d'Esquadra (Catalan police), annual conference, debate on the effectiveness of radicalization prevention measures, Barcelona, November 13, 2018. In Spanish.
- European consortium on radicalization prevention, keynote speech, Rende, October 25, 2018.
- OCP Morocco/ISPI, workshop on CVE in the Mediterranean, Rabat, July 17, 2018.
- Italian intelligence (DIS), workshop on radicalization prevention, Rome, June 12, 2018.
- Italian Senate/ISPI, annual terrorism conference, Rome, June 11, 2018.
- Italian intelligence (DIS), day-long workshop on radicalization in Italy, Rome, May 29, 2018.
- ISPI, *The vicious cycle ox extremism, panel discussion*, Milan, May 21, 2018.
- Fondazione Sicilia, 3-hour lecture on jihadism in the West, Palermo, May 18, 2018.
- Program on Extremism, George Washington University, *The Muslim Brotherhood and the West*, Washington DC May 10, 2018.
- International Observatory on Human Rights, International Initiative on the Prevention and Countering of Terrorism and Extremism, speech on the importance of preventing radicalization, King's College London, April 30, 2018.
- Danish Centre for Prevention of Extremism and the Danish Security and Intelligence Service's Centre for Prevention, annual Danish conference on preventing radicalisation and extremism, keynote speech. Copenhagen, April 26, 2018.
- Ce.St.In.Geo, Jihadismo e processi di radicalizzazione in Europa: il caso italiano, Valenza, April 16, 2018.
- U.S. State Department, Italy after the elections workshop, Terrorism and Radicalization in Italy. Washington DC, April 12, 2018.
- Camden Community College, lecture on Islamism in the West, Camden, NJ, March 28, 2018.
- MSB (Swedish Contingency Agency), conference on the Muslim Brotherhood in Europe, keynote address, Stockholm, March 15, 2018.
- Elliott School, George Washington University, workshop on foreign fighters, *Italian foreign fighters*, Washington DC, March 6, 2018.
- Bocconi University, *Master of International Relations, The Challenge of Terrorism to Europe*, Milan, February 28, 2018.
- ISPI, *Italy and the Vatican in the Propaganda of the Islamic State*, Milan, February 27, 2018.
- ISPI, *Terrorism and Crime in Italy: What Nexus?*, Milan, February 19, 2018.

- Universita' degli Studi di Bari Aldo Moro, *Il jihadismo del terzo millennio*, two-day seminar for the Master in Prevention of Radicalization, Bari, February 16-7, 2018.
- British Embassy, UK-Italy seminar on radicalization, *Causes of radicalization in Italy*, Rome, January 30, 2018.
- U.S. House of Representatives, seminar on political Islam (organized by Congressman Carson, D-IN), Washington DC, January 17, 2018.
- Swiss Federal government, seminar for Cantonal governments on terrorism and radicalization, Interlaken, January 11, 2018.
- Henry Jackson Society, *Preventing radicalization*, conference A Wake-Up Call For All: Creating a Transatlantic Network to Battle Radical Islam conference, London, December 7, 2017.
- *Terrorism's future scenarios*, seminar for the Italian intelligence community (DIS), Rome, December 6, 2017.
- MED/ISPI, Rooting Out Radicalization: Effective Preventive Measures, Rome, November 30, 2017.
- University of Padua (Italy), lecture on jihadism in Italy, November 28, 2017.
- PGA's Annual Forum for Parliamentary Action in Preventing Violent Extremism and Mass Atrocities, *The drivers of radicalization*, Milan, November 27, 2017.
- Czech Ministry of Interior/Mertens Centre, workshop on Islamism, Prague, November 23, 2017.
- University of Malmoe/Swedish Civil Contingency Agency, workshop on the Muslim Brotherhood, Malmoe (Sweden), November 6, 2017.
- DIS/AISI (Italian intelligence agencies), Italy's new CVE strategy workshop, Rome, October 19, 2017.
- Italian Parliament, Presentation of the new Italian CVE strategy, Rome, October 17, 2017.
- Egmont (Belgian Royal Institute for International Relations), *The evolution of radicalization and terrorism in Europe after the fall of the caliphate*, Brussels, October 16, 2017.
- European Commission, *Current trends in jihadism in Europe*, Brussels, October 16, 2017.
- RUSI, *Current trends in jihadism in Europe*, London, September 29, 2017.
- Financial Times/PMI Impact Illicit Trade conference, *Illicit trades inside Italian ports*, London, September 27, 2017.
- ISGAP/Italian Parliament, *Antisemitism as a strategic threat to Europe*, Rome, September 15, 2017.
- Martens Centre for European Studies/Al Mesbar, workshop on political Islam in Europe, Brussels, September 14, 2017.
- Festival dell'Amicizia, The walls of radicalization, Rimini (Italy), August 25, 2017.
- Italian intelligence (DIS), day-long workshop on the future of the Mediterranean, Rome, June 22, 2017.
- ISPI/Italian Senate, launch of the Italian edition of the *Fear Thy Neighbor* report, Rome, June 21, 2017.

- Universita' della Calabria, Current trends in Radicalization in Italy and Europe, Rende (Cosenza), June 19, 2017
- Program on Extremism, George Washington University, *The future of the Islamic State in the West*, June 14, 2017.
- Barcelona, IEMED June 16, 2017.
- The Riyadh Forum on Countering Extremism and Fighting Terrorism, Riyadh, Saudi Arabia, May 21, 2017.
- European Forum on Urban Security, Towards an Italian CVE strategy, Rimini, Italy, May 19, 2017.
- Fondazione Sicilia/ISPI, seminar on terrorism, Palermo, May 5, 2017.
- Milan Book Fair (Tempo di Libri), The surprising ties between education and extremism, Rho (Milan), April 23, 2017.
- Italian Journalism Festival, The role of women in jihad, Perugia, April 9, 2017.
- Torino Crime Festival, The challenges for intelligence in terrorism, Turin, April 6, 2017.
- European Political Strategy Centre (EU Commission), lecture on future trends in terrorism, Brussels, April 4, 2017.
- George Washington University, two-day symposium on online extremism organized by GW's Program on Extremism and GW Law School, chairman, Washington DC, March 27-8, 2017.
- Italian intelligence agency (DIS), closed door workshop on the future of the Mediterranean, presentation on jihadists and other non-state actors, Rome, March 24, 2017.
- University of Genoa, *Introducing Radicalization Prevention to Italy: Goals and Challenges*, seminar, Genoa, March 22, 2017.
- Turin Psychology Association, *From Raqqa to Turin, Understanding Radicalization*, Torino, March 16, 2017.
- Politecnico di Torino, EU Saffron project on foreign fighters conference, *From radicalisation to violence: the role of Salafist networks and hot spots*, Turin, Italy, March 14, 2017.
- Bocconi University, guest lecture on terrorism in the MA program, Milan, Italy, March 13, 2017.
- Martens Centre/AJC, *Islamism and Parallel Societies in the EU*, Brussels, March 8, 2017.
- Delphi Economic Forum, *The Terrorist Threat to Europe*, Delphi, Greece, March 4, 2017.
- Bundesamt für Verfassungsschutz und Terrorismusbekämpfung (Austrian intelligence), briefing on the Muslim Brotherhood in Austria, Vienna, March 2, 2017.
- ISPI (Istituto per gli studi di politica internazionale), Winter School, 3-hour lecture on jihadism in Europe, Milan, February 4, 2017. In Italian.
- Italian Prime Minister's Office (Palazzo Chigi), press conference to launch report on radicalization together with Italian Prime Minister and Minister of the Interior, Rome, January 5, 2017.

16

- American Travel Association, *Terrorism and the tourism industry*, annual national conference, Flagstaff AZ, December 9, 2016.
- Wilson Center, *Radicalization prevention in Europe and America*, Swiss Day, Washington DC, November 17, 2016.
- NATO Parliamentary Assembly, *Western Youth's Vulnerability to Radicalization*, Italian Parliament, Rome, October 28, 2016.
- Gino Germani Center for Strategic Studies, *The Jihadist Threat to Europe*, Rome, October 27, 2016.
- United Nations Interregional Crime and Justice Research Institute (UNICRI), moderated a two day workshop for the Bosnian counterterrorism community on the challenge of returning foreign fighters, Jahorina, Bosnia, September 28-29, 2016.
- Sam Nunn (Georgia Tech)/Bank of America Policy Forum, *Understanding the Causes of Extremism*, Atlanta, GA, September 22, 2016.
- The Atlantic Monthly, *15 years later: are we any safer?*, Washington DC, September 8, 2016.
- International Center for the Study of Radicalisation, King's College London, ISIS in Europe conference, *ISIS in America*, London, July 29, 2016.
- Greek National Police, two-day workshop on jihadism in Europe for the Greek counterterrorism community, Athens, July 27-28, 2016.
- GW Program on Extremism, From Paris to Orlando Comparing the Terrorist Threat to Europe and America conference, *The Threat in America*, July 12, 2016.
- Universidad Pablo de Olavide (Sevilla), summer course for Spanish military and intelligence community, *Jihadism in the United States*, July 4, 2016. In Spanish.
- National Counterterrorism Center (NCTC) annual conference, *Terrorism in Europe*, Washington DC, June 14, 2016.
- Italian Ministry of Foreign Affairs, *Terrorism and on-line radicalization: general framework and current trends*, Rome, June 10, 2016.
- Italian Ministry of Foreign Affairs, *Women and Radicalization*, Rome, June 7, 2016. In Italian.
- Fondation Maison des Sciences de l'Homme (FMSH) and Institut Montaigne, conference on Transnational Jihad: Between East and West, *Comparing Radicalization in America and Europe*, Paris, May 31, 2016.
- United Nations Interregional Crime and Justice Research Institute (UNICRI) and Interpol, workshop on foreign terrorist fighters, *Current trends in the West*, Turin, May 23, 2016.
- *Jihadism in Italy*, afternoon-long seminar for the Italian intelligence community (DIS), Rome, May 17, 2016. In Italian.
- Carnegie Endowment, *Women, Terrorism and Violent Extremism*, Washington DC, March 21, 2016.
- ISPI (Istituto per gli studi di politica internazionale), Winter School, 3-hour lecture on jihadism in Europe, Milan, March 18, 2016. In Italian.
- United Nations Interregional Crime and Justice Research Institute (UNICRI) and University of Turin, Masters of Law in International Crime and Justice, two-day lecture on radicalization and counter-radicalization, Turin, March 16-7, 2016.

- Dutch government's EU presidency, *Preventing Violent Extremism*, Amsterdam, January 31, 2016.
- 9/11 Memorial Museum, *ISIS in America*, New York City, January 26, 2016.
- U.S. House of Representatives, staffers' briefing, *ISIS in America*, Washington DC, January 20, 2016.
- American University, *ISIS in America*, Washington DC, December 3, 2015.
- George Washington University Program on Extremism, launch of the report *ISIS in America: From Retweets to Raqqa*, Washington DC, December 1, 2015.
- Columbia University, lecture on de-radicalization tactics in the West, New York City, November 30, 2015.
- TerRa annual CVE conference, *The state of the art in radicalization and counter-radicalization*, Amsterdam, November 26, 2015.
- ISPI (Istituto per gli studi di politica internazionale), *The Middle East and the security threat after Paris*, Milan, November 23, 2015.
- Real Instituto Elcano, annual terrorism conference, *Jihadist mobilization in Italy*, Madrid, November 16, 2015.
- US Attorney's office (Massachusetts)/GW Program on Extremism, *Countering Violent Extremism through Early Interventions*, Suffolk Law School, Boston, November 10, 2015.
- Brookings Institution/GW Program on Extremism, *Countering Violent Extremism through Early Interventions*, Brookings, Washington DC, November 9, 2015.
- National Counterterrorism Center (NCTC), *Current Threats and Trends: ISIL & the Evolving Landscape*, annual NCTC conference, McLean, VA, November 3, 2015.
- SOCOM, *Western countries' response to the challenge of foreign fighters,* Washington DC, October 28, 2015.
- Bipartisan Policy Center, *The Syrian Refugee Crisis: Balancing Humanitarian and Security Challenges*, panel, Washington DC, October 19, 2015.
- Program on Extremism, George Washington University, *Discussion on Domestic Terrorism Featuring Assistant Attorney General John Carlin*, Washington DC, October 14, 2015.
- UAE National Defense College, seminar on terrorism, *CVE measures in Western countries*, Abu Dhabi, October 4, 2015.
- ISPI (Istituto per gli studi di politica internazionale), Summer School, 3-hour lecture on jihadism in Europe, Milan, September 17, 2015. In Italian.
- Program on Extremism, George Washington University, *American and European Foreign Fighters: Assessing and Comparing the Threat*, Washington DC, July 31, 2015.
- US Department of Justice (National Institute for Justice), conference on Radicalization and Violent Extremism: Lessons from Canada, the UK and the US*, Mobilization to Violence: How Radicalization Shifts to Violent Extremism*, Rosslyn, VA, July 28, 2015.

- Queen Mary University, conference on the Muslim Brotherhood and the West, *The Muslim Brotherhood in the West*, London, July 1, 2015.

- Massachusetts Anti-Terrorism Advisory Council (ATAC), *Research on Radicalization to Violence,* Bedford, MA, June 11, 2015.
- UAE National Defense College, seminar on political Islam, *The Muslim Brotherhood in the West*, Abu Dhabi, May 24, 2015.
- Canadian Parliament, Senate's National Security and Defense Committee, *Security Threats Facing Canada*, Ottawa, May 11, 2015.
- Swiss Federal Police, annual conference on terrorism, *Western countries response to the threat of foreign fighters: legal issues*, Bern, April 23, 2015.
- Swiss Immigration Agency, workshop on Islamism in Europe, Zurich, Switzerland, April 22, 2015.
- Swiss Immigration Agency, workshop on Islamism in Europe, Chiasso, Switzerland, April 21, 2015.
- University of Pittsburg, 15th Annual Policy Conference, *CVE in America: A Timid Approach*, Pittsburgh, April 10, 2015.
- Institute for Strategic Dialogue/Chatham House/RUSI, consortium on lone actors, *Lone actors in Italy*, London, March 25, 2015.
- Centro Alti Studi Difesa (Italian Military), *The threat of foreign fighters*, Rome, March 24, 2015.
- OSCE and Parliament of Kazakhstan, *Lessons from the Paris attacks*, Astana, Kazakhstan, March 20, 2015.
- United Nations Interregional Crime and Justice Research Institute (UNICRI) and University of Turin, Masters of Law in International Crime and Justice, one-day lecture on radicalization and counter-radicalization, Turin, March 11, 2015.
- *Jihadism in Europe*, day-long seminar for the Italian intelligence community (DIS), Rome, March 10, 2015. In Italian.
- Province of Milan, debate *Mosque in Milan: threat or resource?*, Milan, March 6, 2015. In Italian.
- United Nations, Expert meeting on Foreign Fighters Working Group on the use of mercenaries, Geneva, March 5, 2015.
- ISPI (Istituto per gli Studi di Politica Internazionale) and European Foundation for Democracy, launch of the Ebook at the Italian Parliament, Rome, March 4, 2015. In Italian.
- TerRa (Terrorism and Radicalisation Network), Evidence-based policy EU working conference, *The state of the art on radicalization research*, Brussels, March 3, 2015.
- Martens Centre, *European View Launch: Europe's Defining Challenges: Confronting jihadist terrorism and defending our values*, Brussels, March 2, 2015
- King's College London, *Countering radicalization in Europe*, February 25, 2015.
- York University (UK), *Countering radicalization*, February 24, 2015.
- Launch of the book Terror's Caliphate (Il Califfato del Terrore) by Maurizio Molinari, together with Italian Minister of Foreign Affairs, Rome, February 18, 2015. In Italian.
- ISPI (Istituto per gli studi di politica internazionale), Winter School, 3-hour lecture on jihadism in Europe, Milan, February 14, 2015. In Italian.

- United States Institute of Peace (USIP), *Foreign Fighters and Counter-Radicalization in Europe*, Washington DC, January 22, 2015.
- Global Counter Terrorism Forum and UN Interregional Crime and Justice Research Institute (UNICRI), Expert Workshop on Reintegrating Returning "Foreign Terrorist Fighters:" Challenges and Lessons Learned, *The risk of returnees*, Rome, December 11, 2014.
- Canadian Network for Research on Terrorism, Security and Society, annual meeting, presentation of the Canadian government funded study *Terrorist Chatter: What terrorists talk about on the internet*, Ottawa, December 3, 2014.
- Public Safety Canada, presentation of the Canadian government funded study *Terrorist Chatter: What terrorists talk about on the internet*, Ottawa, December 2, 2014.
- Mossos d'Esquadra academy, 2 hour seminar on Foreign Fighters, Mollet del Valles (Catalan police headquarters), November 21, 2014. In Spanish and Catalan.
- Friedrich Ebert Stiftung, conference on Current Security Challenges for the Western Balkan region, *Political Islam*, Pristina (Kosovo), November 20, 2014.
- International Peace Institute, workshop on Islamism in the West, *The Muslim Brotherhood in the West*, Manama (Bahrain), November 10, 2014.
- OSCE, annual OSCE Mediterranean Conference, *The Challenge of Foreign Fighters*, Neum (Bosnia), October 27, 2014.
- Democratic Party (Italy), *The Islamic State and radicalization in Italy*, Milan, October 16, 2014. In Italian.
- Fondazione De Gasperi, workshop on radicalization, Rome, October 15, 2014. In Italian.
- NATO Parliamentary Assembly, *Foreign Fighters in Syria: A Shared Challenge*, Catania, October 3, 2014.
- ISPI (Istituto per gli studi di politica internazionale), Summer School, 3-hour lecture on jihadism in Europe, Milan, September 25, 2014. In Italian.
- ISPI (Istituto per gli Studi di Politica Internazionale), *L'IS e la nuova minaccia jihadista: che fare?*, Milan, September 10, 2014. In Italian.
- Universidad Pablo de Olavide (Sevilla), summer course for Spanish military and intelligence community, *Homegrown jihadism in Italy: parallels with Spain, Carmona*, July 8, 2014. In Spanish.
- Fondation pour la Recherche Stratégique and Middle East Institute, *De-radicalization in Europe and America*, Paris, June 26, 2014.
- *Jihadism in Europe*, afternoon-long seminar for the Italian intelligence community (DIS), Rome, June 25, 2014. In Italian.
- Oxford University, Pembroke College, Changing Character of War, *The Intellectual Roots, Background, and History of the Muslim Brotherhood*, Oxford, June 24, 2014.
- New York Police Department, *The Muslim Brotherhood after Mursi*, internal seminar, New York, June 13, 2014.
- Foreign Policy Research Institute, *The current status of Islamism*, Philadelphia, June 11, 2014.

- Foreign Policy Research Institute, *Jihadism in Europe*, Philadelphia, June 9, 2014.
- Al Mesbar Studies and Research Center, conference on Incremental Reform in Arab Societies, *The evolution of the debate on Islamism in Great Britain*, Dubai, May 20, 2014.
- Leicestershire Police Academy, *The role of religion in radicalization processes*, Leicester, May 2, 2014.
- ISPI (Istituto per gli Studi di Politica Internazionale) and European Foundation for Democracy, presentation of the study on jihadism in Italy at the Italian Parliament, *Il jihad in casa nostra: da minaccia virtuale a minaccia reale?* (*Homegrown Jihad: from virtual threat to real threat?*), Rome, April 15, 2014. In Italian.
- European Institute, *Terrorist threats to Switzerland*, Sofia, April 14, 2014.
- United Arab Emirates government, two day seminar on Islamism in Europe, Dubai, March 30-1, 2014.
- 16th Annual Metropolis Conference/Public Safety Canada, *Terrorist chatter: Understanding what terrorists talk about,* Ottawa, March 15, 2014.
- United Nations Interregional Crime and Justice Research Institute (UNICRI) and University of Turin, Masters of Law in International Crime and Justice, all-day lecture on radicalization and counter-radicalization, Turin, March 12, 2014.
- RUSI (Royal United Services Institute), *Jihadism in Italy*, London, March 6, 2014.
- Henry Jackson Society, *Coercive Enforcement of Sharia in the UK and in Europe: An Assessment*, British Parliament, London, March 5, 2014.
- King's College London, lecture on counter-radicalization strategies in Europe, London, March 5, 2014.
- Policy Planners' Network on Countering Radicalisation and Polarisation (Institute for Strategic Dialogue), *Patterns in Foreign Fighters' Travel*, conference on "Responding to the Challenge of Foreign Fighters," Berlin, March 4, 2014.
- United Arab Emirates government, two day seminar on Islamism in Europe, Dubai, February 26-7, 2014.
- Swiss Army, *Jihadist radicalization in Switzerland*, Zimmerwald (Bern), February 21, 2014.
- ISPI (Istituto per gli studi di politica internazionale), Winter School, 3-hour lecture on jihadism in Europe, Milan, February 7, 2014. In Italian.
- Bundesverfassungsschutz (German domestic intelligence agency), conference on de-radicalization, *Targeted interventions: the experience of three European countries*, Berlin, November 27, 2013.
- Foro Elcano on Global Terrorism, *La amenaza del terrorismo yihadista en Italia* (The threat of jihadist terrorism in Italy), Casa Arabe, Madrid, November 14, 2013. In Spanish.
- European Foundation for Democracy, *Media Reporting on Radicalisation: How can the US and the EU learn from each other?* moderator, European Parliament, Brussels, September 25, 2013.

- Mossos d'Esquadra academy, launch of the report *Hisba in Europe: Assessing a Murky Phenomenon*, Mollet del Valles (Catalan police headquarters), July 18, 2013. In Spanish and Catalan.
- United States Consulate, Barcelona, launch of the report *Hisba in Europe: Assessing a Murky Phenomenon*, Barcelona, July 15, 2013. In English and Catalan.
- Virginia Tech and Applied Research Corporation, conference on countering violent extremism, *Counter-radicalization in Europe*, July 12, 2013. Via videoconference.
- Universidad Pablo de Olavide (Sevilla), summer course for Spanish military and intelligence community, *Hisba in Western Europe*, Carmona (Sevilla, Spain), July 9, 2013. In Spanish.
- European Parliament, launch of the report *Hisba in Europe: Assessing a Murky Phenomenon*, Brussels, June 25, 2013.
- ISPI (Istituto per gli studi di politica internazionale), panel on New Terrorism: Beyond al Qaeda, *The Jihadist Threat in Europe*, Milan, June 18, 2013. In Italian.
- Center for European Studies, launch of the report *The Muslim Brotherhood after the Arab Spring: Tactics, Challenges and Future Scenarios*, Brussels, May 29, 2013.
- European Foundation for Democracy, *Radicalisation and the Internet,* moderator, European Parliament, Brussels, May 28, 2013.
- ISN, *Public Policy and (Myths About) Terrorism*, discussant, Zurich, May 22, 2013.
- Turkish National Police Academy, *Countering Radicalization in Europe*, Ankara, May 7, 2013.
- Indonesian Embassy and FORAS, panel *Political Islam - from North Africa to South East Asia*, Zurich, April 25, 2013.
- Royal Danish Defence College, Security Policy Course on the Middle East, North and East Africa 2013, *The Muslim Brotherhood and Islamism after the Arab spring*, Copenhagen, April 11, 2013.
- Roskilde University, panel discussion, *Islamism and Secularism after the Arab Uprisings*, Roskilde (Denmark), April 11, 2013.
- Foreign Policy Research Institute, book launch, *The Muslim Brotherhood and the West*, Washington, DC, March 20, 2013.
- George C. Marshall European Center for Security Studies, Program on Terrorism and Security Studies, *Disengagement and de-Radicalization*, Garmisch-Partenkirchen, March 13, 2013.
- United Nations Interregional Crime and Justice Research Institute (UNICRI) and University of Turin, Masters of Law in International Crime and Justice, two-day lecture on radicalization and counter-radicalization, Turin, March 7 and 8, 2013
- European Foundation for Democracy, *Media Reporting on Radicalisation: Striking the Right Balance,* moderator, European Parliament, Brussels, January 23, 2013.

- Fundación Ortega-Marañón and Real Instituto Elcano, Madrid, 10th Permanent Seminar on Terrorism: *Contrarrestando la radicalización yihadista en Europa* (Countering Jihadist Radicalization in Europe), November 14, 2012.
- European Foundation for Democracy, *Radicalisation in Schools and Universities: Heeding the Warning Signs,* moderator, European Parliament, Brussels, November 13, 2012.
- European Foundation for Democracy, *Junge Muslime in Gefahr? Salafismus in Deutschland (Young Muslims in Danger? Salafism in Germany)*, introductory speech, Bonn, November 3, 2012.
- Mossos d'Esquadra academy, conference on "Intelligence Facing Radicalization," *The Importance of Prevention Policies*, Mollet del Valles (Catalan police headquarters), October 30, 2012.
- George C. Marshall European Center for Security Studies, Senior Executive Seminar, *Pathways out of Violent Extremism*, Garmisch-Partenkirchen, September 11, 2012.
- Italian Ministry of Foreign Affairs*, The Spring of Religions? The different faces of the Muslim Brotherhood*, Rome, June 26, 2012.
- Center for Near Abroad Strategic Studies, *The Future of the Muslim Brotherhood after the Egyptian Presidential Elections*, Rome, June 25, 2012.
- George C. Marshall European Center for Security Studies, Program on Terrorism and Security Studies, *Counter-Radicalization in Europe*, Garmisch-Partenkirchen, June 19, 2012.
- Link Campus University/Centro Studi Germani, Seminar on Fundamentalisms in the World, *The Muslim Brotherhood between Fundamentalism and Pragmatism*, Rome, May 15, 2012.
- Global Counter Terrorism Conference, Counter Terror Expo 2012, *Islamism and Political Violence: The Effects on Europe's Security*, London, April 25, 2012.
- Brussels Forum (German Marshall Fund of the United States' annual conference), *The Rise of Political Islam*, Brussels, March 24, 2012
- Centre for European Studies and the German Marshall Fund of the United States, conference titled The West and the New Middle East, *The rise of Islamism: Implications for the West*, Brussels, March 22, 2012
- Canadian Security Intelligence Service's headquarters, luncheon lecture, *The Muslim Brotherhood in the West*, Ottawa, March 20, 2012.
- King's College London, *Countering radicalization in Europe*, March 14, 2012
- George C. Marshall European Center for Security Studies, *Islamism and Jihadism in Italy*, Italian Parliament, Rome, March 6, 2012.
- ETH Zurich, *The Muslim Brotherhood in Egypt: Lessons Learned from Indonesia, conversation between Amien Rais and Lorenzo Vidino*, Zurich, February 29, 2012.
- Fundación Ortega-Marañón and Real Instituto Elcano, Madrid, 10th Permanent Seminar on Terrorism: *Terrorist Radicalization and Delegitimation of Jihadist Terrorism in the United States and Western Europe*, November 14, 2011.
- Belgian Royal Institute for International Relations (Egmont), Terrorism, Radicalisation & De-Radicalisation: European and American Experiences Conference, Brussels: *Counter-Radicalisation in the U.S.*, October 10, 2011.

- International Institute for Counter Terrorism, Herzliya, Israel, *The Radicalization Process in the West* and *Countering Violent Extremism and Radicalization* (moderator), September 13, 2011.
- International Centre for Counterterrorism, The Hague, *De-Radicalization Programs in Europe*, The Hague, August 23, 2011.
- Global Futures Forum, joint conference organized by the governments of Spain (Centro Nacional de Inteligencia) and the United States (Office of the Director of National Intelligence, National Intelligence Council, Department of Homeland Security, and Department of State), *The Impact of Identity Politics on Violent Extremism*, Madrid, Spain, June 22, 2011.
- International Security Forum 2011, Zurich, Switzerland, *Radicalization and Deradicalization: How Terrorism Begins and Ends*, May 31, 2011.

- United Nations Interregional Crime and Justice Research Institute (UNICRI), Lucca, Italy, *Upstream prevention and downstream disengagement, rehabilitation and reintegration*, (moderator of the Asia panel), May 25, 2011.
- Foreign Policy Research Institute, Philadelphia, PA, *The Muslim Brotherhood in the USA: Social Service or Taqiyya?* Annual Templeton Lecture on Religion and World Affairs, May 19, 2011.
- RAND Corporation, Arlington VA, *Political Islam in Europe*, May 13, 2011.
- National Press Club, Washington DC, *The Global Muslim Brotherhood: Myth or Reality?* April 27, 2011.
- American Jewish Committee, Washington DC, *The Global Muslim Brotherhood*. April 27, 2011.
- Council of Foreign Relations, New York, roundtable with Ed Husain, *Global Prospects for the Muslim Brotherhood*, April 25, 2011.
- House Permanent Select Committee on Intelligence, Subcommittee on Terrorism, HUMINT, Analysis and Counterintelligence: *The Muslim Brotherhood in the West: Characteristics, Aims and Policy Considerations*. April 13, 2011.
- Foundation for Defense of Democracies, Washington DC, *The Muslim Brotherhood*, March 21, 2011.
- Woodrow Wilson International Center for Scholars, Washington DC, *Book Discussion: The New Muslim Brotherhood in the West*, March 17, 2011.
- U.S. Congress, House of Representatives, Anti-Terrorism Caucus, Washington DC: *Radicalization and Homegrown Terrorism 101*, March 4, 2011.
- United States Institute of Peace, Washington DC: *Countering Radicalization in America*, December 15, 2010.
- RAND Corporation, Arlington, VA: *The Muslim Brotherhood in the West*, December 14, 2010.
- RAND Corporation, Arlington, VA: *The De-Radicalization of Islamist Extremist*, November 30, 2010.
- Foreign Policy Research Institute, Washington, DC: *The Foreign Fighter Problem: Recent Trends and Case Studies*, September 27, 2010.
- International Centre for the Study of Radicalisation (King's College), annual conference, New York: *Radicalisation in the West*, July 1, 2010.

- Belfer Center, Kennedy School of Government, Harvard University: *Firefighters or Arsonists? Debating the Role of Non-violent Islamists in Counter-radicalization Programs*, May 6, 2010.
- Italian Ministry of Defense (Istituto Alti Studi per la Difesa, IASD) and George C. Marshall European Center for Security Studies, Rome: *The Ideological Dimension of Counterterrorism*, April 15, 2010.
- Counter-Terror Expo 2010, London: *Radicalisation - A New Security Dilemma for Europe?* April 14, 2010.
- Harvard Institute for Learning in Retirement, Harvard University, Cambridge, MA: *De-radicalizing Homegrown Terrorists: Lessons from the Middle East and Europe*, April 2, 2010.
- Program in Criminal Justice Policy and Management, Harvard University, Kennedy School of Government Cambridge, MA: *Islamic Radicalization in the U.S. Homeland: A Myth or Reality?*, March 31, 2010.
- Islam in the West Workshop, Center for Middle Eastern Studies, Harvard University, Cambridge, MA: *The Muslim Brotherhood in Europe*, March 23, 2010.
- Politische Akademie der ÖVP/Centre for European Studies, Vienna (Austria): *Understanding Political Islam*, March 22, 2010.
- Link Campus University, Department of Strategic Intelligence and Security, Rome (Italy), three-hour course: *Europe's New Security Dilemma*, December 19, 2009.
- Netherlands Institute of International Relations "Clingendael" and General Intelligence and Security Service of the Dutch Ministry of Interior and Kingdom Relations (AIVD), seminar on the Muslim Brotherhood in Europe, The Hague, *The European Organization of the Muslim Brotherhood: Myth or Reality?* December 4, 2009.
- George C. Marshall European Center for Security Studies, Skopje (Macedonia): *Countering the Ideological Support for Terrorism*, November 23, 2009.
- Fundación José Ortega y Gasset, Madrid (Spain), *Terrorist Threats on Both Sides of the Atlantic: Differences and Similarities*, November 16, 2009.
- Legatum Institute, London: *Terrorism in the United States*, November 6, 2009.
- British Association of Chief Police Officers, UK Office of Security and Counter Terrorism, Home Office, Wilton Park (UK), *Islamism and Shared Values*, November 4-6, 2009.
- U.S. Consulate, Barcelona (Spain), roundtable: *Counter-Radicalization Efforts in Europe and Europe's New Security Dilemma*, October 23, 2009.
- Universidad de Granada (Spain), conference on European security: *Counter-radicalization efforts in Europe*, October 22, 2009.
- Universidad Carlos III, Madrid (Spain): *Europe's New Security Dilemma*, October 20, 2009.
- Real Instituto Elcano, Madrid (Spain): lecture entitled *Countering violent Islamist radicalization: a preliminary assessment of the European experience*, October 20, 2009.
- International Security Studies Section of ISA/International Security and Arms Control Section of APSA Annual Conference, *Monterey Institute of International*

*Studies and Naval Postgraduate School, Monterey, CA: The Hofstadgroep as a New Model of Terrorism in the West,* October 16, 2009.

- Peace Scholars conference, U.S. Institute of Peace, Washington D.C., *Soft Approaches to Counterterrorism: Counter-radicalization in Great Britain and the Netherlands,* October 5, 2009.

- Boston ROTC Consortium, Boston, MA: *Current Trends in Terrorism*, March 25, 2009.

- U.S. Immigration and Customs Enforcement, National Anti-Terrorism Conference, Boston, MA: *The Muslim Brotherhood: History, Methods, Aims and Security Implications*, March 20, 2009.

- King's College, London, International Centre for the Study of Radicalisation and Political Violence: *The Muslim Brotherhood in Europe*, December 9, 2008.

- Fletcher School of Law and Diplomacy, 2008 Fletcher Doctoral Conference: *Armed Groups: A Major 21st Century Security Challenge*, October 17, 2008.

- U.S. National Counterterrorism Center (NCTC) and University of Texas, Austin, TX: *The Current Terrorist Enemies of the United States: Prospects for a New U.S. Administration*, September 17/18, 2008.

- Organization for the Security and Cooperation in Europe (OSCE), Istanbul, Turkey: *Links Between Crime and Terrorism*, June 28, 2008.

- Joint Special Operations University (SOCOM), Shirlington, VA: *Terrorist Networks and Beyond al-Qaeda¸* June 17, 2008.

- 16-hour course at the Tufts University's Osher Lifelong Learning Institute: *Terrorism, Political Islam and U.S. Policies*, March to May 2008.

- Newton Public Schools Lifelong Learning, Newton, MA: *The "War on Terror": Reasons and Goals*, October 24, 2007.

- International Institute for Counter Terrorism, Herzliya, Israel: *Homegrown Terrorism in Europe and the US*, September 11, 2007.

- NEFA Foundation, Florence, Italy: *The Muslim Brotherhood in the West*, June 13, 2007.

- Canadian Centre of Intelligence and Security Studies (in association with the Canadian Supreme Court), Ottawa, Canada: *International Terrorism: Assessing Threats to Democracy and Law*, June 11, 2007.

- Global Investigative Journalist Conference, Toronto, Canada: *Investigating Terrorist Organizations*, May 25, 2007.

- Osher Lifelong Learning Institute, Medford, MA: *The "War on Terror": Reasons and Goals*, April 23, 2007.

- Woodrow Wilson Center for International Scholars, Washington DC: *Jihad in Europe*, April 16, 2007.

- Jebsen Center for Counterterrorism Studies, Fletcher School of Law and Diplomacy, Tufts University: *Al Qaeda in the West*, March 7, 2007.

- Harvard University, Kennedy School of Government, Belfer Center: *Terrorism, a European Perspective*, March 2, 2007.

- CENTRA (organized by the U.S. Central Intelligence Agencies), Arlington VA: *The Muslim Brotherhood in the West*, November 6, 2006.

- Italian Senate, Rome, *The withdrawal of Italian troops from Iraq: and then?* (in Italian), June 28, 2006.
- CENTRA (organized by U.S. State Department), London: *Muslim Radicalization in Europe*, July 26, 2006.
- INTERPOL, Lyon, Complex Asian Crime Symposium: *The Links Between Organized Crime and Terrorism*, June 27, 2006.
- Danish Institute for International Studies, Copenhagen: *Jihad in Europe*, June 9, 2006.
- Johns Hopkins University, SAIS, Forum with Francis Fukuyama and Daniel Benjamin: *Islamic Fundamentalism in Europe: Transatlantic Perspectives*, May 18, 2006.
- Osher Lifelong Learning Institute, Medford, MA: *Al Qaeda*, April 28, 2006.
- Simmons College, Boston, MA, lecture on terrorism in Europe, March 6, 2006.
- Fletcher School of Law and Diplomacy, Tufts University, EPIIC Symposium: *Identity Crisis: Europe, Immigration and "the Other"*, February 25, 2006.
- University of Malta, Rome: *Islamic Radicalism in Europe*, January 10, 2006. In Italian.