UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 2:18CR33-PPS |
| SAMANTHA ELHASSANI, ) | |
| Defendant. ) | |

## ORDER

Defendant's response to the government's motion in limine [DE 96] shall be filed no later than **November 27, 2019**, with any reply by the government to be filed no later than **December 4, 2019.**

Any additional motions in limine must be filed by **November 29, 2019**, with responses due by **December 13, 2019** and any replies by **December 20, 2019.**

Any notice by defendant Samantha Elhassani under CIPA Section 5 of an intention to disclose classified material in any trial or pretrial proceeding in this case must be provided to the government and to the court in writing no later than **November 27, 2019.**

Any notice or motion by the government pursuant to Section 6 of CIPA must be provided to the court and to the defendant no later than **December 3, 2019.**

**SO ORDERED this 19th day of November, 2019.**

      /s/ Philip P. Simon
**United States District Court Judge**