UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:18-CR-33 |
| | ) | |
| SAMANTHA ELHASSANI | ) | |

## MOTION TO WITHDRAW APPEARANCE

Comes now the United States of America, by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, by Abizer Zanzi, Assistant United States Attorney, respectfully moves to withdraw the appearance of former AUSA Joshua P. Kolar from Case No. 2:18-CR-33.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

*/s/ Abizer Zanzi*
Abizer Zanzi
Assistant United States Attorney