UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 2:18CR33-PPS |
| ) | |
| SAMANTHA ELHASSANI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On November 25, 2019, defendant Samantha Elhassani entered a plea of guilty to an information in Cause No. 2:19CR159-PPS. The underlying Plea Agreement contemplates that after sentencing in the new case, the government will move to dismiss the Superseding Indictment pending in this matter.

**ACCORDINGLY:**

The January 6, 2020 trial setting and the December 5, 2019 CIPA Section 5 hearing are VACATED.

The government's First Motion in Limine to Exclude Evidence [DE 96] is DENIED WITHOUT PREJUDICE.

All pretrial filing and CIPA notice deadlines [*see* DE 98, 103] are VACATED.

**SO ORDERED this 26th day of November, 2019.**

　　　　　　　　　　　　　　　　　　　　　　／s/ Philip P. Simon
　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**